UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE CITY OF NEW YORK,

                               Plaintiff,

                           -against-

MAGELLAN TECHNOLOGY, INC., ECTO WORLD, LLC, d/b/a/ Demand Vape, MATTHEW J. GLAUSER, DONALD HASHAGEN, RUSSELL ROGERS, MAHANT KRUPA 56 LLC d/b/a/ Empire Vape Distributors, NIKUNJ PATEL, DEVANT KOYA, STAR VAPE CORP., and NABIL HASSEN,

                               Defendants.
------------------------------------------------------------------------X

Civil Action No. 23-cv-5880

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Defendants Star Vape Corp. and Nabil Hassen ("Defendants"), to answer, appear, or otherwise respond to the Complaint in this action is hereby extended to and includes September 27, 2023; and

IT IS FURTHER STIPULATED AND AGREED, that Defendants accept service of the Complaint dated July 10, 2023 and waive defenses based on jurisdiction; and

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, that facsimile or electronic signatures shall be deemed as originals, and that this stipulation may be filed with the Clerk of the Court without further notice to any party.

Dated: July 25, 2023
       New York, New York

**New York City Law Department**          **Morrison Cohen LLP**

By: _____              By: _____

Eric Proshansky  
100 Church Street, Rm. 20-99  
New York, NY 10007  
(212) 356-2032  
*Attorneys for Plaintiff*

Danielle C. Lesser  
909 Third Avenue, 27th Floor  
New York, New York 10022  
(212) 735-8600  
*Attorneys for Defendant Star Vape Corp.*  
*and Nabil Hassen*