UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                        Plaintiff,

        -against-

MAGELLAN TECHNOLOGY, INC., ECTO WORLD, LLC, d/b/a Demand Vape, MATTHEW J. GLAUSER, DONALD HASHAGEN, MAHANT KRUPA 56 LLC d/b/a Empire Vape Distributors, NIKUNJ PATEL, DEVANG KOYA, STAR VAPE CORP., NABIL HASSEN, DORBES, LLC, d/b/a Hydevapeofficial.com, CHRISTIAN A. SMITH,

                        Defendants.

Civil Action No. 23-5880 (LLS)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE**, that plaintiff the City of New York will move the Court, at the Court's convenience, for an order pursuant to Federal Rule of Civil Procedure 65 preliminarily enjoining defendants Magellan Technology, Inc., Ecto World, LLC, d/b/a Demand Vape, Matthew J. Glauser, Donald Hashagen, Mahant Krupa 56 LLC d/b/a Empire Vape Distributors, Nikunj Patel, and Devang Koya from selling, delivering, offering to or possessing with intent to sell or intent to offer to sell to any person within the City of New York any tobacco product that does not have a federal Food and Drug Administration Marketing Authorization order pursuant to 21 U.S.C. § 387(a) or that is a flavored electronic cigarette or e-liquid as defined by New York City Administrative Code § 17-713, in violation of New York City Administrative Code § 17-715, and/or from causing, contributing to or maintaining a

- 2 -

public nuisance within the City of New York by such conduct, and for such other and further relief as to the Court seems just and proper.

Dated: New York, New York
October 16, 2023

        **SYLVIA O. HIND-RADIX**
        Corporation Counsel of the
          City of New York
        Attorney for Plaintiff the City of New York
        100 Church Street, Room 20-99
        New York, New York 10007
        (212) 356-2032

By: _____
        Eric Proshansky
        Krista Friedrich
        Elizabeth Slater
        Assistant Corporation Counsel