# EXHIBIT K

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

MAGELLAN TECHNOLOGY, INC. and
ECTO WORLD LLC d/b/a DEMAND VAPE,

Plaintiffs,

v.

HYDEVAPEOFFICIAL.COM, DORBES
LLC, and CHRISTIAN A. SMITH,

Defendants.

Civil Action No.

## VERIFIED COMPLAINT

Plaintiffs Magellan Technology, Inc. ("Magellan") and Ecto World LLC d/b/a Demand

Vape ("Demand Vape") (collectively, "Plaintiffs"), by and through their undersigned counsel,

allege as follows for their Verified Complaint against Defendants HydeVapeOfficial.com, Dorbes

LLC, and Christian A. Smith.

## NATURE OF THE ACTION

1. This is an *in rem* action for cybersquatting under the Federal Anti-Cybersquatting

Consumer Protection Act, 15 U.S.C. § 1125(d) against the Defendant Domain Name

HydeVapeOfficial.com (the "Domain Name"), and for cybersquatting, trademark infringement,

unfair competition, and false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a),

against Defendants Dorbes LLC and Christian A. Smith.

## THE PARTIES

2. Plaintiff Magellan Technology, Inc. is a New York corporation with a business

address at 2225 Kenmore Avenue, Buffalo, New York 14207.

3. Plaintiff Ecto World LLC is a New York limited liability company with a business

1

address at 2225 Kenmore Avenue, Buffalo, New York 14207.

4. Defendant Domain Name is an internet domain name that, according to records in the WHOIS database of domain name registrations, was registered on May 19, 2021, by a Registrant shielding his or her identity through a privacy protection service through the internet domain name registrar Tucows, Inc. through the internet domain name registry service Verisign, Inc. in Virginia. A copy of the domain name registration record for Defendant Domain Name is attached as Exhibit A.

5. Upon information and belief, Defendant Dorbes LLC ("Dorbes") is a Virginia limited liability company with an address at 4652 Whipplewood Court, Roanoke, Virginia 24018.

6. Upon information and belief, Defendant Christian A. Smith ("Smith") is an individual domiciled in Virginia, with an address at 4652 Whipplewood Court, Roanoke, Virginia 24018 or 2777 Bluefield Blvd SW, Roanoke, VA 24015.

## JURISDICTION AND VENUE

7. This is a civil action for federal cybersquatting in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) concerning the Domain Name, which, upon information and belief, is being used by Defendants Dorbes, Smith, and others acting in concert therewith for trademark infringement, unfair competition, and false designation of origin under the Lanham Act, 15 U.S.C. § 1125(a).

8. This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has *in rem* jurisdiction over the Defendant Domain Name pursuant to 15 U.S.C. § 1125(d)(2)(A). *In rem* jurisdiction is appropriate under 15 U.S.C. § 1125(d)(2)(A)(i)(I) because the internet domain name Registry for the Domain Name is Verisign, Inc., which is located

in this judicial district at 12061 Bluemont Way, Reston, Virginia 20190, and because the listed registrant of the Defendant Domain Name is a privacy service and therefore Plaintiffs cannot find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

10.     Pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(II)(aa), Plaintiffs will give notice of the violation of Plaintiffs' rights, and Plaintiffs' intent to proceed *in rem*, to the postal and e-mail addresses set forth in the registration records for the Defendant Domain Name.

11.     The Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(3) and (4), states that the *in rem* action, jurisdiction, and remedies created by the statute are "in addition to any other civil action or remedy otherwise applicable" and "in addition to any other jurisdiction that otherwise exists, whether in rem or in personam."

12.     Plaintiffs' claims against Dorbes and Smith for cybersquatting, trademark infringement, unfair competition, and false designation of origin are based on their misuse of Plaintiffs' intellectual property to market and sell unauthorized products to consumers in this district and, upon information and belief, use of instrumentalities in this district to promote and sell unauthorized products bearing the HYDE Marks (defined below), including through use of the Defendant Domain Name, thereby subjecting them to the personal jurisdiction of this Court.

13.     Venue is proper in this District pursuant to 15 U.S.C. § 1125(d)(2)(C) and 28 U.S.C. § 1391(b)(2) in that the .com domain name registry operator, VeriSign, Inc., is located in this district and pursuant to 28 U.S.C. § 1391(b)(2), and because a substantial part of the events giving rise to the claims occurred in this district.

14.     Joinder of Defendants Dorbes and Smith is proper under Fed. R. Civ. P. 20(a)(2) in that the claims set forth herein arise out of the same series of transactions and the same questions of law are common to all of the Defendants.

## BACKGROUND

### A.      Plaintiffs and the HYDE Trademarks

15.      Plaintiff Demand Vape is a leading U.S. and international distributor of electronic cigarettes, vaping supplies, and accessories therefor.

16.      Plaintiff Magellan is the current owner of the worldwide rights in the HYDE brand of e-cigarettes, which it distributes through Demand Vape, which offers electronic cigarettes bearing the HYDE trademark in various jurisdictions worldwide, including the United States.

17.      Magellan owns valid and subsisting U.S. Trademark Application No. 88920577 for the trademark HYDE, which it filed on May 18, 2020, listing July 31, 2019, as its date of first use. Prosecution of this application is currently suspended pending the resolution of prior-filed intent to use applications that were filed after Magellan perfected its priority trademark rights to HYDE.

18.      Magellan also has cultivated strong common law rights in the HYDE trademark and the distinctive script that it uses in connection with products bearing the HYDE Mark, examples of which are shown below:



(the HYDE trademark and the stylized mark shown below shall be referred to collectively as the "HYDE Marks").

19. Plaintiffs have offered for sale in U.S. commerce electronic cigarettes and vaping devices in connection with the HYDE Marks since at least as early as July 2019.

20. Plaintiffs have advertised their products bearing the HYDE Marks through the website, www.hydedisposables.com, and Demand Vape's website, https://www.demandvape.com, and such products are sold through various channels of trade, including by Plaintiffs through wholesale distributors of vaping products, who in turn distribute products bearing the HYDE Marks to further sub-distributors and independently owned vape shops and convenience stores.

21. Plaintiffs have advertised and promoted goods bearing the HYDE Marks in various media, including industry-leading trade shows and through the internet, as well as through point-of-sale advertising.

22. Plaintiffs have expended substantial amounts of money, time, and effort in advertising, promoting, and popularizing the HYDE Marks and in preserving the goodwill associated therewith.

23. The HYDE Marks, including the distinctive font for the HYDE logo, are widely recognized as source identifiers of Plaintiffs and their high-quality goods. Plaintiffs' HYDE Marks have become distinctive of and associated in the minds of the trade and purchasing public with Plaintiffs as well-known providers of their goods.

24. The relevant consuming public has come to know Plaintiffs' HYDE Marks and recognize that any goods so marked originate with Plaintiffs. Because of these efforts and by virtue of the excellence of their goods, Plaintiffs have gained a valuable reputation for the HYDE

Marks.

### B.    Defendants and Their Infringing Conduct

25.     The Defendant Domain Name hydevapeofficial.com was registered on May 19, 2021, through the domain name registrar Tucows, Inc, using the Tucows privacy protection service Contact Privacy, Inc.

26.     The Defendant Domain Name was registered in a manner to conceal the identity of the true owner of the domain name.

27.     Upon information and belief, Defendants Dorbes and/or Smith are the real owner of the Domain Name and control all business transacted through the website located at the Domain Name.

28.     Upon information and belief, after registration of the Domain Name, Defendants Smith, Dorbes, and unknown persons associated therewith configured a website using the HYDE Marks in a manner that falsely suggests the website is the "official" website for electronic cigarettes bearing the HYDE Marks, which is not true.

29.     The website displays for sale electronic cigarettes and collateral merchandise bearing the HYDE Marks that may not originate with Plaintiffs, and Defendants are making unauthorized use of the HYDE Marks to sell products in a manner that is not authorized by or endorsed by Plaintiffs and which may be illegal under U.S. federal and certain state and local laws, including by using the United States Postal Service to engage in mailings of electronic nicotine delivery system products to consumers in violation of 18 U.S.C. § 1716E and/or 15 U.S.C. § 376a. Screenshots of the web page posted at hydevapeofficial.com are displayed in Exhibit B hereto.

30.     The web page posted at the Defendant Domain Name also includes a link to the purported "Official Hyde Vape Instagram Account," a copy of which is attached as Exhibit C

hereto.  Despite the claim of being the "Official Hyde Vape Instagram Account," Plaintiffs are not affiliated with this account.

31.    Prior to filing this Complaint, a party affiliated with Plaintiffs purchased HYDE products from the website hosted at the Domain Name, and the charge on the purchaser's credit card listed "Dobbs LLC" as the payee.

32.    Based on Plaintiffs' pre-filing investigation using the internet archives "Wayback machine," the website posted at the Domain Name previously identified Christian Smith as the creator of content on that website, and also identified "Dorbes LLC" as the billing party for purchases through the site.

**C.    Defendants' Conduct Is Causing Actual Confusion And Irreparable Harm to Plaintiffs**

33.    Defendants' registration and use of the Domain Name that falsely suggests that it is the official website for HYDE electronic cigarettes, to illegally ship products in interstate commerce in a manner prohibited by federal law, has caused actual confusion and irreparable reputational harm to Plaintiffs.

