# EXHIBIT A

| What is the name of this store? | What type of store is this? If you are unsure, make your best guess. If the store does not fit in to one of these choices, click "Other" and enter a description for the store. | Please enter the address (number and street). If you are unable to see the building number, please describe the specific location in some other way. For example, you can give the address of the storefronts next to the store you are reporting. Taking a picture from the outside can also help. | Please select the neighborhood where this store is located. If the neighborhood is not on this list, click "Other" and enter the name of the neighborhood. If you are unsure of the neighborhood, click "Other" and enter the name of the borough. | On what date did you visit this store? Please enter in the format mm/dd/yy | At approximately what time did you visit the store? Please make sure to indicate "AM" or "PM" | Do you see flavored vaping products available for purchase in this store? | What brands of flavored nicotine vaping products do you see? Check all that apply but check at least one. Boxes of nicotine vaping products usually say "WARNING: This product contains nicotine. Nicotine is an addictive chemical." | List one of the brands you saw along with one flavor of that brand. Some examples: "Air Bar Watermelon Ice" or "Myle Blueberry" If you selected "No nicotine vaping products" in the previous question, enter "n/a". | Did you take any pictures of this store, either inside or outside? Taking pictures is optional | Licensure? |
|---|---|---|---|---|---|---|---|---|---|---|
| Lucky Store Convenience | Convenience Store | Block and Elegant | Upper West Side | 2/7/23 | 5:50PM | No | | | | License |
| Amsterdam Tobacco House | Vape shop or Smoke shop | Amsterdam between 72/73 | Upper West Side | 3/16/23 | 3:50 PM | No | | | | Both Tobacco and E-Cigarette License |
| JSR Deli | Bodega, Deli or Supermarket | 994 Morris Park Ave | East Tremont | 3/18/23 | 4:25PM | No | | | | Both Tobacco and E-Cigarette License |
| Morris Park Deli and Grocery | Bodega, Deli or Supermarket | 803 Morris Park Ave | East Tremont | 3/18/23 | 4:50PM | No | | | | Both Tobacco and E-Cigarette License |
| New Morris Deli | Bodega, Deli or Supermarket | 744 Morris Park Ave | East Tremont | 3/18/23 | 5:30pm | No | | | | Both Tobacco and E-Cigarette License |
| J&J News | News store | 85 Broad St. | Battery Park City/Financial District | 3/24/23 | 11:30 AM | No | | | | Both Tobacco and E-Cigarette License |
| Freedom News | News store | 90 Broad St. | Battery Park City/Financial District | 3/24/23 | 11:35 AM | No | | | | Both Tobacco and E-Cigarette License |
| Pace Convenience | Convenience Store | 12 John St. | Battery Park City/Financial District | 3/25/23 | 11:30 AM | No | | | | Both Tobacco and E-Cigarette License |
| Liberty Smoke | Vape shop or Smoke shop | 114 Liberty St. | Battery Park City/Financial District | 3/25/23 | 11:40 AM | No | | | | Both Tobacco and E-Cigarette License |
| Nassau Grocery | Bodega, Deli or Supermarket | 59 Nassau St | Battery Park City/Financial District | 3/25/23 | 11:20 AM | No | | | | Both Tobacco and E-Cigarette License |
| Nassau Gift Shop | Gift Shop | 65 Nassau St. | Battery Park City/Financial District | 3/25/23 | 11:15 AM | No | | | | Both Tobacco and E-Cigarette License |
| New Morris Deli | Bodega, Deli or Supermarket | 744 Morris Park Ave | East Tremont | 3/28/23 | 5:15PM | No | | | | Both Tobacco and E-Cigarette License |
| Village Craft Beer and Smoke | Convenience Store | 136 1st Ave | East Village | 3/29/2023 | 2:55 PM | No | | Elf, Myle, Air, Juul | No | Both Tobacco and E-Cigarette License |
| Shell | Gas station | 2276 1st Ave | Harlem | 4/4/23 | 5:00pm | No | | | | Both Tobacco and E-Cigarette License |
| Columbus Food Corp | Bodega, Deli or Supermarket | 83rd and Columbus w side left s corner | Upper West Side | 4/8/23 | 3:30pm | No | | | | Both Tobacco and E-Cigarette License |
| Broadway convenience | Bodega, Deli or Supermarket | 2482 Broadway | Upper West Side | 4/11/23 | 7:00pm | No | | | | Both Tobacco and E-Cigarette License |
| DM Chaudhari, LLC (7 Eleven #35710A) | Convenience Store | 311 Broadway | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Both Tobacco and E-Cigarette License |
| Lucky One Stop Inc. | Vape shop or Smoke shop | 158A Church Street | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Both Tobacco and E-Cigarette License |
| Barakth & Saiful Inc. | Bodega, Deli or Supermarket | 165 Church Street | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Both Tobacco and E-Cigarette License |
| Super Stop deli | Bodega, Deli or Supermarket | 211 E Tremonth Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | | Both Tobacco and E-Cigarette License |
| Terrigno Discount | Convenience Store | 2393 Arthur Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Both Tobacco and E-Cigarette License |
| Lotus Market Place | Gas station | 4643 Third Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Both Tobacco and E-Cigarette License |
| Deli and Grocery | Bodega, Deli or Supermarket | 2573 Webster Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Both Tobacco and E-Cigarette License |
| Maysaa Fordham Deli | Bodega, Deli or Supermarket | 164 E 188th st Bronx NY 10468 | Belmont | 06/13/23 | PM | No | | | | Both Tobacco and E-Cigarette License |
| 111 Fulton St Retail Corp | Convenience Store | 111 Fulton Street | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Electronic Cigarette Dealer License |
| Tremont 9 Stat Gourmet Corp | Bodega, Deli or Supermarket | 303 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | | Electronic Cigarette Dealer License |
| Alex's Tobacco Shoppe | Vape shop or Smoke shop | 2061 Broadway, New York, NY 10023 | Upper West Side | 2/7/23 | 5:25PM | No | | | | No license |
| Nassau street convenience | Vape shop or Smoke shop | 88 Nassau Street Fidi | Battery Park City/Financial District | 02/09/23 | 5:10pm | No | No flavored nicotine vaping products | | Yes | No license |
| New Jubilee Smoke Shop | Vape shop or Smoke shop | 135 William Street Fidi | Battery Park City/Financial District | 02/09/23 | 5:15pm | No | | | | No license |
| No name. Across from Young Park. east tremont x van nest ave | Gas station | Across from Young Park. east tremont x van nest ave | East Tremont | 3/4/23 | 3:30PM | No | | | | No license |
| East Tremont Super Mini Market | Bodega, Deli or Supermarket | corner of East Tremont Ave x Beach Ave | East Tremont | 3/4/23 | 3:45 PM | No | | | | No license |