34.    On July 10, 2023, New York City Mayor Eric Adams, Corporation Counsel for the City of New York, and representatives of anti-vaping special interest groups announced in a high-profile press conference the filing of a federal action in the U.S. District Court for the Southern District of New York against Plaintiffs Magellan, Demand Vape, and other industry members alleging violations of the Racketeering Influenced Corrupt Organizations ("RICO") Act and the Prevent All Cigarettes Trafficking ("PACT") Act (the "New York Action").  A copy of the Complaint in the New York Action is attached as Exhibit D.

35.    The factual allegations in the New York Action concerning Plaintiffs are premised entirely on allegedly illegal purchases and shipments from Defendant Domain Name and the

business operated through the website, not from Plaintiffs Demand Vape or Magellan.

36.     Thus, Defendants' misconduct is causing actual confusion even to parties as sophisticated as New York elected officials and officers, which in turn is causing irreparable reputational harm to Plaintiffs, who have been wrongfully accused of violating federal criminal laws as a consequence of Defendants' registration and misuse of the Domain Name.

## <u>COUNT I</u>
**(Violation of the Federal Anti-Cybersquatting Consumer Protection Act – Against All Defendants)**

37.     Plaintiffs repeat and reallege each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

38.     Plaintiffs' HYDE Marks are well known and distinctive and were as such prior to the registration of the Defendant Domain Name.

39.     The Defendant Domain Name fully incorporates the distinctive HYDE mark and includes other non-distinctive generic/descriptive words that further falsely suggest that the Domain Name is affiliated with Plaintiffs.

40.     The use of the HYDE Mark within the Defendant Domain Name and associated website is without authorization from Plaintiffs.

41.     The Defendant Domain Name does not and cannot reflect the legal name of the registrant of the Domain Name.

42.     The website displayed by the registrant of the Domain Name is likely to be, and has been, confused with Plaintiffs' legitimate online location.

43.     Upon information and belief, the registrant of the Defendant Domain Name registered the Domain Name with the intent to divert consumers seeking to purchase genuine HYDE products online away from Plaintiffs' online location, for commercial gain, by Defendant's

8

adoption and unauthorized use in commerce of Plaintiffs' HYDE Marks and confusingly similar variations thereof in connection with the advertising, marketing, and sale of goods that are identical to those offered by Plaintiffs. This action, as alleged herein, is likely to cause confusion, to cause mistake, or to deceive consumers as to the source, origin, affiliation, connection, or association of Defendant's goods, and is likely to cause consumers to mistakenly believe that Defendant's goods are authentic HYDE goods that have been authorized, sponsored, approved, endorsed, or licensed by Plaintiffs, or that Defendant is in some way affiliated with Plaintiffs or the goods that Plaintiffs offer under their marks.

44. Upon information and belief, the goods offered for sale via the Defendant Domain Name may be illegal and designed to mislead the public.

45. The aforesaid acts by the registrant of the Defendant Domain Name constitute registration, maintenance, or use of a domain name that is confusingly similar to Plaintiff's HYDE Marks, with bad faith intent to profit therefrom.

46. The aforesaid acts by the registrant of the Domain Name constitutes unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

47. By reason of Defendant Domain Name's actions, the public and Plaintiffs have suffered irreparable harm. Plaintiffs' harm includes harm to their valuable trademarks and the goodwill associated therewith. Plaintiffs have been and, unless Defendant is preliminarily and permanently restrained from its actions, will continue to be irreparably harmed.

48. Pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), Plaintiffs are entitled to an order transferring, by VeriSign, Inc., ownership and registration of the Defendant Domain Name's domain name to Plaintiff Magellan, Inc., owner of the HYDE Marks.

## COUNT 2
### (Trademark Infringement, Unfair Competition, and False Designation of Origin – Against Defendants Dorbes and Smith)

49. Plaintiffs repeat and reallege each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

50. Defendants' adoption and unauthorized use in commerce of Plaintiffs' HYDE Marks in connection with the advertising, marketing, and sale of goods that are identical to those offered by Plaintiffs, as alleged herein, is likely to cause confusion, to cause mistake, or to deceive consumers as to the source, origin, affiliation, connection, or association of Defendants' goods, and is likely to cause consumers to mistakenly believe that Defendants' goods have been authorized, sponsored, approved, endorsed, or licensed by Plaintiffs, or that Defendants are in some way affiliated with Plaintiffs or the goods that Plaintiffs offer under their marks.

51. Defendants' acts, as alleged herein, constitute willful trademark infringement, unfair competition, and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a). The aforesaid acts by Defendants have caused and continue to cause confusion, mistake, and/or deception among consumers and the public, leading the public falsely to believe that the goods advertised and sold by Defendants are those of, are sponsored or approved by, or are in some way connected with Plaintiffs.

52. By reason of Defendants' actions, Plaintiffs have suffered irreparable harm to their businesses, their valuable trademarks and the goodwill associated therewith. Plaintiffs have been and, unless Defendants are preliminarily and permanently restrained from their actions, will continue to be irreparably harmed.

53. As a direct and proximate result of Defendants' conduct, Plaintiffs have suffered

and will continue to suffer damages in an amount to be proved at trial.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiffs request that this Court enter judgment in favor of Plaintiffs and against Defendants, specifying that:

a. Defendants have and continue to willfully engage in unlawful cyberpiracy in violation of 15 U.S.C. §1125(d);

b. Defendants Dorbes and Smith have and continue to willfully engage in trademark infringement, unfair competition, and false designation of origin in violation of 15 U.S.C. §1125(a);

c. The Defendant Domain Name, www.HydeVapeOfficial.com, be transferred from the current domain name registrant and registrar to Plaintiffs' domain name registrar of choice and by such registrar's change of the registrant to Plaintiff Magellan Technology, Inc.;

d. Under all claims for relief, for an order that Defendants, their affiliates, officers, directors, agents, representatives, attorneys, and all persons acting or claiming to act on their behalf or under their direction or authority, and all persons acting in concert or participation therewith, be preliminarily and permanently enjoined from using the HYDE Marks and/or any confusingly similar marks or colorable imitations thereof in connection with the promotion, advertisement, display, sale, or distribution of any goods or services offered by Defendant Domain Name;

e. Any other domain names registered by the registrant(s) of the Defendant Domain Name that resemble or include the HYDE Marks be transferred to Plaintiff Magellan Technology, Inc.;

f. For an award of Plaintiffs' damages and/or Defendants' profits pursuant to 15 U.S.C. § 1117(a) and, if Plaintiffs elect, an award of statutory damages pursuant to 15 U.S.C. §

1117(d);

g. For an award of Plaintiffs' costs, disbursements, and reasonable attorney's fees incurred by Plaintiffs pursuant to 15 U.S.C. § 1117(a), or as otherwise allowed by law or equity;

h. For an order awarding attorneys' fees for violation of the Lanham Act, or as otherwise allowed by law or equity;

i. For an award of interest, including prejudgment and post-judgment interest at the statutory rate; and

j. Any other additional relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiffs respectfully request a trial by jury on all issues raised in this Complaint.

Dated: July 13, 2023                    THOMPSON HINE LLP


By:/s/ Eric N. Heyer
    Eric N. Heyer
    VSB No. 73037
    Eric.Heyer@ThompsonHine.com
    Thompson Hine LLP
    1919 m. Street, N.W.
    Suite 700
    Washington, D.C. 20036
    Telephone:  202.331.8800
    Facsimile:  202.331.8330

    Carrie A. Shufflebarger
    VSB No. 40506
    Carrie.Shufflebarger@ThompsonHine.com
    312 Walnut Street, Suite 2000
    Cincinnati, Ohio 45202
    Telephone:  513.352.6700
    Facsimile:  513.241.4771

    *Counsel for Plaintiffs*

## VERIFICATION

I, Eric N. Heyer, hereby state penalty of perjury that I am counsel of record for Plaintiffs Magellan Technology, Inc. and Ecto World LLC d/b/a Demand Vape and have been authorized to provide this verification; that, based on the factual investigation undertaken by my colleagues and me as counsel for Plaintiffs, to the best of my knowledge, information, and belief, the facts set forth in the foregoing Verified Complaint are true and correct; and that this verification is submitted by me as counsel of record for Plaintiffs because it is I and my law firm, and not any officer of Plaintiffs, that has undertaken the factual investigation into the Defendant Domain Name at issue and the Registrant, Registry, and persons associated therewith.


_____/s/ Eric N. Heyer_____

# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| VPR BRANDS, LP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 9:22-cv-81576 |
| | ) |
| SHENZHEN WEIBOLI TECHNOLOGY | ) |
| CO., LTD., YLSN DISTRIBUTION LLC, | ) |
| ECTO WORLD LLC, SAFA GOODS LLC, | ) |
| D&A DISTRIBUTION LLC, UNISHOW | ) |
| (U.S.A.), INC., SV3 LLC, and KINGDOM | ) |
| VAPOR INC., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 56.1, and in support of Defendants' Consolidated Motion to Dismiss or, alternatively, for Summary Judgment, Defendants submit the following Statement of Undisputed Material Facts:

1. In November 2017, VPR placed its initial purchase order with a Chinese manufacturer for, and began marketing, electronic cigarette products under the "ELF" brand. (Exhibit A, Transcript of Hearing, November 18, 2022, Frija T-1 19:2-9; 30:24-31:4; ECF 38-9[1]).