| Sunoco Gas Station & Food Mart | Gas station | 1881 E Tremont Ave | East Tremont | 3/4/23 | 3:50PM | No | | | | No license |
| Halal and Grocery | Bodega, Deli or Supermarket | E Tremont x Paulding Ave | East Tremont | 3/4/23 | 4:10PM | No | | | | No license |
| Next to El Nuevo Bohio Tropical | Convenience Store | Between Benson St and Lane Ave | East Tremont | 3/4/23 | 5:15PM | No | | | | No license |
| BMJ Fresh Deli | Bodega, Deli or Supermarket | Lane Ave x Benson St next to Mcdonalds | East Tremont | 3/4/23 | 5:15PM | No | | | | No license |
| New York Newsday | "Lotto, Candy, Soda, Magazines, Cigarettes, Truth Justice and Comics" | ner 78 Westchester Square | East Tremont | 3/4/23 | 5:30PM | No | | | | No license |
| A and Y Deli | Bodega, Deli or Supermarket | near 74 Westchester Sq | East Tremont | 3/4/23 | 5:30PM | No | | | | No license |
| Best Way Mini Mart | Bodega, Deli or Supermarket | 685 Morris Park Ave | East Tremont | 3.18.23 | 5:05PM | No | | | | No license |
| El Patron Deli and Grocery | Bodega, Deli or Supermarket | 1761 Bronxdale Ave | East Tremont | 3/18/23 | 5:15PM | No | | | | No license |
| Batter park convenience | Convenience Store | South end avenue and Third Place | Battery Park City/Financial District | 03/20/23 | 2:30pm | No | | | | No license |
| My Convenience | Convenience Store | 29 John St. | Battery Park City/Financial District | 3/25/23 | 11:35 AM | No | | | | No license |
| Hookah Smoke Shop | Vape shop or Smoke shop | 1470 Castle Hill Ave | East Tremont | 3/28/23 | 6:40PM | No | | | | No license |
| Sunoco | Gas station | 1500 Williamsbridge Rd | East Tremont | 3/25/23 | 5:30PM | No | | | | No license |
| Deli Grocery | Bodega, Deli or Supermarket | 1901 williamsbridge rd | East Tremont | 3/28/23 | 5:00PM | No | | | | No license |

| Name | Type | Address | Neighborhood | Date | Time | | | | License |
|---|---|---|---|---|---|---|---|---|---|
| | 76 Gas station | 2007 Williamsbridge Rd | East Tremont | 3/28/23 | 4:30PM | No | | | No license |
| AM Gourmet Deli Corp | Bodega, Deli or Supermarket | 2101 Williamsbridge Rd | East Tremont | 3/28/23 | 4:15pm | No | | | No license |
| Shell | Gas station | 2100 Williamsbridge Rd | East Tremont | 3/28/23 | 5:00pm | No | | | No license |
| AM Family Discount & 99 store Inc | Convenience Store | 2135 Williamsbridge Rd | East Tremont | 3/25/23 | 4:45PM | No | | | No license |
| Manny's Delicatessen | Bodega, Deli or Supermarket | 2143 Williamsbridge Rd | East Tremont | 3/28/23 | 4PM | No | | | No license |
| E-Smoke and Convenience | Vape shop or Smoke shop | 113 1st Ave | East Village | 3/29/2023 | 3:20 PM | No | | | No license |
| EMpire Smoke Shop | Vape shop or Smoke shop | 57  1st Ave | East Village | 03/29/2023 | 3:30 PM | No | | | No license |
| NY Village Convenience | Convenience Store | 45  1st Ave | East Village | 03/29/2023 | 3:35 PM | No | | | No license |
| I-vape | Vape shop or Smoke shop | 28  (or 30)  St. Marks Place | East Village | 03/17/2023 | 4:00 PM | No | | | No license |
| David' Deli & Grill | Bodega, Deli or Supermarket | 2336 1st Ave | Harlem | 4/4/23 | 4:40pm | No | | | No license |
| BP | Gas station | 2326 1st Ave | Harlem | 4/4/23 | 4:50pm | No | | | No license |
| Express Deli | Bodega, Deli or Supermarket | 2272 1st Ave | Harlem | 4/4/23 | 5:10pm | No | | | No license |
| Eastside Deli | Bodega, Deli or Supermarket | 2234 1st Ave | Harlem | 4/4/23 | 5:40pm | No | | | No license |
| Gotham 1st Ave Gourmet Deli Corp | Bodega, Deli or Supermarket | 2165 1st Ave | Harlem | 4/4/23 | 5:50pm | No | | | No license |
| Blue Sky Deli (Hajji's) | Bodega, Deli or Supermarket | 2135 1st Ave | Harlem | 4/4/23 | 6:00pm | No | | | No license |
| Wagner Food Mart | Bodega, Deli or Supermarket | 2121 1st ave | Harlem | 4/4/23 | 6:10pm | No | | | No license |
| Pleasant Food | Bodega, Deli or Supermarket | 491 E 117th St | Harlem | 3/30/23 | 9:10pm | No | | | No license |
| Amsterdam Cafe | Bodega, Deli or Supermarket | 481 Amsterdam Ave | Upper West Side | 4/8/23 | 3:50pm | No | | | No license |
| Simply gourmet market place | Bodega, Deli or Supermarket | 494 amsterdamave | Upper West Side | 4/8/23 | 4:00pm | No | | | No license |
| Amsterdam market | Bodega, Deli or Supermarket | Amsterdam Ave x 79th st | Upper West Side | 4/8/23 | 4:15pm | No | | | No license |
| Convenience INC | Vape shop or Smoke shop | 81st and Broadway next to Claire's | Upper West Side | 4/11/23 | 6:00pm | No | | | No license |
| Cp Yang Corp | Convenience Store | 281 Columbus Ave | Upper West Side | 4/13/23 | 6:40pm | No | | | No license |
| Level Up Smoke Shop | Vape shop or Smoke shop | 1274 Castle Hill Ave | East Tremont | 4/15/23 | 6:50PM | No | | | No license |
| Urban blue market deli and grille | Bodega, Deli or Supermarket | Castle hill between Ellis Ave and newbold st | East Tremont | 4/15/23 | 7:10pm | No | | | No license |
| 4/15/23 | Bodega, Deli or Supermarket | 1251-1253 castle hill Ave | East Tremont | 4/15/23 | 7:10pm | No | | | No license |
| Finest food my deli and grille | Bodega, Deli or Supermarket | 1201 castle hill | East Tremont | 4/15/23 | 7:23PM | No | | | No license |
| The hub deli and grill | Bodega, Deli or Supermarket | 1183 castle hill Ave | East Tremont | 4/15/23 | 7:25Pm | No | | | No license |
| Sunoco | Gas station | 1141 Castle Hill | East Tremont | 4/15/23 | 7:40pm | No | | | No license |
| 7th Street Shop | Vape shop or Smoke shop | 7th Street and Taras Shevchenko Place | East Village | 4/18/2023 | 3:30 PM | No | | No | No license |
| Half Moon Convenience | Convenience Store | 260  10th Street | East Village | 04/12/2023 | 3:30 PM | No | | | No license |
| Villager Smoke Shop | Vape shop or Smoke shop | 447 -  9th Street | East Village | 04/12/2023 | 3:45 PM | No | | | No license |
| Vape & Dispensary | Vape shop or Smoke shop | 2442 Broadway | Upper West Side | 04/26/2023 | 12:45 PM | No | | | No license |
| Smoke shop | Vape shop or Smoke shop | 1861 Lexington ave | Washington Heights | 4/29 | 2:40 | No | | | No license |
| 105th smoke shop | Vape shop or Smoke shop | 2028 2nd ave | Harlem | 4/28 | 4:20 pm | No | | | No license |
| XXX | Vape shop or Smoke shop | 26 Ave C | East Village | 05.01.2023 | 4:00 PM | No | | | No license |
| Mr. Exotix | Vape shop or Smoke shop | Columbus Ave and 105th | Upper West Side | 5/15/23 | 7:53PM | No | | | No license |