2. VPR did not apply to the Food and Drug Administration ("FDA") for or obtain marketing authorization for any of its ELF-branded electronic cigarettes before selling them in the United States. (Ex. A, Frija T-1 91:6-13; ECF 58-1[2]).

---

[1] References to ECF 38 are to the exhibits filed by Plaintiff on November 18, 2022, as part of its "Notice of Filing of Plaintiff's Admitted Exhibits List and Exhibits from Hearing on Motion for Preliminary Injunction."

[2] References to ECF 58 are to the exhibits filed by Defendants on December 12, 2022, as part of "Defendants' Exhibit List" of exhibits that were admitted into evidence at the hearing on Plaintiff's motion for preliminary injunction.

3. VPR develops electronic cigarettes which it considers to be "electronic devices which deliver nicotine through atomization, or vaping of e-liquids and without smoke and other chemicals constituents typically found in traditional tobacco burning cigarette products." (ECF 58-13).

4. VPR markets two electronic cigarette products under the ELF mark, the auto draw ELF conceal kit, which is a box-shaped vaporizer with a mouthpiece attached, and a pen-shaped battery (Ex. A, Frija T-1 19:6-9; 20:7-12; 21:9-16; ECF 38-2 -4; ECF 54-6[3]).

5. VPR's ELF vaporizers are not explicitly marketed for use with nicotine-containing liquids, but Kevin Frija, VPR's president, testified that he expects that consumers use VPR's ELF products with nicotine. (Ex. A, Frija T-1 72:15-20; 91:15-93:8;  ECF 58-15).

6. In June 2018, VPR registered the "ELF" trademark under International Class 34 for electronic cigarette lighters, electronic cigarettes, and smokeless cigarette vaporizer pipe. (ECF 38-1).

7. The Federal Food, Drug, and Cosmetic Act ("FDCA") requires FDA marketing authorization for any new tobacco product sold in the United States. (Exhibit B, Transcript of Hearing, November 18, 2022, Haynes T-2 18:1-13; 21 U.S.C. § 387j.)

8. In 2016, FDA adopted the "Deeming Rule," 21 C.F.R. § 1143.1, which deemed electronic cigarettes as subject to the FDCA and FDA's authority. (Ex. B, Haynes T-2 19:17-20:8, 52:6-10.)

9. The definition of a "tobacco product" in FDA's regulations includes components and accessories that do not contain nicotine if the product or device is intended or reasonably expected to be used with the consumption of a tobacco product, including nicotine containing e-liquids, or

---

[3] References to ECF 54 are to the exhibits filed by Plaintiff on December 9, 2022, as part of its "Notice of Filing Exhibit List and Exhibits from Hearing on Motion for Preliminary Injunction."

to affect a tobacco product's performance or characteristics. (Ex. B, Haynes T-2 28:14-29:13; 21 U.S.C. § 321(rr); 21 C.F.R. § 1143.1).

10. Open-system electronic cigarette products and batteries like VPR's ELF-branded electronic cigarettes are subject to the FDCA and FDA's jurisdiction and requirements as "tobacco products" so long as they are intended or expected to be used with tobacco or nicotine. (Ex. B, Haynes T-2 21:1-10, 28:14-29:13, 38:6-39:11; 21 C.F.R. § 1140.3; 81 Fed. Reg. 28973, 28975, 29016).

11. FDA adopted a broad definition of "tobacco product" to include products reasonably expected to be used with nicotine so that open-system electronic cigarette products like VPR's ELF-branded products could not avoid regulation. (Ex. B, Haynes T-2 19:18-24; 81 Fed. Reg. 28973, 28975).

12. FDA requires a marketing authorization order for electronic cigarettes components even if they are sold without any liquid or other nicotine-containing substance, and batteries sold alone are specifically mentioned in the Deeming Rule. (Ex. B, Haynes T-2 28:14-24).

13. If an electronic cigarette, including an open-system device or battery, subject to the Deeming Rule came on the market after August 8, 2016, it was required to obtain marketing authorization from FDA prior to being sold. (Ex. B, Haynes T-2 28:4-11).

14. The deadline for filing an application for a marketing authorization from FDA, a Premarket Tobacco Product Application ("PMTA"), for those electronic cigarette products already on the market as of August 8, 2016, was originally set for August 2018, but was later moved to September 9, 2020. (Ex. B, Haynes T-2 23:2-18; ECF 58-4).

15. FDA has taken enforcement action against open-system electronic cigarettes that, like VPR's ELF-branded electronic cigarettes, do not contain nicotine, including in the form of warning letters. (Ex. B, Haynes T-2 20:9-15, 29:15-30:3, 32:3-38:5, ECF 58-5, -6, -14-16).

16. Warning Letters are an enforcement activity and a common way for FDA to signal that there is an issue with a company's conduct or product, and that the product appears to be an unauthorized new tobacco product. (Ex. B, Haynes T-2 17:16-18, 38:2-5; ECF 58-5).

17. A warning letter also is an indicator that a particular product or type of product is considered a regulated tobacco product. (Ex. B, Haynes T-2 20:22-23; ECF 58-5).

18. Since VPR's ELF-branded electronic cigarettes are intended for or reasonably expected to be used with the consumption of a tobacco product (i.e., nicotine-containing e-liquid), they fall within the definition of "tobacco product" and are subject to the FDCA and FDA regulation. (Ex. B, Haynes T-2 38:6-21).

19. Because VPR's ELF-branded electronic cigarettes were not sold in the United States until 2017, after the August 8, 2016 effective date of the Deeming Rule, they required a marketing authorization order from FDA before they could be sold and are not subject to the FDA's deferred enforcement policy. (Ex. B, Haynes T-2 39:15-23).

20. VPR has not applied for or obtained a marketing authorization order for either of its ELF-branded products. (Ex. A, Frija T-1 91:6-13; ECF 58-1).

21. VPR's ELF-branded electronic cigarette products are adulterated and unlawfully marketed in violation of the FDCA because they are not subject to FDA's deferred enforcement policy and VPR did not obtain marketing authorization before their sale in the United States, nor does VPR currently have a marketing application pending with the FDA. (Ex. B, Haynes T-2 40:24-41:7; 21 U.S.C. § 387b(6)(A); 21 U.S.C. § 331(a)).

Dated: February 21, 2023       MCDOWELL HETHERINGTON LLP
Attorneys for Defendants
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax


By:     s/Tucker C. Motta
         TUCKER C. MOTTA, ESQ.
         Fla. Bar No. 112659
         tucker.motta@mhllp.com

Eric N. Heyer (admitted *pro hac vice*)
Meixuan (Michelle) Li (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa A. Patel (admitted *pro hac vice*)
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
michelle.li@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

Carrie A. Shufflebarger (admitted *pro hac vice*)
THOMPSON HINE LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45202
Phone: 513.352.6700
Fax: 513.241.4771
carrie.shufflebarger@thompsonhine.com

*Counsel for Defendants*

5

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system which will send a notice of electronic filing to the

following:

Joel B. Rothman, Esq.
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

*Counsel for Plaintiff*

s/Tucker C. Motta
Tucker C. Motta

# EXHIBIT M

## <u>DECLARATION OF M. JONATHAN GLAUSER</u>

I, M. Jonathan Glauser, hereby declare and state as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called as a witness in court.

2. I am a co-owner of Magellan Technology, Inc. ("Magellan"). Magellan was founded in 2012 and is a wholesaler and distributor of electronic nicotine delivery system ("ENDS") products.

3. In my role as Magellan's Chief Strategy Officer, I was the individual primarily responsible for the management of the company's efforts to prepare and submit Premarket Tobacco Product Applications ("PMTAs") for its Hyde- and JUNO-branded ENDS products

4. In that vein, I retained SKYTE Testing Services Guangdong Co., Ltd. ("SKYTE") and Accorto Regulatory Services ("Accorto") as scientific advisors to Magellan to help prepare and submit PMTAs for multiple Hyde- and JUNO-branded ENDS products containing non-tobacco nicotine.

5. With the assistance of our manufacturer and scientific advisors, Magellan was able to prepare and submit PMTAs for the following non-nicotine ENDS products during the very short period between when the legislation making

such products "tobacco products" was enacted on March 15, 2022, and the submission deadline of May 14, 2022:

- HYDE MAG
- HYDE N-BAR mini
- HYDE AI
- HYDE IQ
- JUNO PRISM
- HYDE GX4000
- HYDE X
- HYDE MAG MINI
- JUNO MJ4000
- HYDE RAZOR
- JUNO MOTION
- HYDE N-BAR PRO
- HYDE MAG PRO
- JUNO nord BAR B5000
- JUNO PRISM BOX

6.     Magellan is the master distributor of the above-identified ENDS products.

7.     To date, Magellan has spent over $1 million on the product testing and preparation and publishing of the PMTAs. Because there is no way that all of the product testing and behavioral studies could be completed even in six months, let alone the 60 days between the enactment of the new legislation and the submission deadline, work on the product testing and studies is still ongoing and, if the Court stays the Refuse to Accept order, we intend to submit extensive supplemental amendments with the results of these studies.  In total, Magellan plans to spend over $10 million on the various studies necessary to complete the bundled PMTAs.

8. From the time we launched each of the above Hyde- and JUNO-branded products until the Refuse to Accept order issued on October 6, 2022, we had sold the subject products to more than retailer customers nationwide.