| Tremont Express Deli and Grocery | Bodega, Deli or Supermarket | 267 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Family Deli 4 INC | Bodega, Deli or Supermarket | 414 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| K&K Convenience and Smoke Shop | Vape shop or Smoke shop | 472 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Sese Family Deli | Bodega, Deli or Supermarket | 531 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Sammy Grocery and Deli | Bodega, Deli or Supermarket | 4378 Third Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Omale | Bodega, Deli or Supermarket | 2172 Crotona Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Liam Deli Grocery | Bodega, Deli or Supermarket | 2178 Crotona Ave Bronx NY 10457 | Belmont | 06/12/23 | PM | No | | | No license |
| Brothers Food Market | Bodega, Deli or Supermarket | 761 E 182 st Bronx NY 10460 | Belmont | 06/12/23 | PM | No | | | No license |
| MTR Grocery | Bodega, Deli or Supermarket | 760 E 187 st Bronx NY 10458 | Belmont | 06/12/23 | PM | No | | | No license |
| La Antillana Meat | Bodega, Deli or Supermarket | 245 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | No license |
| Deli Grocery | Bodega, Deli or Supermarket | 717 E 187st Bronx NY 10458 | Belmont | 06/13/23 | AM | No | | | No license |
| Pass Gourmet | Bodega, Deli or Supermarket | 688 E 187st Bronx NY 10458 | Belmont | 06/13/23 | AM | No | | | No license |
| 681 Deli Grocery | Bodega, Deli or Supermarket | 681 E 187st Bronx Ny 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Discount Store and Variety | Convenience Store | 664 E 187street Bronx Ny 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| 187 Fordham Convenience | Convenience Store | 605 B E 187 street Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Castillo | Bodega, Deli or Supermarket | 2239 Adams Place Bronx NY 10457 | Belmont | 06/13/23 | PM | No | | | No license |
| Lorena Deli and Grocery | Bodega, Deli or Supermarket | 611 E 183rd Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Paola Deli Grocery | Bodega, Deli or Supermarket | 2436 Washington Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Gulf Gas Station Mukti Market | Gas station | 4709 Third Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Fordham Gourmet Deli | Bodega, Deli or Supermarket | 2540 Marion Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| AME DELI Grocery | Bodega, Deli or Supermarket | 274 E Kingsbridge Rd Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | No license |
| Deli | Bodega, Deli or Supermarket | 163 E 188th St Bronx NY 10468 | Belmont | 06/13/23 | PM | No | | | No license |
| Fulton smoke shop and convenience | Vape shop or Smoke shop | Corner or Fulton and Ryders Alley in Fidi | Battery Park City/Financial District | 02/09/23 | 5:20pm | No | No flavored nicotine vaping products | | No | Tobacco Retail Dealer License |
| Moe's 2430 Deli Grocery | Bodega, Deli or Supermarket | 2430 E Tremont Ave | East Tremont | 3/4/23 | 4:00PM | No | | | Tobacco Retail Dealer License |
| 24 Deli Grocery Inc. | Bodega, Deli or Supermarket | On the corner of Williamsbridge Rd and Morris Park Av | East Tremont | 3/18/23 | 3:25pm | No | | | Tobacco Retail Dealer License |
| Avenue Cigar Lounge | Cigar Shop | 1129 Morris Park Ave | East Tremont | 3/18/23 | 3:35pm | No | | | Tobacco Retail Dealer License |
| Ann Clair's Salumeria | Bodega, Deli or Supermarket | 1130 Morris Park Ave | East Tremont | 3/18/23 | 3:45pm | No | | | Tobacco Retail Dealer License |
| Salam Deli | Bodega, Deli or Supermarket | 939 Morris Park Ave | East Tremont | 3/18/23 | 4:40pm | No | | | Tobacco Retail Dealer License |
| Green Olive Deli Inc | Bodega, Deli or Supermarket | 716 Morris Park Ave | East Tremont | 3/18/23 | 5:35PM | No | | | Tobacco Retail Dealer License |
| Vape & Smoke | Vape shop or Smoke shop | 150  2nd ave | East Village | 03/17/2023 | 2:30 PM | No | | | Tobacco Retail Dealer License |
| Health Food Gourmet Deli | Bodega, Deli or Supermarket | 2339 1st Ave | Harlem | 4/4/23 | 4:30pm | No | | | Tobacco Retail Dealer License |
| Kanan Deli and Grill | Bodega, Deli or Supermarket | near 2255 1st Ave | Harlem | 4/4/23 | 5:30pm | No | | | Tobacco Retail Dealer License |
| Grocery | Bodega, Deli or Supermarket | 1167 Castle Hill | East Tremont | 4/15/23 | 7:45pm | No | | | Tobacco Retail Dealer License |
| Castel Express deli gourmet | Bodega, Deli or Supermarket | 2170 | East Tremont | 4/15/23 | 8:04pm | No | | | Tobacco Retail Dealer License |
| JY Gourmet Corp (Apple Gourmet) | Bodega, Deli or Supermarket | 225 Broadway | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | Tobacco Retail Dealer License |

| Name | Type | Address | Neighborhood | Date | Time | Sells? | Brands | Flavor | Underage? | License |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 Fulton Street Food Corp (Seaport Deli) | Bodega, Deli or Supermarket | 64 Fulton Street | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Tobacco Retail Dealer License |
| 99 John's Market Place Inc. (Jubilee Market) | Bodega, Deli or Supermarket | 99 John Street | Battery Park City/Financial District | 05/09/2023 | 12pm | No | | | | Tobacco Retail Dealer License |
| Taz Cafe | Bodega, Deli or Supermarket | 54 Pine Street | Battery Park City/Financial District | 05/20/23 | 12pm | No | | | | Tobacco Retail Dealer License |
| Chicken Deli Grocery | Bodega, Deli or Supermarket | 555 E 180th Street Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | | Tobacco Retail Dealer License |
| Bodega Built Inc Grocery and Deli | Bodega, Deli or Supermarket | 601 E 180st Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | | Tobacco Retail Dealer License |
| VC Deli Grocery | Bodega, Deli or Supermarket | 640 E 180st Bronx NY 10457 | Belmont | 06/12/23 | AM | No | | | | Tobacco Retail Dealer License |
| Valencia Deli | Bodega, Deli or Supermarket | 797 E 182nd St Bronx NY 10460 | Belmont | 06/12/23 | PM | No | | | | Tobacco Retail Dealer License |
| Abigail Deli and Grocery | Bodega, Deli or Supermarket | 787 E 185th Street Bronx NY 10460 | Belmont | 06/12/23 | PM | No | | | | Tobacco Retail Dealer License |
| BRONX M and E | Bodega, Deli or Supermarket | 732 E 187th St Bronx NY 10458 | Belmont | 06/12/23 | PM | No | | | | Tobacco Retail Dealer License |
| New Spring Deli and Grocery | Bodega, Deli or Supermarket | 651 E 187 street Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Tobacco Retail Dealer License |
| Arronderos Deli Grocery | Bodega, Deli or Supermarket | 476 E 187st Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Tobacco Retail Dealer License |