9. The Refuse to Accept order dated October 6, 2022, was the first notice we had of any alleged deficiency in the PMTAs.

10. FDA never issued any correspondence or notice to Magellan providing Submission Tracking Numbers ("STNs") for the bundled PMTAs that SKYTE submitted through the CTP Portal. It was only when we received the Refuse to Accept order that we learned that we learned that the STN numbers assigned to the bundled applications submitted by SKYTE were PM0005370; PM0005438; PM0005442; PM0005480; PM0005508; PM0005514; PM0005521; PM0006321; and PM0006322.

11. The Hyde and JUNO products compete with thousands of other ENDS products that are actively marketed. Some of these products contain tobacco-derived nicotine and already have marketing authorization from FDA based on PMTAs that were submitted prior to the deadline of September 9, 2020, that applied for those products. Others contain tobacco-derived nicotine and have PMTAs that are still pending before FDA, either because the agency has not denied marketing authorization or, in some cases, initially denied marketing authorization, but later either administratively stayed or retracted the denial and put the applications back

into re-review with a promise not to enforce the premarket authorization requirements against those products. Still other products are non-tobacco nicotine products like the Hyde and JUNO products, but still have applications pending before FDA and so have not been subject to any enforcement activities.

12.    If the Refuse to Accept order is not stayed, Magellan stands to lose substantial sales of the Hyde and JUNO products to the manufacturers and distributors of these competing ENDS products. Indeed, even if the Refuse to Accept order is stayed at a later date, because FDA continues to exercise enforcement discretion as to these competing products, we will lose market share to them and customer goodwill as a result of the issuance of the Refuse to Accept order.

13.    Simply resubmitting the bundled PMTAs is not an adequate remedy because, to our understanding, FDA will not consider exercising enforcement discretion as to the subject products unless the PMTAs at issue were submitted before the deadline of May 14, 2022, and remain pending. Resubmitting the PMTAs at this point would take them out of that category.

14.    Attached hereto as Exhibit 1 is a true and correct copy of a Stat News article published online on July 8, 2022.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated: October 31, 2022

_____

M. Jonathan Glauser

# EXHIBIT N





Hyde Products photographed at the Empire Vape Warehouse, March 21, 2022 by Office of the NYC Sheriff

Following page – http://Empirevapedist.com as captured June 6, 2023 by the Wayback Machine, https://web.archive.org/web/20201101000000/https://empiresmokedist.com/product-category/disposable-e-cigarettes/



# EXHIBIT O

**EMPIRE SMOKE DISTRIBUTOR**
EMPIRE SMOKE
56-01 Maspeth Ave Maspeth, New York, 11378, US
Mobile: 516-682-2888 | empiresmokedist.com

**INVOICE DATE:** 05:43 PI

**INVOICE TOTAL:** $ 651.9

**PAYMENT STATUS:** DU

**BILL TO:**
MOONLIGHT DELI GROCERY (1800)
33-22 21ST ASTORIA NEW YORK 11106-
MOBILE: 6463582326

**ORDER NOTE: NONE**

**TAX ID:** 274527

**TOBACCO LIC:** 2073114-1-

| Sr | Product | Quantity | Unit Price | Unit Tax | Sub |
|----|---------|----------|-----------|----------|-----|
| 1 | RAW BEANIE HAT BLACK | 5 | $ 5.75 | $ 0.00 | $ |
| 2 | MIT45 GOLD 15ML BOTTLE BOX OF 12 | 2 | $ 104.00 | $ 0.00 | $ |
| 3 | CHAPSTICK STRAWBERRY 0.15OZ | 12 | $ 1.55 | $ 0.00 | $ |
| 4 | JUST CBD GUMMIES 750MG GUMMY BEARS | 1 | $ 15.50 | $ 0.00 | $ |
| 5 | JUST CBD GUMMIES 1000MG GUMMY BEARS | 2 | $ 18.00 | $ 0.00 | $ |
| 6 | 2.5' COLOR HEAVY HAND PIPES 24CT JAR AFKHP25 | 1 | $ 9.25 | $ 0.00 | |
| 7 | CLIPPER LIGHTER VEGAN QUOTES 48CT DISPLAY | 1 | $ 44.00 | $ 0.00 | |
| 8 | NAKED FUSION STRAWBERRY 3MG 60ML | 1 | $ 7.75 | $ 0.00 | |
| 9 | NAKED CREAM STRAWBERRY 3MG 60ML | 1 | $ 7.75 | $ 0.00 | |
| 10 | HALO MENTHOL ICE 6MG 60ML | 1 | $ 8.00 | $ 0.00 | |
| 11 | NAKED HAWAIIAN POG 3MG 60ML | 1 | $ 7.75 | $ 0.00 | |
| 12 | VUSE ALTO POD RICH TOBACCO 5.0 0.2M | 1 | $ 54.00 | $ 0.00 | |
| 13 | 8' HAMMER DESIGN HEAVY HAND PIPE 5CT JAR ABB3 | 1 | $ 38.00 | $ 0.00 | |
| 14 | RUSH YELLOW 10ML | 2 | $ 3.15 | $ 0.00 | |
| 15 | KIND PEN MIST WHITE | 7 | $ 7.75 | $ 0.00 | |
| 16 | KIND PEN MIST GREEN | 1 | $ 7.75 | $ 0.00 | |
| 17 | KIND PEN MIST RED | 2 | $ 7.75 | $ 0.00 | |
| 18 | KIND PEN MIST GRAY | 2 | $ 7.75 | $ 0.00 | |
| 19 | KIND PEN MIST GOLD | 1 | $ 7.75 | $ 0.00 | |
| 20 | KIND PEN MIST BLACK | 3 | $ 7.75 | $ 0.00 | |
| | | 5 | $ 7.75 | $ 0.00 | |

**QTY of Packing Box:** 1

**Subtotal (Excl Ta:**
**Shippin**
**Discou**
**Tot**
**Total Pa**

We greatly appreciate your support and business! Customers are responsible for paying their Local, State & Federal Excise taxes for applicable products.

We accept Cash, Check, Zelle, and Wire Transfers

# EXHIBIT P

CENTER FOR TOBACCO PRODUCTS



October 12, 2018

**VIA UPS, Electronic Mail, and Facsimile**

Mr. Anes Ali
President
Magellan Technology Inc.
2225 Kenmore Avenue, Suite 110
Buffalo, NY  14207

Submission Tracking Number: TC0003983

Dear Mr. Ali:

It has come to our attention that Magellan Technology Inc. may be manufacturing new finished tobacco products including, but not limited to, Juno E-Vapor Battery, Juno E-Vapor Battery RED Limited Edition, and Juno Kit and Flavors without premarket authorization, as required by §910 of the Federal Food, Drug, and Cosmetic Act (FD&C Act).[1] The products referenced above appear to meet the definition of a tobacco product as set forth in §201(rr) of the FD&C Act. Although FDA has extended the compliance deadlines for the premarketing requirements for deemed products, FDA's compliance policy applies only to those deemed products that were on the market as of August 8, 2016.  FDA has received complaints that Magellan Technology Inc. may have first commercially marketed the products referenced above in the United States after August 8, 2016.

Please provide FDA with the following information:

1. For the brand names referenced above, please list all sub-brands under the brand name, including all applicable sizes, flavors, nicotine strengths, and other variations. For each sub-brand, confirm whether you are currently marketing the product in the United States, and the date that the product was first commercially marketed in the United States. FDA suggests that you use a chart similar to the following example to help us understand your response:

| Product Name (Brand and Sub-brand) | Currently Marketed (Y/N) | Date Product First Commercially Marketed in U.S. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

[1] https://www.fda.gov/downloads/TobaccoProducts/Labeling/RulesRegulationsGuidance/UCM557716.pdf

Page 2 - TC0003983

2. For each of the products listed above, please provide the following information, as applicable:

    a. Evidence that your product was commercially marketed (other than for test marketing) as of February 15, 2007;[2]

    b. Evidence that your product is a deemed product that was on the market on August 8, 2016, and has not been modified since that date;[3]

    c. Evidence that your product was first introduced or delivered for introduction into interstate commerce for commercial distribution after February 15, 2007, and prior to March 22, 2011, and for which a 905(j) (or substantial equivalence) report was submitted no later than March 22, 2011;[4]

    d. Evidence that FDA has issued an order permitting the marketing of this product; and/or

    e. Evidence, which may include a statement from the firm, that the firm is currently not marketing the above-listed product(s).

We request that a written response be submitted within 30 days of receipt of this letter. The response and any further correspondence regarding this matter should reference the Submission Tracking Number listed above. We encourage you to send your response electronically via the CTP Portal[5] using eSubmitter.[6] However, you may also send your response by mail to our Document Control Center:

    Food and Drug Administration
    Center for Tobacco Products
    Document Control Center
    10903 New Hampshire Avenue
    Building 71, Room G335
    Silver Spring, MD  20993-0002

---

[2]https://www.fda.gov/TobaccoProducts/Labeling/RulesRegulationsGuidance/ucm416495.htm
[3]See "Effective and Compliance Dates Applicable to Retailers, Manufacturers, Importers and Distributors of Newly Deemed Products, located here for more information.
https://www.fda.gov/downloads/tobaccoproducts/guidancecomplianceregulatoryinformation/ucm501016.pdf
[4]https://www.fda.gov/downloads/TobaccoProducts/Labeling/RulesRegulationsGuidance/UCM436468.pdf
[5]http://www.fda.gov/TobaccoProducts/GuidanceComplianceRegulatoryInformation/Manufacturing/ucm515047.htm
 FDA's Electronic Submission Gateway (ESG) is still available as an alternative to the CTP Portal.
[6]http://www.fda.gov/ForIndustry/FDAeSubmitter

Page 3 - TC0003983

If you have any questions concerning this matter, please contact the Center for Tobacco Product's Office of Compliance and Enforcement via email at CTP-OCE-Postmarket@fda.hhs.gov.