| B H Gourmet Deli | Bodega, Deli or Supermarket | 2550 Bainbridge Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Tobacco Retail Dealer License |
| Deli and Grocery | Bodega, Deli or Supermarket | 275 E Kingsbridge RD Bronx NY 10458 | Belmont | 06/13/23 | PM | No | | | | Tobacco Retail Dealer License |
| Smoke Shop | Vape shop or Smoke shop | 177 1st Avenue | East Village | 02/06/23 | 4:15 PM | Yes | Myle | Iced Apple Mango | No | Both Tobacco and E-Cigarette |
| Milennium Smoke Shop | Vape shop or Smoke shop | 24 Maiden Lane | Battery Park City/Financial District | 3/25/23 | 11:00 AM | Yes | Air Bar, TSC | Not sure | No | Both Tobacco and E-Cigarette License |
| Tag Smoke Shop | Vape shop or Smoke shop | 1905 Williamsbridge Rd | East Tremont | 3/28/23 | 4:40PM | Yes | Elf Bar | Elf Bar Passion Fruit | No | Both Tobacco and E-Cigarette License |
| Millennium smoke and news | Vape shop or Smoke shop | Broadway between 85 and 86th w side | Upper West Side | 4/11/23 | 6:40pm | Yes | Air Bar | Air bar strawberry kiwi, grape i | No | Both Tobacco and E-Cigarette License |
| 97 tobacco shop inc | Vape shop or Smoke shop | 97th and Broadway east side | East Village | 4/11/23 | 7:10pm | Yes | Air Bar | Air bar blueberry kiwi | No | Both Tobacco and E-Cigarette License |
| CONVENIENCE inc. | Convenience Store | Excellence Barber Shop 2265 Broadway | Upper West Side | 04/26/2023 | 12:10 PM | Yes | Air Bar, Fume, Smoke Pa | Relx | Yes | Both Tobacco and E-Cigarette License |
| Millennium Smoke & News | Vape shop or Smoke shop | 2345 Broadway , same address as Bravo West Pizza | Upper West Side | 04/26/2023 | 1245 PM | Yes | Smok , LUx | Did not see flavor | Yes | Both Tobacco and E-Cigarette License |
| Broadway Convenience | Convenience Store | 2482 Broadway | Upper West Side | 04/26/2023 | 1 PM | Yes | Elf Bar | Cool Mint | Yes | Both Tobacco and E-Cigarette License |
| Ny grill and deli | Bodega, Deli or Supermarket | 1938 Madison | Harlem | 5/23 | 5:30 pm | Yes | Air Bar | Air bar clear | No | Both Tobacco and E-Cigarette License |
| Nassau Gift Shop | Vape shop or Smoke shop | 65 Nassau Street | Battery Park City/Financial District | 06/06/2023 | 3:50 pm | Yes | Elf Bar | Elf bar blue razz ice | No | Both Tobacco and E-Cigarette License |
| Mike Deli & Convenience | Bodega, Deli or Supermarket | 418 E 14th Street | East Village | 02/06/23 | 3:45 PM | Yes | Elf Bar | Peach Ice | No | Electronic Cigarette Dealer License |
| Hookah 2 Plus | Vape shop or Smoke shop | 750b Morris Park Ave | East Tremont | 3/18/23 | 5:25PM | Yes | Puff Bar, Elf Bar, Myle, Ai | Air Bar Blueberry Ice | No | Electronic Cigarette Dealer License |
| NYC Smoke | Convenience Store | 754 9th ave | Upper West Side | 05/05/23 | 10:15 am | Yes | Vuse menthol | Vuse menthol | No | Electronic Cigarette Dealer License |
| JS Accessory | Convenience Store | 2 Saint Marks Place (Interestingly, they share the address with the building next door) | East Village | 2/5/2023 | 1:30 PM | Yes | Elf Bar | Passion Fruit Orange Guava | Yes | No license |
| Maze Convenience Store, Smoke Shop & Vape | Convenience Store | 16 Saint Marks Place | East Village | 2/5/2023 | 1:35 PM | Yes | Flum Gio Disposable Vape | Juicy Apple | Yes | No license |
| Smokerz Zone | Vape shop or Smoke shop | 223 E 14th Street | East Village | 02/06/23 | 3 PM | Yes | Elf Bar | Strawberry Banana | Yes | No license |
| American Dream Smoke Shop | Vape shop or Smoke shop | 247 E 14th Street | East Village | 02/06/23 | 3:10 PM | Yes | Elf Bar | Watermelon Bubble Gum | No | No license |
| Smoke Zee and Convenience | Convenience Store | 238 E 14th Street (I believe so, they didn't have an address) | East Village | 02/06/23 | 3:15 PM | Yes | Elf Bar | Strawberry Banana | No | No license |
| The Tree Shop NYC | Vape shop or Smoke shop | 313 E 14th Street | East Village | 02/06/23 | 3:25 PM | Yes | No flavored nicotine vaping products | n/a | No | No license |
| K&H Convenience | Convenience Store | 329 E 14th Street | East Village | 02/06/23 | 3:25 PM | Yes | Elf Bar | Menthol | No | No license |
| 14th Street CRANBERRY CORP | Vape shop or Smoke shop | 402 E 14th Street | East Village | 02/06/23 | 3:35 PM | Yes | Elf Bar | Menthol | No | No license |
| Smoke Shop | Vape shop or Smoke shop | 524 E 14th Street | East Village | 02/06/23 | 3:50 PM | Yes | No flavored nicotine vaping products | n/a | No | No license |
| Grandaisy Bakery/ West Coast Convenience | Bodega, Deli or Supermarket | 176 W 72nd St, New York, NY 10023 | Upper West Side | 2/7/23 | 5:45PM | Yes | Elf Bar | Lemon Mint | Yes | No license |
| KIKI SMOKE SHOP | Vape shop or Smoke shop | 1592 2nd Avenue, NYNY 10028 | Upper East Side | January 12, 2023 | 9:31 AM | Yes | Myle | Blueberry | Yes | No license |
| Greenwich Convenience | Vape shop or Smoke shop | Corner of Greenwich and Rector in Fidi | Battery Park City/Financial District | 02/09/23 | 4:45pm | Yes | Fume | Bubblegum | Yes | No license |
| Wonderworld Convenience Store | Vape shop or Smoke shop | 139 Fulton on Fidi | Battery Park City/Financial District | 02/09/23 | 5:00pm | Yes | Puff Bar | Strawberry banana | Yes | No license |
| Yolo exotics and vapes | Vape shop or Smoke shop | 94 chambers street | Battery Park City/Financial District | 02/16/23 | 4:55pm | Yes | Puff Bar, Myle | Myle watermelon | Yes | No license |
| Yolo Smoke Coty | Vape shop or Smoke shop | 1173 Lexington Ave (formerly island locksmith) | Upper east | 02/23/23 | 9:24 AM | Yes | Myle, Hyde, Fume | Fume Gummy Bear | No | No license |
| Hot Sauce Exotics and Smoke Shop | Vape shop or Smoke shop | 167 Lenox Avenue | Harlem | 02/23/23 | 1:00 PM | Yes | Elf Bar, Air Bar, Lost Mar | Elf Bar Watermelon | Yes | No license |
| Convenience Store | Convenience Store | On the corner of 7th Ave and 14th st | West village | 2/23/23 | 6:45PM | Yes | Elf Bar | Strawberry Kiwi | No | No license |
| Convenience of Columbus: Zaza Waza Smoke Shop | Convenience Store | 550 Columbus Avenue | Upper West Side | 02/24/23 | 8:06 PM | Yes | Elf Bar, Myle, Hyde, Fum | Myle Pink Lemonade | No | No license |
| Exotic smoke shop | Vape shop or Smoke shop | 483 Columbus Ave | Upper West Side | 02/23:23 | 819 PM | Yes | Elf Bar, Air Bar, Juice He | Blueberry ice air box | No | No license |
| Jubilee Smoke and Vape Shop | Vape shop or Smoke shop | Next to 165 Church Street | Battery Park City/Financial District | 03/03/23 | 9:41am | Yes | Lava | Clear ice | Yes | No license |
| Mr exotix | Vape shop or Smoke shop | Next to 165 Church and hungry ghost coffee shop | Battery Park City/Financial District | 03/03/23 | 9:51am | Yes | No flavored nicotine vapir | N/a | Yes | No license |