Sincerely yours,

Ann Simoneau, J.D.
Director
Office of Compliance and Enforcement
Center for Tobacco Products

# EXHIBIT Q

CONFIDENTIAL BUSINESS AND TRADE SECRET INFORMATION

| Total | Sum of Sales $ |
|---|---|
| Oct-21 | $ 86,173.00 |
| Nov-21 | $ 266,990.07 |
| Dec-21 | $ 388,078.00 |
| Jan-22 | $ 1,016,411.75 |
| Feb-22 | $ 1,492,850.01 |
| Mar-22 | $ 8,808,591.57 |
| Apr-22 | $ 12,231,561.56 |
| May-22 | $ 15,774,977.19 |
| Jun-22 | $ 26,006,072.51 |
| Jul-22 | $ 16,508,675.02 |
| Aug-22 | $ 13,490,329.34 |
| Sep-22 | $ 23,045,598.11 |
| Oct-22 | $ 12,202,520.82 |
| Grand Total | ############# |

| Invc Date | Sum of GP |
|---|---|
| Oct-21 | $ 27,476.28 |
| Nov-21 | $ 89,151.59 |
| Dec-21 | $ 148,340.64 |
| Jan-22 | $ 354,287.39 |
| Feb-22 | $ 560,949.19 |
| Mar-22 | $ 2,766,784.73 |
| Apr-22 | $ 3,471,070.80 |
| May-22 | $ 4,546,673.11 |
| Jun-22 | $ 7,382,201.30 |
| Jul-22 | $ 4,859,378.59 |
| Aug-22 | $ 4,171,914.01 |
| Sep-22 | $ 6,648,287.39 |
| Oct-22 | $ 3,244,749.22 |
| Grand Total | $ 38,271,264.24 |
| GP % | 29% |

# EXHIBIT R

**OPINION**

SUBSCRIBER ONLY

# Eric Adams' unfair attack on vaping: NYC lawsuit against legal companies is wrong



Ed Reed/Mayoral Photography Office
y of New York is filing a federal lawsuit
ng middle-school children and high school

 By **JON GLAUSER** |
October 7, 2023 at 5:00 a.m.

I operate and own the largest e-cigarette distribution company in the U.S. My business is based in Buffalo. The work my company does creates hundreds of jobs in the state, generates millions of dollars of tax revenue for the State of New York, and, most importantly, ensures that retailers across New York can offer their adult customers a vastly less harmful alternative to smoking combustible cigarettes.

Not everyone sees the work my company does in the same light, namely, Mayor Adams. Earlier this summer, Adams launched an egregious legal assault on my business. The City of New York's legal team sued my company for allegedly illegally selling e-cigarettes to New York City consumers even though it clearly understands my company makes no consumer sales and it has no basis to allege otherwise.

I am now using every legal tool available to dismiss the city's baseless claims and correct the record. This lawsuit is politically motivated theater designed to distract from the mayor's abysmal and embarrassing record. The lawsuit itself was riddled with factual errors that fundamentally undermine the basis for the city's claims. The mayor, to appear protective of New Yorkers, seems to have allowed anti-vaping special interest groups to use his office for their own agenda.

Case 1:23-cv-05880-LLS    Document 42-2    Filed 10/16/23    Page 42 of 66

But this attempt to go after us, and the vaping industry as a whole, goes beyond the law. At a highly orchestrated and widely covered public press conference with Adams, I along with those I employ were referred to as "drug dealers." This type of inflammatory and disingenuous rhetoric is totally beyond the pale, but it isn't surprising given the mayor's current predicament.

Top Videos - Amtrak Just Added Another Way to Score $5 Fares



Right now, New York is a city in crisis. The mayor's desire for New York to be a sanctuary city has led its officials to consider housing migrants in Central Park. Violent crime and robbery levels are too high. Drug use is rampant; the number of illegal pot dispensaries is rapidly expanding. Meanwhile, his donors are being indicted for major campaign finance fraud, and his questionable ethics are raising even more concerns.

This is not what one would call the track-record of someone calling themselves a successful city executive. Looking for a politically advantageous distraction, Adams has turned vaping — an industry that provides jobs, taxes, and a popular alternative to smoking cigarettes — into a scapegoat for his failed policies. The mayor's actions will likely cost New York City taxpayers millions in legal fees on a case that should never have been brought and further stigmatize what is proven to be a method of harm reduction.

It's worth noting that public health scientists in New York and around the world have proclaimed that e-cigarettes are a legitimate harm-reduction and smoking-cessation tool that in fact benefits the mayor's constituents who are looking for an effective way to kick traditional cigarettes — especially those who smoke at disproportionately higher levels. These individuals are the ones that Adams says he cares about —

ies the mayor pledged to protect — a far

The irony is that while I do my part, Adams continues to enact policies that denigrate and demean. His actions can only be characterized as an all-talk, no-action commitment to the underserved populations he's turned his back on.

Make no mistake — my company and I are in the mayor's crosshairs simply because we are disliked by his most influential checkwriters. Adams has chosen to pursue a newfound anti-vaping agenda, delivered courtesy of the wealthy Upper West Side almond moms from groups like Parents Against Vaping e-Cigarettes, whom the mayor repeatedly praised at his press conference.

This attack on my company is nothing more than a transparent and cynical attempt to distract from a consistent record of failure as mayor of New York and to score cheap political points for those influential elites looking to push an agenda.

If I had my way, Adams would resign immediately, but he's not going to do that for a couple of reasons. For starters he's too feckless. Secondly, he enjoys being in power, as do most politicians. Finally, people have invested far too much to let that happen.

In the meantime, New Yorkers should demand that Mayor Adams do his job and get back to the business of making this city — and, by extension, our state — safer, better-run, and more business friendly. If he can't, he should step aside for someone who can.

*Glauser is the co-founder and president of Magellan Technology and chief strategy officer of* Demand Vape*, both e-cigarette companies registered in the State of New York.*

Case 1:23-cv-05880-LLS    Document 42-2    Filed 10/16/23    Page 42 of 66

2023 › October › 7

# EXHIBIT S

---------- Forwarded message ---------
From: DemandVape.com <sales@demandvape.com>
Date: Tue, Nov 3, 2020 at 3:03 PM
Subject: DemandVape.com - Order 484871
To: <starvape101@gmail.com>



Thank you for your interest in DemandVape.com products. Your order has been received and will be processed once payment has been confirmed.

To view your order click on the link below:

https://demandvape.com/index.php?route=account/order/info&order_id=484871

**Order Details**

| | |
|---|---|
| **Order ID:** 484871 | **E-mail:** starvape101@gmail.com |
| **Date Added:** 11/03/2020 | **Telephone:** 7189169748 |
| **Payment Method:** Bank Transfer | **IP Address:** 2604:2000:1280:c0ec:45:3967:48ba:6e8d |
| **Shipping Method:** Flat Shipping Rate | **Order Status:** Bank Transfer |

**Instructions**

Bank Transfer Instructions

Company Name: Demand Vape
Company Address: 2225 Kenmore Ave, Suite 110, Buffalo, NY 14207
Bank Name: Bank of America, Buffalo, NY
Swift code (intern█████████
Routing Number: ████████████
Account Number: ████████████

Once wire is placed please email: sales@demandvape.com

Your order will not ship until we receive payment.

Your order will not ship until we receive payment.

| Payment Address | Shipping Address |
|---|---|
| YOUSIF HASSAN<br>STAR VAPE CORP<br>283 67th street<br>brooklyn, New York 11220<br>United States | YOUSIF HASSAN<br>STAR VAPE CORP<br>283 67th street<br>brooklyn, New York 11220<br>United States |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Pink Lemonade | 27999 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Blue Razz | 28000 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Cherry Lemonade | 28001 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Honeydew Punch | 28002 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Spearmint | 28003 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Peach Mango Watermel.. | 28004 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Lush Ice | 28005 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Strawberries & C.. | 28006 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Mango Ice | 28007 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Pineapple Ice | 28008 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Banana Ice | 28009 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Strawberry Banana | 28010 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Pineapple Peach Mang.. | 28011 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Aloe Grape | 28012 | 150 | $5.00 | $0.00 | $0.00 | $750.00 |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Blue Razz Ice | 28013 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| Hyde Original PLUS Singles 50mg 1300+ Puffs (10 Count Bulk Box Available)<br>- 27998: Neon Rain | 28014 | 300 | $5.00 | $0.00 | $0.00 | $1,500.00 |
| | | | | | Sub-Total: | $23,250.00 |
| | | | | | Flat Shipping Rate: | $15.00 |
| | | | | | Total: | $23,265.00 |

Please reply to this e-mail if you have any questions.