| Yaya smoke and vape shop | Vape shop or Smoke shop | 90 worth street | Battery Park City/Financial District | 03/03/23 | 9:59am | Yes | No flavored nicotine vapir | N/a | Yes | No license |
| Fidi Smokeshop Corp | Vape shop or Smoke shop | 101 Greenwich Street NY NY 10006 | Battery Park City/Financial District | 02/12/23 | 7pm | Yes | Elf Bar, Air Bar | Berry mint | No | No license |
| N/A | Vape shop or Smoke shop | Lyvere x E Tremont Ave. next to moe's 2430 | East Tremont | 3/4/23 | 4:05PM | Yes | Elf Bar | Strazz, Watermelon | No | No license |
| Vape & Dispensary | Vape shop or Smoke shop | 2442 Broadway | Upper West Side | 03/05/23 | 1pm | Yes | Puff Bar, Elf Bar, Air Bar | Elf Bar strawberry mango | No | No license |
| Park Convenience Smoke Shop | Vape shop or Smoke shop | 1075 Morris Park Ave | East Tremont | 3/18/23 | 4:00pm | Yes | Elf Bar, Myle, Air Bar | Cool Lemon | No | No license |
| Morris Park Convenience Store | Convenience Store | 1048 Morris Park Ave | East Tremont | 3/18/23 | 4:15pm | Yes | Elf Bar, Myle, Air Bar, Hy | Strawberry Watermelon | No | No license |

| Name | Type | Address | Neighborhood | Date | Time | Sold | Brands | Product | Minor | License |
|---|---|---|---|---|---|---|---|---|---|---|
| Garden Fresh Gourmet Deli | Bodega, Deli or Supermarket | 969 Morris Park Ave | East Tremont | 3/18/23 | 4:30 PM | Yes | Elf Bar, Myle, Air Bar, Hyde | Air Strawberry Kiwi | No | No license |
| Exotic Candy and Gift Shop | Vape shop or Smoke shop | morris park ave x victor st | East Tremont | 3/18/23 | 5:00PM | Yes | Puff Bar, Elf Bar, Myle, Air | Elf Bar Strawberry Ice | No | No license |
| Falcon Smoke Shop | Vape shop or Smoke shop | 768 Morris Park Ave | East Tremont | 3.18.23 | 5:25PM | Yes | Air Bar | Air Bar Strawberry Kiwi | No | No license |
| QuickPic Inc. | Lotto | 35 John Street | Battery Park City/Financial District | 03/25/23 | 11:12am | Yes | Elf Bar | Strawberry Mango | Yes | No license |
| NYC convience | Convenience Store | 236 E. 12th street | East Village | 03/17/2023 | 3:00 PM | Yes | Puff Bar, Myle, Fume | Myle - Strawberry Ice | No | No license |
| Ivape | Vape shop or Smoke shop | 28 or 30 St Marks Place | East Village | 0317/2023 | 3:10 PM | Yes | Packspod | Not sure | No | No license |
| Go Green | Vape shop or Smoke shop | 162 First Ave | East Village | 3/29/2023 | 3:05 PM | Yes | Elf Bar, Myle, Air Bar, JUUL | Elf Bar  Beach DAY | Yes | No license |
| Top Convenience | Convenience Store | 158 1st Ave. | East Village | 3/29/2023 | 3:10 PM | Yes | Elf Bar, Myle, Air Bar | Air Bar | Yes | No license |
| Smart Smoker | Vape shop or Smoke shop | 143 (?) 1st Ave | East Village | 03/29/2023 | 3:15 PM | Yes | Elf Bar, Lava | Elf BAr Cranberry Grape | No | No license |
| Giggles | Vape shop or Smoke shop | 59 1st Ave | East Village | 3/29/2023 | 3:25 PM | Yes | All vape products were be | Items were concealed.  Not avai | No | No license |
| Smokers Basement | Vape shop or Smoke shop | 93 1st Ave | East Village | 03/29/2023 | 3:40 PM | Yes | Lava Plus Peach Ice, Myl | Lava Plus Peach Ice | No | No license |
| 24/7 Smoke Shop and Convenience | Vape shop or Smoke shop | 100 2nd Street | East Village | 03/27/2023 | 3:45 PM | Yes | Elf Bar | Blue Razz Ice | No | No license |
| Beer and Smoke | Vape shop or Smoke shop | 103 E. 2nd Street | East Village | 03/29/2023 | 3:50 PM | Yes | Air Bar | Air Bar Watermelon Ice | Yes | No license |
| Steve's Food | Convenience Store | 77 Avenue A | East Village | 03/29/2023 | 4:00 PM | Yes | Elf Bar | Elf Bar Watermelon BubbleGum | Yes | No license |
| Bashira | Trinkets and smoke shop | Cooper Square between 6th &n 7th | East Village | 03/17/2023 | 3:00 PM | Yes | Ooze | Blue Gold Leaf | No | No license |
| Kim Body Piercing | Piercing store | St. Marks Place just east of Cooper Sq. | East Village | 03/17/2023 | 3:00 PM | Yes | Puff Bar, Elf Bar, Myle, Un | Elfbar Peach berry | No | No license |
| Maze Convenience Store | Convenience Store | 16 St. Marks Place | East Village | 03/17/2023 | 3:30 PM | Yes | Fume | ?? | No | No license |
| E-Smoke adn Beer | Vape shop or Smoke shop | 33 St. Mark's Place | East Village | 03/17/2023 | 3:30 PM | Yes | Elf Bar, Fume | ?? | No | No license |
| NYC Convenience Store | Convenience Store | 236  E. 12th street | East Village | 03.17.2023 | 2:30 PM | Yes | Puff Bar, Myle, Fume | Myle Strawberry Ice | No | No license |
| 7 Brothers Deli and Grill | Bodega, Deli or Supermarket | near 2266 1st Ave | Harlem | 4/4/23 | 5:20pm | Yes | Elf Bar | Elf Bar Passion Fruit Orange G | No | No license |
| EZ to GO | Vape shop or Smoke shop | 2109 1st Ave | Harlem | 4/4/23 | 6:30pm | Yes | Elf Bar, Air Bar | Air Bar Watermelon Ice | No | No license |
| 24 Hr bodega | Bodega, Deli or Supermarket | corner of e 118th and pleasant st w side | Harlem | 3/30/23 | 9:00pm | Yes | Air Bar | airbar mint | No | No license |
| Exotic Smoke shop | Vape shop or Smoke shop | 83rd and Columbus next to cilantro | Upper West Side | 4/8/23 | 3:40pm | Yes | Juice head | Juice head peach pear | No | No license |
| Holiday candy convenience | Vape shop or Smoke shop | Amsterdam and 84th e side | Upper West Side | 4/8/23 | 4:00pm | Yes | Elf Bar | Elf bar watermelon | No | No license |
| Brantz (?) smoke shop | Vape shop or Smoke shop | Amsterdam Ave between 81sr and 82nd | Upper West Side | 4/8/23 | 4:10pm | Yes | Air Bar | Airbar blueberry ice | No | No license |
| Holiday Candy Convenience | Convenience Store | 493 Amsterdam ave | Upper West Side | 04/08/23 | 5PM | Yes | Myle, Air Bar, Fume | Peach ice | No | No license |
| Unique news and smoke | Vape shop or Smoke shop | 79th and Broadway next to flower shop | Upper West Side | 4/11/23 | 5:54pm | Yes | Air Bar | Air bar strawberry watermelon | Yes | No license |
| 82nd convenience Smoke and vape | Vape shop or Smoke shop | 82nd and Broadway | Upper West Side | 4/11/23 | 6:30pm | Yes | Elf Bar | Elf bar strawberry kiwi | No | No license |
| Vape and Dispensary | Vape shop or Smoke shop | 2442 Broadway | Upper West Side | 4/11/23 | 6:50pm | Yes | Elf Bar | Elf bar strawberry kiwi | Yes | No license |
| Smoke Favorite and convenient | Vape shop or Smoke shop | Broadway between 92nd and 91st | Upper West Side | 4/11/23 | 6:55PM | Yes | Air Bar | Air bar cranberry lemonade | No | No license |
| Hot sauce exotics | Vape shop or Smoke shop | 94th and Broadway | Upper West Side | 4/11/23 | 7:05PM | Yes | Air Bar | Air bar watermelon ice | No | No license |