--
*Issam Hassan*
**VP of Sales**
**Star Vape Corp**
Office: (718) 916-9033
Cell:    (631) 507-9129

www.starvapecorp.com



**demand**vape

2225 Kenmore Ave. · Suite 110
Buffalo, NY 14207
Ph: (844)513-1003
www.demandvape.com

# Invoice

| | |
|---|---|
| Invoice Number : | 795591-1 |
| Customer# : | 15979 |
| Order Date : | 12/23/2020 |
| Invoice Date : | 12/29/2020 |
| Due Date : | 12/29/2020 |
| Ordered By : | . |
| Entered By : | Order Sync |
| Salesperson : | Rich Hernandez |
| Terms : | CC_ON_FILE |
| Ship Via : | FEDEX |
| Ship Acct# : | |
| Customer PO : | WEBORDER |

Bill to:  STAR VAPE CORP
283 67th street
BROOKLYN, NY 11220

Phone: (718) 916-9748  Fax: (718) 916-9033
Email: starvape101@gmail.com

Ship to: YOUSIF HASSAN
283 67th street
brooklyn, NY 11220

Phone: (718) 916-9748  Fax: (718) 916-9033
Email: starvape101@gmail.com

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 300 | 300 | 27072 | HYDE EDGE 50mg Strawberry Banana 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0002 | 300 | 300 | 27074 | HYDE EDGE 50mg Aloe Grape 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0003 | 300 | 300 | 27070 | HYDE EDGE 50mg Pineapple ICE 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0004 | 300 | 300 | 28000 | Hyde PLUS 5% 1300 PUFFS BLUE RAZZ 5 | 5.0mL | 5.0mL | no | 5.00 | 1500.00 |
| 0005 | 300 | 300 | 28001 | Hyde PLUS 5% 1300 PUFFS CHERRY LEMONADE 5 | 5.0mL | 5.0mL | no | 5.00 | 1500.00 |
| 0006 | 300 | 300 | 28005 | Hyde PLUS 5% 1300 PUFFS LUSH ICE 5 | 5.0mL | 5.0mL | no | 5.00 | 1500.00 |
| 0007 | 300 | 300 | 28008 | Hyde PLUS 5% 1300 PUFFS PINEAPPLE ICE | 5.0mL | 5.0mL | no | 5.00 | 1500.00 |

Continued on next page....

7175
1825
1825   12/29

ALL SALES TAKE PLACE IN NEW YORK STATE.
THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.

Thank you for your continued business!



2225 Kenmore Ave. • Suite 110
Buffalo, NY 14207
Ph: (844)513-1003
www.demandvape.com

**demand**vape

# Invoice

| Invoice Number : | 795591-1 |
|---|---|
| Customer# : | 15979 |
| Order Date : | 12/23/2020 |
| Invoice Date : | 12/29/2020 |
| Due Date : | 12/29/2020 |

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 5 | | | | | |

| | | |
|---|---|---|
| SubTotal | | 10,725.00 |
| FREIGHT | | 100.00 |

ALL SALES TAKE PLACE IN NEW YORK STATE.
THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.

Page:   2

Thank you for your continued business!

| | | |
|---|---|---|
| Payments | | 10825.00 |
| Total   USD | | 0.00 |

**From:** Issam Hassan
**Sent:** Thursday, September 28, 2023 6:45 PM
**To:** Dov Seewald, Esq.
**Subject:** Fwd: DemandVape.com - Order 527488


Sent from my iPhone

Begin forwarded message:

> **From:** STAR VAPE CORP HALO <starvape101@gmail.com>
> **Date:** September 28, 2023 at 6:44:31 PM EDT
> **To:** ihassan24@yahoo.com
> **Subject: Fwd: DemandVape.com - Order 527488**
>
>
> ---------- Forwarded message ---------
> From: **STAR VAPE CORP HALO** <starvape101@gmail.com>
> Date: Thu, Sep 28, 2023 at 3:02 PM
> Subject: Fwd: DemandVape.com - Order 527488
> To: <IHASSAN24@yahoo.com>
>
>
> ---------- Forwarded message ---------
> From: DemandVape.com <sales@demandvape.com>
> Date: Thu, Jan 21, 2021 at 5:48 PM
> Subject: DemandVape.com - Order 527488
> To: <starvape101@gmail.com>



Thank you for your interest in DemandVape.com products. Your order has been received and will be processed once payment has been confirmed.

To view your order click on the link below:

https://demandvape.com/index.php?route=account/order/info&order_id=527488

## Order Details

**Order ID:** 527488
**Date Added:** 01/21/2021
**Payment Method:** Bank Transfer
**Shipping Method:** Flat Shipping Rate

**E-mail:** starvape101@gmail.com
**Telephone:** 7189169748
**IP Address:** 74.72.184.192
**Order Status:** Bank Transfer

## Instructions

Bank Transfer Instructions

Company Name: Demand Vape
Company Address: 2225 Kenmore Ave, Suite 110, Buffalo, NY 14207
Bank Name: Bank of America, Buffalo, NY
Swift code (intern ██████████████
Routing Number: ██████████████
Account Number: ██████████████

Once wire is placed please email: sales@demandvape.com

Your order will not ship until we receive payment.

Your order will not ship until we receive payment.

| Payment Address | Shipping Address |
|---|---|
| YOUSIF HASSAN<br>STAR VAPE CORP<br>283 67th street<br>brooklyn, New York 11220<br>United States | YOUSIF HASSAN<br>STAR VAPE CORP<br>283 67th street<br>brooklyn, New York 11220<br>United States |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300)<br>- 27060: Sour Apple Ice | 29427 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300)<br>- 27060: Blue Razz Ice | 27219 | 600 | $7.50 | $0.00 | $0.00 | $4,500.00 |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Strawberry Banana | 27072 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Pina Colada | 29426 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Strawberries & C.. | 27068 | 600 | $7.50 | $0.00 | $0.00 | $4,500.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Lush Ice | 27067 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Neon Rain | 27220 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Raspberry Watermelon | 29428 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Peach Mango Watermel.. | 27066 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Pink Lemonade | 27061 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Banana Ice | 27071 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300) <br> - 27060: Pineapple Ice | 27070 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |

| Product | Model | Quantity | Price | Unit Tax | Total Tax | Product Total |
|---|---|---|---|---|---|---|
| Hyde Edge Singles 50mg 1500 Puffs 6mL (10 Count Bulk Box) (Master Case of 300)<br> - 27060: Pineapple Peach Mang.. | 27073 | 300 | $7.50 | $0.00 | $0.00 | $2,250.00 |
| | | | | | Sub-Total: | $33,750.00 |
| | | | | | Flat Shipping Rate: | $15.00 |
| | | | | | Total: | $33,765.00 |

Please reply to this e-mail if you have any questions.

--
**Issam Hassan**
**VP of Sales**
**Star Vape Corp**
Office: (718) 916-9033
Cell:   (631) 507-9129
www.starvapecorp.com

--
**Issam Hassan**
**VP of Sales**
**Star Vape Corp**
Office: (718) 916-9033
Cell:   (631) 507-9129

www.starvapecorp.com



**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

# Invoice

| | |
|---|---|
| **Invoice Number :** | **810111-1** |
| **Customer# :** | 15979 |
| **Order Date :** | 01/22/2021 |
| **Invoice Date :** | 01/26/2021 |
| **Due Date :** | 01/26/2021 |
| **Ordered By :** | |
| **Entered By :** | Order Sync |
| **Salesperson :** | Rich Hernandez |
| **Terms :** | BANK TRANS |
| **Ship Via :** | FEDEX |
| **Ship Acct# :** | |
| **Customer PO :** | WEBORDER |

**Bill to:**  **STAR VAPE CORP**
**283 67th street**
**BROOKLYN, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

**Ship to: YOUSIF HASSAN**
**283 67th street**
**brooklyn, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 300 | 300 | 29427 | HYDE<br>EDGE 50mg<br>SOUR APPLE ICE<br>6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0002 | 600 | 600 | 27219 | HYDE<br>EDGE 50mg<br>Blue Razz ICE<br>6 | 6mL | 6mL | no | 5.50 | 3300.00 |
| 0003 | 300 | 300 | 27072 | HYDE<br>EDGE 50mg<br>Strawberry Banana<br>6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0004 | 300 | 300 | 29426 | HYDE<br>EDGE 50mg<br>PINA COLADA<br>6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0005 | 600 | 600 | 27068 | HYDE<br>EDGE 50mg<br>Starwberries and Cream<br>6 | 6mL | 6mL | no | 5.50 | 3300.00 |
| 0006 | 300 | 300 | 27067 | HYDE<br>EDGE 50mg<br>Lush ICE<br>6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0007 | 300 | 300 | 27220 | HYDE<br>EDGE 50mg<br>Neon Rain | 6mL | 6mL | no | 5.50 | 1650.00 |

## Continued on next page....

**ALL SALES TAKE PLACE IN NEW YORK STATE.**
**THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.**

**Thank you for your continued business!**



**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

# Invoice

| | |
|---|---|
| **Invoice Number :** | **810111-1** |
| **Customer# :** | 15979 |
| **Order Date :** | 01/22/2021 |
| **Invoice Date :** | 01/26/2021 |
| **Due Date :** | 01/26/2021 |