| 96 tobacco shop | Vape shop or Smoke shop | Broadway between 96th and 97th west side | Upper West Side | 4/11/23 | 7:20PM | Yes | Elf Bar, Strawberry kiwi | Elf bar strawberry kiwi | No | No license |
| Amazing 21 smoke shop | Vape shop or Smoke shop | 208 Amsterdam | Upper West Side | 4/13/23 | 6:30pm | Yes | Myle | Myle lychee ice, mint | No | No license |
| Imperial Smoke Shop | Vape shop or Smoke shop | Castle hill Ave between newbold Ave and Ellis ave | East Tremont | 4/15/23 | 7:00pm | Yes | Air Bar | Air bar strawberry ice | No | No license |
| Castle Hill Smoke Shop Convenience | Vape shop or Smoke shop | 1219 Castle Hill | East Tremont | 4/15/23 | 7:15pm | Yes | Elf Bar, Air Bar | Air bar watermelon ice | No | No license |
| Rick and morty smoke shop | Vape shop or Smoke shop | Castle Hill between Ellis Ave and Gleason ave | East Tremont | 4/15/23 | 7:20PM | Yes | Elf Bar, Myle, Air Bar | Elf bar strawberry mango | No | No license |
| Castle Hill King smoke | Vape shop or Smoke shop | Near 2210 castle hill | East Tremont | 4/15/23 | 7:27pm | Yes | Elf Bar | Elf bar blue razz ice | No | No license |
| Exotic Elements | Vape shop or Smoke shop | 1150A Castle Hill | East Tremont | 4/15/23 | 7:40pm | Yes | Air Bar | Blueberry ice air bar | No | No license |
| Baby Jeeter | Vape shop or Smoke shop | 793 Broadway | East Village | 04/12/2023 | 3:00 PM | Yes | Elf Bar, Myle, Air Bar, Fum | ELF blue jazz ice, and ELF stra | No | No license |
| Galactic Smokers | Vape shop or Smoke shop | 221 10th Street | East Village | 04/12/2023 | 3:30 PM | Yes | Elf Bar, Myle, Air Bar, Fum | Whif Blue Dream | Yes | No license |
| Smokers and Beer | Vape shop or Smoke shop | 221 Ave A | East Village | 04/12/2023 | 3:30 PM | Yes | Elf Bar, Myle, Air Bar, JUU | Myle Malibu | No | No license |
| LA Convenience Store | Convenience Store | 101 Avenue A | East Village | 04/12/2023 | 3;45 PM | Yes | Elf Bar, Myle, Air Bar, Hyd | Lava Plus : Strawmellon | No | No license |
| Convenience of Columbus | Convenience Store | 550 columbus | Upper West Side | 4/21/23 | 12PM | Yes | Air Bar, Fume | Fume lush ice | No | No license |
| Unique News & Smoke | Convenience Store | UPS Store located at  2218 Broadway | Upper West Side | 04/26/2023 | 12 PM | Yes | Firefly , Scorch | Blue | Yes | No license |
| Convenience & Smoke Shop | Vape shop or Smoke shop | Cafe Eight Two 2282 Broadway | Upper West Side | 04/26/2023 | 12:20 PM | Yes | Puff Bar, Elf Bar | Cool mint , pineapple | Yes | No license |
| Smoke Favorite & Convenient | Vape shop or Smoke shop | Next to Dramátics Hair Salon 2468 Broadway | Upper West Side | 04/26/2023 | 12:55 PM | Yes | Quad, Twist , Slim | Rainbow | Yes | No license |
| Hot Sauce Exotica | Vape shop or Smoke shop | Next to Discount Mart 2512 Broadway | Upper West Side | 04/26/2013 | 1 PM | Yes | Puff Bar, Elf Bar, Myle | Many | No | No license |
| 96 Tobacco Shop | Vape shop or Smoke shop | 2571 Broadway | Upper West Side | 04/26/2023 | 1:20 PM | Yes | Air Bar | Pink Lemonade | Yes | No license |
| Dom exotics and more | Vape shop or Smoke shop | 1631 e 103rd st | Harlem | 4/29 | 2:15 pm | Yes | Elf Bar, Myle, Air Bar | Air box blueberry ice | No | No license |
| Convenience | Bodega, Deli or Supermarket | 1863 Lexington Ave | Harlem | 4/29 | 2:45 | Yes | Elf Bar, Air Bar | Elf bar strawberry kiwi | No | No license |
| Grocery plus | Bodega, Deli or Supermarket | 1871 lexington | Harlem | 4/29 | 2:50 | Yes | Air Bar | Air bar clear ice | No | No license |
| Smoke shop | Vape shop or Smoke shop | 159 116 street | Harlem | 4/29 | 3:10 pm | Yes | Elf Bar, Air Bar, Fume | Air bar mint | No | No license |
| Convenience | Convenience Store | 150 e 116 street | Harlem | 4/29 | 3:15 pm | Yes | Air Bar | Air bar grape ice | No | No license |
| Convenience smoke shop | Vape shop or Smoke shop | 2034 3rd ave | Harlem | 4/29 | 3:30 | Yes | Elf Bar, Myle | Elf bar mint | No | No license |
| 110 grab and go | Vape shop or Smoke shop | 154 e 110 street | Harlem | 4/28 | 3:40 pm | Yes | Fume | Fume mint | No | No license |
| Cherry candy shop | Vape shop or Smoke shop | 170 e 103 street | Harlem | 4/29 | 4:10 | Yes | Elf Bar | Elf bar watermelon | No | No license |
| Hush rush | Vape shop or Smoke shop | 1850 3rd ave | Harlem | 4/29 | 4:14 | Yes | Elf Bar, Air Bar | Air bar m in t | No | No license |
| East harlem candy | Vape shop or Smoke shop | Next to 306 e 106 st | Harlem | 4/29 | 4:25 pm | Yes | Elf Bar, Air Bar | Air bar grape ice | No | No license |
| VIP king zilla | Vape shop or Smoke shop | 2290 2nd Ave | Harlem | 4/29 | 4:40 | Yes | Air Bar | Air bar clear | No | No license |
| High life smokes | Vape shop or Smoke shop | 693 9th Ave | Upper West Side | 05/05/23 | 10am | Yes | Air Bar | Mint | No | No license |
| Lunchbox exotics | Vape shop or Smoke shop | 686 9th Ave | Upper West Side | 05/05/23 | 10AM | Yes | Fume | Strawberry | No | No license |
| Smoke City | Vape shop or Smoke shop | 710 9th Ave | Upper West Side | 05/05/23 | 10:10 am | Yes | Puff Bar, Elf Bar, Myle, Air | Air bar strawberry custard | No | No license |
| Smoke City | Vape shop or Smoke shop | 166 Ave B | East Village | 05.1.2023 | 3:30 | Yes | Air Bar, Fume, JUUL men | AirBar :cool mint  / Fume: straw | No | No license |
| Beer Smoke Shop | Vape shop or Smoke shop | 204 Ave B | East Village | 05/01/2023 | 3:45 PM | Yes | Elf Bar, Air Bar, Lush | Lush: Ice fume   Elf bar : Peac | No | No license |
| East Village Exotics | Convenience Store | 53 Ave B | East Village | 05.01.2023 | 3:45 PM | Yes | We had reason to believe | XXXX | No | No license |
| Vape Smoke | Vape shop or Smoke shop | 44 Ave B | East Village | 05.01.2023 | 3:50 PM | Yes | Air Bar, UNC: Clear Ice | Uncle: Clear Ice | No | No license |
| Vibes | Vape shop or Smoke shop | 27 Ave C | East Village | 05.01.2023 | 3:50 PM | Yes | Air Bar, BC 5000 | Air Bar: Swiss | No | No license |
| Puff Puff Convenience Store | Convenience Store | 153 Ave C | East Village | 05.01.2023 | 4;00 PM | Yes | Puff Bar, Elf Bar, Myle, G | GUMMY: Strawberry  HYDE: B | No | No license |
| Park View Convenience | Convenience Store | 390 (?) 10th Street | East Village | 05.01.2023 | 4:15 PM | Yes | Air Bar | XXX | No | No license |
| Liberty smoke shop | Vape shop or Smoke shop | 690 10th Ave | Upper West Side | 05/08/23 | 12 pm | Yes | Myle, Fume, Evo Bar | Myle ice | No | No license |
| Westside convenience store | Convenience Store | 457/9 west 50th street | Hells kitchen | 05/08/23 | 12:10 pm | Yes | Elf Bar, Myle, Air Bar, Fum | Elf bar lemonade | Yes | No license |