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 6 | | | | | |
| 0008 | 300 | 300 | 29428 | HYDE EDGE 50mg RASPBERRY WATERMELON 6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0009 | 300 | 300 | 27066 | HYDE EDGE 50mg Peach Mango Watermelon 6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0010 | 300 | 300 | 27061 | HYDE EDGE 50mg Pink Lemonade 6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0011 | 300 | 300 | 27071 | HYDE EDGE 50mg Banana ICE 6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0012 | 300 | 300 | 27070 | HYDE EDGE 50mg Pineapple ICE 6 | 6mL | 6mL | no | 5.50 | 1650.00 |
| 0013 | 300 | 300 | 27073 | HYDE EDGE 50mg Pineapple Peach Mango 6 | 6mL | 6mL | no | 5.50 | 1650.00 |

| | |
|---|---|
| **SubTotal** | **24,750.00** |
| **FREIGHT** | **150.00** |

**ALL SALES TAKE PLACE IN NEW YORK STATE.**
**THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.**

**Page:** 2

**Thank you for your continued business!**

| **Total** | **USD** | **24,900.00** |
|---|---|---|



2225 Kenmore Ave. · Suite 110
Buffalo, NY 14207
Ph: (844)513-1003
www.demandvape.com

# Invoice

| | |
|---|---|
| Invoice Number : | 796286-1 |
| Customer# : | 15979 |
| Order Date : | 12/23/2020 |
| Invoice Date : | 01/05/2021 |
| Due Date : | 01/05/2021 |
| **Ordered By :** | |
| **Entered By :** | Order Sync |
| Salesperson : | Rich Hernandez |
| Terms : | BANK TRANS |
| Ship Via : | FEDEX |
| Ship Acct# : | |
| **Customer PO :** | WEBORDER |

Bill to:  STAR VAPE CORP
283 67th street
BROOKLYN, NY 11220

Phone: (718) 916-9748  Fax: (718) 916-9033
Email: starvape101@gmail.com

Ship to: YOUSIF HASSAN
283 67th street
brooklyn, NY 11220

Phone: (718) 916-9748  Fax: (718) 916-9033
Email: starvape101@gmail.com

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 300 | 300 | 27067 | HYDE EDGE 50mg Lush ICE 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0002 | 300 | 300 | 27064 | HYDE EDGE 50mg Honeydew Punch 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0003 | 300 | 300 | 27219 | HYDE EDGE 50mg Blue Razz ICE 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0004 | 300 | 300 | 27066 | HYDE EDGE 50mg Peach Mango Watermelon 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0005 | 300 | 300 | 29426 | HYDE EDGE 50mg PINA COLADA 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0006 | 300 | 300 | 27068 | HYDE EDGE 50mg Starwberries and Cream 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0007 | 300 | 300 | 27065 | HYDE EDGE 50mg Spearmint | 6mL | 6mL | no | 5.25 | 1575.00 |

## Continued on next page....

$\begin{bmatrix} \$ 9000 \\ \$ 5350 \end{bmatrix}$  12/29  1/4

ALL SALES TAKE PLACE IN NEW YORK STATE.
THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.

Page:  1



demandvape

2225 Kenmore Ave. · Suite 110
Buffalo, NY 14207
Ph: (844)513-1003
www.demandvape.com

# Invoice

| Invoice Number : | 796286-1 |
|---|---|
| Customer# : | 15979 |
| Order Date : | 12/23/2020 |
| Invoice Date : | 01/05/2021 |
| Due Date : | 01/05/2021 |

| Line | Order | Ship | Item # | Description | Vol | Vol Total | Tax | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 6 | | | | | |
| 0008 | 300 | 300 | 27062 | HYDE EDGE 50mg BLUE RAZZ 6 | 6mL | 6mL | no | 5.25 | 1575.00 |
| 0009 | 300 | 300 | 27073 | HYDE EDGE 50mg Pineapple Peach Mango 6 | 6mL | 6mL | no | 5.25 | 1575.00 |

| | |
|---|---|
| SubTotal | 14,175.00 |
| FREIGHT | 175.00 |

ALL SALES TAKE PLACE IN NEW YORK STATE.
THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.

Page:  2

Thank you for your continued business!

| | | |
|---|---|---|
| Payments | | 14350.00 |
| Total | USD | 0.00 |

# Order Acknowledgement

**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

**demandvape**

| | |
|---|---|
| **Order Number :** | **1054846-0** |
| **Customer# :** | 15979 |
| **Ordered Date :** | 08/23/2022 |
| **Wanted Date :** | 08/23/2022 |
| **Ordered By :** | |
| **Entered By :** | Order Sync |
| **Salesperson :** | Dave Perry |
| **Terms :** | BANK TRANS |
| **Ship Via :** | FEDEX |
| **Ship Acct# :** | |
| **Customer PO :** | WEBORDER |

**Bill to:** STAR VAPE CORP
6636 3RD AVE
BROOKLYN, NY 11220

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

**Ship to:** STAR VAPE CORP STAR VAPE CORP
6636 3RD AVE
BROOKLYN, NY 11220

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|------|-------|-----|--------|-------------|-------|-----|-----------|
| 0001 | 30 | EA | 36284 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>ENERGY<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0002 | 200 | EA | 36285 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>MANGO PEACH<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0003 | 200 | EA | 36287 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>KIWI PASSIONFRUIT GUAVA<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0004 | 30 | EA | 36288 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>CRANBERRY GRAPE<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0005 | 200 | EA | 36289 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>RED MOJITO<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0006 | 200 | EA | 41609 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>CLEAR 3%<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |

**Continued on next page....**

**Page:    1**

**Thank you for your business!**



**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

# Order Acknowledgement

| | |
|---|---|
| **Order Number :** | **1054846-0** |
| **Customer# :** | 15979 |
| **Ordered Date :** | 08/23/2022 |
| **Wanted Date :** | 08/23/2022 |

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|------|-------|-----|--------|-------------|-------|-----|-----------|
| 0007 | 30 | EA | 41610 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>Mandarin Lime<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0008 | 30 | EA | 41611 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>Mint Tobacco<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0009 | 30 | EA | 41612 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>CLEAR 5%<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0010 | 200 | EA | 37821 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>PASSION FRUIT ORNAGE GUAVA<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0011 | 30 | EA | 37823 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>MANGO PEACH APRICOT<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0012 | 30 | EA | 37830 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>GUAVA ICE<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0013 | 30 | EA | 37831 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>HONEYDEW PINEAPPLE ORANGE<br>*SINGLE*<br>13 | 8.35 | EA | 250.50 |
| 0014 | 200 | EA | 37832 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>RAINBOW CLOUDZ<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0015 | 200 | EA | 37833 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>GUMI<br>*SINGLE* | 8.35 | EA | 1670.00 |

**Continued on next page....**

**Thank you for your business!**

# Order Acknowledgement

**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

| | |
|---|---|
| **Order Number :** | **1054846-0** |
| **Customer#** : | 15979 |
| **Ordered Date :** | 08/23/2022 |
| **Wanted Date :** | 08/23/2022 |

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|---|---|---|---|---|---|---|---|
| | | | | 13 | | | |
| 0016 | 600 | EA | 29769 | HYDE Recharge EDGE BLUE RAZZ 10 | 7.40 | EA | 4440.00 |
| 0017 | 300 | EA | 29771 | HYDE Recharge EDGE SPEARMINT 10 | 7.40 | EA | 2220.00 |
| 0018 | 300 | EA | 29772 | HYDE Recharge EDGE PEACH MANGO WATERMELON 10 | 7.40 | EA | 2220.00 |
| 0019 | 300 | EA | 29779 | HYDE Recharge EDGE ALOE GRAPE 10 | 7.40 | EA | 2220.00 |
| 0020 | 600 | EA | 29780 | HYDE Recharge EDGE BLUE RAZZ ICE 10 | 7.40 | EA | 4440.00 |
| 0021 | 300 | EA | 29783 | HYDE Recharge EDGE SOUR APPLE ICE 10 | 7.40 | EA | 2220.00 |
| 0022 | 300 | EA | 31759 | HYDE Recharge EDGE ENERGIZE 10 | 7.40 | EA | 2220.00 |
| 0023 | 300 | EA | 31763 | HYDE Recharge EDGE TROPICAL 10 | 7.40 | EA | 2220.00 |
| 0024 | 300 | EA | 34519 | HYDE Recharge EDGE PEACHY 10 | 7.40 | EA | 2220.00 |
| 0025 | 300 | EA | 38035 | HYDE Recharge EDGE APPLE PEACH WATERMELON 10 | 7.40 | EA | 2220.00 |
| 0026 | 300 | EA | 39017 | HYDE Recharge EDGE | 7.40 | EA | 2220.00 |

**Continued on next page....**

**Page:** 3

**Thank you for your business!**

# Order Acknowledgement

**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

| Order Number : | 1054846-0 |
|---|---|
| Customer# : | 15979 |
| Ordered Date : | 08/23/2022 |
| Wanted Date : | 08/23/2022 |