| Vape Shop | Vape shop or Smoke shop | 330 west 58th | Upper West Side | 05/08/23 | 12:30 pm | Yes | Elf Bar, Air Bar, Fume | Elf bar watermelon | No | No license |

| Name | Type | Address | Neighborhood | Date | Time | Sold | Brands | Product | Flavored | License |
|---|---|---|---|---|---|---|---|---|---|---|
| Valley Vibez | Vape shop or Smoke shop | 119 East 96th street | Harlem | 05/09/23 | 10:10 AM | Yes | Elf Bar, Myle, Air Bar, Fum | Elf Bar Pineapple Orange | Yes | No license |
| Tribeca Vibez | Vape shop or Smoke shop | 158 Church Street | Battery Park City/Financial District | 05/09/2023 | 1pm | Yes | Myle | Blue berry | Yes | No license |
| Valley vibez | Vape shop or Smoke shop | 121 96 st | Harlem | 5/11 | 4:20 | Yes | Elf Bar | Watermelon ice | No | No license |
| Willys convenience | Convenience Store | 1557 lexington ave | Harlem | 5/11 | 4:35 pm | Yes | Puff Bar, Elf Bar, Air Bar | Air box mint | No | No license |
| Derek deli grocery | Bodega, Deli or Supermarket | 102 e 103 st | Harlem | 5/11 | 4:45 pm | Yes | Air Bar | Air bar clear | No | No license |
| Exotics & more | Vape shop or Smoke shop | 1812 Third Ave | Harlem | 5/11 | 4:50 pm | Yes | Elf Bar, Air Bar | Air bar mint | No | No license |
| Famous convenience | Convenience Store | 1798 3rd ave | Harlem | 5/11 | 4:55 pm | Yes | Elf Bar, Air Bar | Air box lemon ice | No | No license |
| Shaf convenience | Vape shop or Smoke shop | 1261 park ave | Harlem | 5/11 | 5:25 pm | Yes | Elf Bar, Air Bar, Fume | Fume strawberry mango | No | No license |
| Madison deli & grocery | Bodega, Deli or Supermarket | 1550 madison | Harlem | 5/11 | 5:50 pm | Yes | Air Bar | Air bar mint | No | No license |
| Z&S candy & tobacco | Convenience Store | 31 Lenox ave | Harlem | 5/11 | 6:10 | Yes | Elf Bar, Air Bar, Fume | Fume strawberry mango | No | No license |
| Expo vape shop | Vape shop or Smoke shop | 628 10th Avenue | Upper West Side | 05/12/23 | 10:30 AM | Yes | Elf Bar, Myle, Fume | Fume watermelon | No | No license |
| Uptown Vibez | Vape shop or Smoke shop | Columbus Ave and 106th St | Upper West Side | 5/15/23 | 8PM | Yes | Air Bar | Air bar blueberry ice | No | No license |
| Gift Shop Hookah and More | Vape shop or Smoke shop | 945 Columbus Ave | Upper West Side | 5/15/23 | 8PM | Yes | Elf Bar | Elf bar Malibu | No | No license |
| Columbus Deli Smoke Shop | Vape shop or Smoke shop | Amsterdam and 108th | Upper West Side | 5/15/23 | 8:20PM | Yes | Elf Bar | Elf bar passion fruit guava | No | No license |
| AZ SmokeShop | Vape shop or Smoke shop | 106th and Amsterdam | Upper West Side | 5/15/23 | 8:23PM | Yes | Elf Bar | Elf bar starzz | No | No license |
| Moody Smoke Shop | Vape shop or Smoke shop | 926 Amsterdam Ave | Upper West Side | 5/15/23 | 8:40PM | Yes | Elf Bar | Triple Berry Ice Elf Bar | No | No license |
| Water convenience | Vape shop or Smoke shop | 79 Pine Street | Battery Park City/Financial District | 05/20/23 | 12:10pm | Yes | Kik | Lemon cake | Yes | No license |
| First Ave Exotic Convenience Store | Convenience Store | 400 East 11th Street | East Village | 05/19/2023 | 4:00 PM | Yes | Not sure | Not sure | No | No license |
| NYC Convenience | Convenience Store | 238  13th Street | East Village | 05/19/2023 | 3:15 PM | Yes | Elf Bar, Myle, Air Bar, Fum | Fume: Bubblegum   Elf BAr: wa | No | No license |
| Ruffle Tree | Vape shop or Smoke shop | 213/215 First Ave | East Village | 05/19/2023 | 3:30 PM | Yes | Elf Bar, Myle, Air Bar, Lav | Elf Bar: Pineapple coconut ice | No | No license |
| Wood Vibes | Vape shop or Smoke shop | 516  6th Street | East Village | 05/19/2023 | 4;00 PM | Yes | Myle, Air Bar, BC 5000 | BC 5000: Black Winter | No | No license |
| AK Candy smoke shop | Vape shop or Smoke shop | 6 e 116 st | Harlem | 5/23 | 5:15 pm | Yes | Puff Bar, Elf Bar, Air Bar | Air bar mint | No | No license |
| Smoke shop | Vape shop or Smoke shop | 50 e 125 st | Harlem | 5/23 | 5:45 pm | Yes | Elf Bar, Air Bar | Elf bar beach day | No | No license |
| Puff clouds smoke shop | Vape shop or Smoke shop | 109 e 125 st | Harlem | 5/23 | 6:00 pm | Yes | Elf Bar, Air Bar | Air bar clear ice | No | No license |
| 1901 lexington candy& grocery corp | Bodega, Deli or Supermarket | 1901 Lexington | Harlem | 5/23 | 6:15 pm | Yes | Elf Bar, Air Bar | Air bar grape ice | No | No license |
| Exotic smoke | Bodega, Deli or Supermarket | 2149 3rd Ave | Harlem | 5/23 | 6:30 | Yes | Elf Bar, Air Bar | Air bar clear ice | No | No license |
| Exotic convenience and smoke | Vape shop or Smoke shop | 2058 lexington Ave | Harlem | 5/23 | 6:45 | Yes | Puff Bar, Elf Bar, Myle, Ai | Myle grape | No | No license |
| Mr. Erotix | Vape shop or Smoke shop | 163 church street | Battery Park City/Financial District | 05/30/2023 | 3:10 pm | Yes | Puff Bar, Elf Bar, Air Bar | Air bar mint | No | No license |
| Jubilee vape smoke shop | Vape shop or Smoke shop | 165 Church street | Battery Park City/Financial District | 05/30/2023 | 3:20 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| Deli & Grill | Bodega, Deli or Supermarket | 99 Chambers Street | Battery Park City/Financial District | 05/30/2023 | 3:30 pm | Yes | Elf Bar, Air Bar | Air bar ice | No | No license |
| Smoke beer & lit smoke shop | Vape shop or Smoke shop | 158 Church Street | Battery Park City/Financial District | 05/30/2023 | 3:45 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| Smoke shop | Vape shop or Smoke shop | 153 chambers street | Battery Park City/Financial District | 05/30/23 | 4:00 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| Yolo exotics | Vape shop or Smoke shop | 94 chambers street | Battery Park City/Financial District | 05/30/23 | 4:10 pm | Yes | Elf Bar, Air Bar | Air bar watermelon ice | No | No license |
| Chambers Candy | Vape shop or Smoke shop | 95 chambers street | Battery Park City/Financial District | 05/30/23 | 4:20 pm | Yes | Elf Bar, Air Bar | Elf bar beach day | No | No license |
| Barclay newsstand | Bodega, Deli or Supermarket | 224 Greenwich street | Battery Park City/Financial District | 05/30/23 | 4:30 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| Sant news | Bodega, Deli or Supermarket | 43 Murray ave | Battery Park City/Financial District | 05/30/23 | 4:40 pm | Yes | Elf Bar, Air Bar | Air bar mint | No | No license |