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|---|---|---|---|---|---|---|---|
| | | | | BLUEBERRY<br>10 | | | |
| 0027 | 300 | EA | 39019 | HYDE<br>Recharge EDGE<br>BERRY ICE CREAM<br>10 | 7.40 | EA | 2220.00 |
| 0028 | 300 | EA | 27062 | HYDE<br>EDGE 50mg<br>BLUE RAZZ<br>5 | 5.25 | EA | 1575.00 |
| 0029 | 300 | EA | 27065 | HYDE<br>EDGE 50mg<br>Spearmint<br>5 | 5.25 | EA | 1575.00 |
| 0030 | 300 | EA | 27068 | HYDE<br>EDGE 50mg<br>Strawberry Ice Cream<br>5 | 5.25 | EA | 1575.00 |
| 0031 | 300 | EA | 27219 | HYDE<br>EDGE 50mg<br>Blue Razz ICE<br>5 | 5.25 | EA | 1575.00 |
| 0032 | 300 | EA | 29427 | HYDE<br>EDGE 50mg<br>SOUR APPLE ICE<br>5 | 5.25 | EA | 1575.00 |
| 0033 | 300 | EA | 34491 | HYDE<br>EDGE 50mg<br>Cherry Peach Lemonade<br>5 | 5.25 | EA | 1575.00 |
| 0034 | 300 | EA | 34494 | HYDE<br>EDGE 50mg<br>Mango Peaches & Cream<br>5 | 5.25 | EA | 1575.00 |
| 0035 | 200 | EA | 36293 | ELF BAR<br>BC5000 Disposable 5000 PUFF<br>WATERMELON ICE<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |
| 0036 | 200 | EA | 37822 | ELF BAR (dv exclusive)<br>BC5000 Disposable 5000 PUFF<br>WATERMELON CANTALOUPE HONY DEW<br>*SINGLE*<br>13 | 8.35 | EA | 1670.00 |

**Continued on next page....**

Page:   4

**Thank you for your business!**

# Order Acknowledgement

**2225 Kenmore Ave. · Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

| | |
|---|---|
| **Order Number :** | 1054846-0 |
| **Customer# :** | 15979 |
| **Ordered Date :** | 08/23/2022 |
| **Wanted Date :** | 08/23/2022 |

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|---|---|---|---|---|---|---|---|
| 0037 | 200 | EA | 37824 | **ELF BAR (dv exclusive)**<br>**BC5000 Disposable 5000 PUFF**<br>**BLUEBERRY ENERGIZE**<br>***SINGLE***<br>**13** | 8.35 | EA | 1670.00 |

| | | |
|---|---|---|
| **SubTotal** | | 60,809.00 |
| **FREIGHT** | | 517.00 |
| **Total** | USD | 61326.00 |

**Page:** 5

**Thank you for your business!**

# Order Acknowledgement

**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

demandvape

| | |
|---|---|
| **Order Number :** | **1149052-0** |
| **Customer# :** | 15979 |
| **Ordered Date :** | 04/12/2023 |
| **Wanted Date :** | 04/12/2023 |
| **Ordered By :** | |
| **Entered By :** | Dave Perry |
| **Salesperson :** | Dave Perry |
| **Terms :** | CC_ON_FILE |
| **Ship Via :** | |
| **Ship Acct# :** | |
| **Customer PO :** | |

**Bill to:  STAR VAPE CORP**
**6636 3RD AVE**
**BROOKLYN, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

**Ship to:  STAR VAPE CORP**
**6636 3RD AVE**
**BROOKLYN, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|---|---|---|---|---|---|---|---|
| 0001 | 1000 | EA | 35509 | Air Bar<br>BOX Disposable 3000 Puffs<br>BLUEBERRY ICE<br>10 | 6.25 | EA | 6250.00 |
| 0002 | 200 | EA | 36286 | EBDESIGN BC5000<br>Disposable 5%<br>PEACH MANGO WATERMELON<br>*SINGLE*<br>9.5 | 7.75 | EA | 1550.00 |
| 0003 | 200 | EA | 37035 | EBDESIGN BC5000<br>Disposable 5%<br>RAINBOW CANDY<br>*SINGLE*<br>9.5 | 7.75 | EA | 1550.00 |
| 0004 | 400 | EA | 37797 | EBDESIGN BC5000<br>Disposable 5%<br>TRIPLE BERRY ICE<br>*SINGLE*<br>9.5 | 7.75 | EA | 3100.00 |
| 0005 | 400 | EA | 41315 | EBDESIGN BC5000<br>Disposable 5%<br>PEACH BERRY<br>*SINGLE*<br>9.5 | 7.75 | EA | 3100.00 |
| 0006 | 400 | EA | 41338 | EBDESIGN BC5000<br>Disposable 5%<br>MIAMI MINT<br>*SINGLE*<br>9.5 | 7.75 | EA | 3100.00 |
| 0007 | 200 | EA | 46567 | Frio Bar | 6.00 | EA | 1200.00 |

## Continued on next page....

Page:  1

Thank you for your business!



**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

# Order Acknowledgement

| | |
|---:|:---|
| **Order Number :** | 1149052-0 |
| **Customer# :** | 15979 |
| **Ordered Date :** | 04/12/2023 |
| **Wanted Date :** | 04/12/2023 |

| Line | Order | U/M | Item # | Description | Price | Per | Extension |
|------|-------|-----|--------|-------------|-------|-----|-----------|
| | | | | DB7000<br>Cool Mint<br>16 | | | |
| 0008 | 200 | EA | 46568 | Frio Bar<br>DB7000<br>Sour Apple Ice<br>16 | 6.00 | EA | 1200.00 |
| 0009 | 100 | EA | 46560 | Frio Bar<br>DB7000<br>Strawberry Shake<br>16 | 6.00 | EA | 600.00 |
| 0010 | 100 | EA | 46561 | Frio Bar<br>DB7000<br>Tropical Blast<br>16 | 6.00 | EA | 600.00 |
| 0011 | 100 | EA | 46562 | Frio Bar<br>DB7000<br>Fruit Punch<br>16 | 6.00 | EA | 600.00 |
| 0012 | 100 | EA | 46563 | Frio Bar<br>DB7000<br>Raspberry Watermelon<br>16 | 6.00 | EA | 600.00 |
| 0013 | 100 | EA | 46564 | Frio Bar<br>DB7000<br>Blue Razz Ice<br>16 | 6.00 | EA | 600.00 |
| 0014 | 100 | EA | 46565 | Frio Bar<br>DB7000<br>Strawberry Kiwi<br>16 | 6.00 | EA | 600.00 |
| 0015 | 100 | EA | 46566 | Frio Bar<br>DB7000<br>Peach Ice<br>16 | 6.00 | EA | 600.00 |
| 0016 | 100 | EA | 46569 | Frio Bar<br>DB7000<br>Peach Mango Watermelon<br>16 | 6.00 | EA | 600.00 |

| | |
|---:|---:|
| **SubTotal** | 25,850.00 |
| **FREIGHT** | 448.51 |

**Page:  2**

**Thank you for your business!**

| **Total** | **USD** | 26298.51 |
|-----------|---------|----------|



**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

# Invoice

| | |
|---|---|
| **Invoice Number :** | **1146188-1** |
| **Customer# :** | 15979 |
| **External# :** | |
| **Order Date :** | 04/05/2023 |
| **Invoice Date :** | 04/10/2023 |
| **Due Date :** | 04/10/2023 |
| **Ordered By :** | |
| **Entered By :** | Dave Perry |
| **Salesperson :** | Dave Perry |
| **Terms :** | CC_ON_FILE |
| **Ship Via :** | |
| **Ship Acct# :** | |
| **Customer PO :** | |

**Bill to:    STAR VAPE CORP**
**6636 3RD AVE**
**BROOKLYN, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

**Ship to: STAR VAPE CORP**
**6636 3RD AVE**
**BROOKLYN, NY 11220**

**Phone: (718) 916-9748  Fax: (718) 916-9033**
**Email:  starvape101@gmail.com**

| Line | Order | Ship | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|
| 0001 | 300 | 300 | 29776 | **HYDE** **Recharge EDGE** **BANANA ICE** **10** | 7.00 | 2100.00 |
| 0002 | 600 | 600 | 29780 | **HYDE** **Recharge EDGE** **BLUE RAZZ ICE** **10** | 7.00 | 4200.00 |
| 0003 | 600 | 600 | 34552 | **HYDE** **Recharge EDGE** **MINTY O's** **10** | 7.00 | 4200.00 |
| 0004 | 300 | 300 | 29770 | **HYDE** **Recharge EDGE** **HONEYDEW PUNCH** **10** | 7.00 | 2100.00 |
| 0005 | 300 | 300 | 29783 | **HYDE** **Recharge EDGE** **SOUR APPLE ICE** **10** | 7.00 | 2100.00 |
| 0006 | 400 | 400 | 35509 | **Air Bar** **BOX Disposable 3000 Puffs** **BLUEBERRY ICE** **10** | 6.25 | 2500.00 |
| 0007 | 400 | 0 | 33454 | **Air Bar** **BOX Disposable 3000 Puffs** **WATERMELON ICE** | 6.25 | 0.00 |

## Continued on next page....

**ALL SALES TAKE PLACE IN NEW YORK STATE.**
**THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.**

**Page:    1**

**Thank you for your continued business!**

# Invoice

**2225 Kenmore Ave. • Suite 110**
**Buffalo, NY 14207**
**Ph: (844)513-1003**
**www.demandvape.com**

demandvape

| | |
|---|---|
| **Invoice Number :** | **1146188-1** |
| **Customer# :** | 15979 |
| **External# :** | |
| **Order Date :** | 04/05/2023 |
| **Invoice Date :** | 04/10/2023 |

| Line | Order | Ship | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|
| | | | | 10 | | |

| | | |
|---|---|---|
| **SubTotal** | | 17,200.00 |
| **FREIGHT** | | 475.62 |
| **Payments** | | 17675.62 |
| **Total** | **USD** | 0.00 |

**ALL SALES TAKE PLACE IN NEW YORK STATE.**
**THE SALE IS COMPLETED ONCE GOODS ARE SHIPPED FROM OUR FACILITY.**

**Thank you for your continued business!**