| Big city smoke shop | Vape shop or Smoke shop | 104 church street | Battery Park City/Financial District | 05/30/23 | 4:50 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| Smoke shop | Vape shop or Smoke shop | 22 Fulton street | Battery Park City/Financial District | 05/30/23 | 5:00 pm | Yes | Elf Bar, Air Bar | Elf bar lemon mint | No | No license |
| CBD kratom smoke shop | Vape shop or Smoke shop | 139 Fulton street | Battery Park City/Financial District | 05/30/23 | 5:10 pm | Yes | Elf Bar, Air Bar | Air bar mint | No | No license |
| Jeeter Juice Smoke Shop | Vape shop or Smoke shop | 3 maiden lane | Battery Park City/Financial District | 06/06/2023 | 3:00 pm | Yes | Elf Bar, Air Bar | Air bar clear ice | No | No license |
| Smoke Shop | Vape shop or Smoke shop | 18 maiden lane | Battery Park City/Financial District | 06/06/2023 | 3:10 Pm | Yes | Elf Bar, Air Bar | Elf bar beach day | No | No license |
| Millennium Smoke Shop | Vape shop or Smoke shop | 24 maiden lane | Battery Park City/Financial District | 06/06/2023 | 3:20 PM | Yes | Elf Bar | Elf bar lemon mint | No | No license |
| D&J grocery& convenience store | Bodega, Deli or Supermarket | 59 Nassau Street | Battery Park City/Financial District | 06/06/2023 | 3:40 pm | Yes | Air Bar | Air bar mint | No | No license |
| Quick pick news & cigar | Vape shop or Smoke shop | 35 John street | Battery Park City/Financial District | 06/06/2023 | 4:00 pm | Yes | Elf Bar | Elf bar watermelon ice | No | No license |
| Discount smoke shop | Vape shop or Smoke shop | 84 Nassau street | Battery Park City/Financial District | 06/06/2023 | 4:10 pm | Yes | Elf Bar, Air Bar | Air bar mint | No | No license |
| Dream Grocery | Bodega, Deli or Supermarket | 2121 Belmont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | Yes | Puff Bar, Elf Bar, Air Bar | Air Bar Grape | Yes | No license |
| Bronx Zoo Deli | Bodega, Deli or Supermarket | 2325 Southern Blvd Bronx NY 10460 | Belmont | 06/12/23 | PM | Yes | Air Bar | Air Bar Grape | Yes | No license |
| 2405 Prospect Deli Corp used to be Happy Deli Grocery Corp | Bodega, Deli or Supermarket | 749 E 187st Bronx NY 10458 | Belmont | 06/12/23 | PM | Yes | Puff Bar, Air Bar | Air Bar Mango | Yes | No license |
| Deli Food Mart | Bodega, Deli or Supermarket | 724 E 187 street Bronx NY 10458 | Belmont | 06/13/23 | AM | Yes | Air Bar | Air Bar Grape | Yes | No license |
| 420 Dubai Smoke Shop | Vape shop or Smoke shop | 682 E 187st Bronx Ny 10458 | Belmont | 06/13/23 | PM | Yes | Puff Bar, Elf Bar, Myle, Ai | Air Bar Grape | Yes | No license |
| Stulizy Smoke Shop | Vape shop or Smoke shop | 689 E 187 Street Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Elf Bar, Air Bar | Air Bar Grape and Blue Dream | Yes | No license |
| Tobacco Shop and Deli | Bodega, Deli or Supermarket | 662 E 187st Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Air Bar | Air Bar Grape | Yes | No license |
| Green House Hookah Plus and Convenience | Vape shop or Smoke shop | 2319 Arthur Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Puff Bar, Elf Bar, Myle, Ai | Air Bar Grape | Yes | No license |
| Habibi Smoke Shop | Vape shop or Smoke shop | 4555 3rd Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Elf Bar, Air Bar | Air Bar Grape | Yes | No license |
| Love Peace Convenience Smoke Shop | Vape shop or Smoke shop | 2513 Webster Ave Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Puff Bar, Elf Bar, Myle, Ai | Air Bar Grape | Yes | No license |
| Fordham Snacks and CBD | Convenience Store | 384 E Fordham Rd Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Air Bar | Air bar Grape | Yes | No license |
| Sky Tobacco II | Vape shop or Smoke shop | 1870 Lexington Ave | Harlem | 06/21/2023 | 3:20 Pm | Yes | Elf Bar, Air Bar | Air bar watermelon | No | No license |
| Convenience Smoke Shop | Vape shop or Smoke shop | 169 E 116 St | Harlem | 06/21/2023 | 3:30 Pm | Yes | Elf Bar, Air Bar | Elf bar Miami mint | No | No license |
| Easy Pass Smoke | Vape shop or Smoke shop | 202 East 116th Street | Harlem | 06/21/2023 | 3:40 Pm | Yes | Elf Bar | Peach mango | Yes | No license |
| Cloud 16 | Convenience Store | 455 E 116 St | Harlem | 06/21/2023 | 3:50 PM | Yes | Air Bar | Air bar clear ice | No | No license |
| Organic gourmet Tobacco convenience and smoke shop | Convenience Store | 2129 Third Ave | Harlem | 06/21/2023 | 4:00 Pm | Yes | Elf Bar | Elf bar beach day | No | No license |
| Ken 1 Convenience | Convenience Store | 152 E 116 St | Harlem | 06/21/2023 | 4:10 pm | Yes | Elf Bar, Air Bar | Elf bar Miami mint | No | No license |
| Essex Convenience | Convenience Store | 118 E 116 St | Harlem | 06/21/2023 | 4:20 pm | Yes | Elf Bar, Air Bar | Elf bar Miami mint | No | No license |
| United Smoke and Convenience | Vape shop or Smoke shop | 91 East 116 St | Harlem | 06/21/2023 | 4:30 pm | Yes | Elf Bar, Air Bar | Air bar lemon mint | No | No license |
| AK Smoke | Vape shop or Smoke shop | 2 E 116 St | Harlem | 06/21/2023 | 4:40 Pm | Yes | Elf Bar, Air Bar | Air bar mint | No | No license |
| Big city smoke shop | Vape shop or Smoke shop | 110 Church Street. Corner of Church and Park Place | Battery Park City/Financial District | 03/03/23 | 9:31am | Yes | Elf Bar, Fume | Fume Blue Razz | Yes | Tobacco Retail Dealer License |
| 24 Deli Grocery Inc | Bodega, Deli or Supermarket | 1801 Williamsbridge Rd. | East Tremont | 3/28/23 | 5:00PM | Yes | Myle | Myle Raspberry Watermelon | No | Tobacco Retail Dealer License |
| Zee Convenience and Smoke | Convenience Store | 204 Avenue A | East Village | 04/12/2023 | 4;00 PM | Yes | Myle, Air Bar, Fume, UNC | Uncle BlueBerry Ice | Yes | Tobacco Retail Dealer License |
| Bani grocery | Bodega, Deli or Supermarket | 1517 Lexington ave | Harlem | 5/11 | 4:30 pm | Yes | Elf Bar | Elf bar tropical rainbow | No | Tobacco Retail Dealer License |

POISON.xlsx

| Name | Type | Address | Neighborhood | Date | Time | | Products | Flavor | | License |
|---|---|---|---|---|---|---|---|---|---|---|
| Fifth avenue deli mart | Bodega, Deli or Supermarket | 1318 fifth ave | Harlem | 5/11 | 6:00 | Yes | Fume | Fume mint | No | Tobacco Retail Dealer License |
| Its Over Deli and Grocery | Bodega, Deli or Supermarket | 255 E Tremont Ave Bronx NY 10457 | Belmont | 06/12/23 | AM | Yes | Puff Bar, Elf Bar, Myle, Ai | Air Bar Grape Ice | Yes | Tobacco Retail Dealer License |
| Fordham Las Cachapas Deli | Vape shop or Smoke shop | 332 E Fordham Rd Bronx NY 10458 | Belmont | 06/13/23 | PM | Yes | Air Bar | Air Bar Grape | Yes | Tobacco Retail Dealer License |
| xxxxxxx | Bodega, Deli or Supermarket | xxxx | Upper West Side | 04 /28/23 | 7pm | Yes | Puff Bar, Elf Bar, Myle, H | Myle blueberry | No | |