# EXHIBIT A

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Albany | 504 Hudson Ave. | Pine Hills Market | Air Bar Diamond Banana Ice | Lava, Elf Bar, YME | 2/13/2023 |
| Albany | 53 N. Swan St. | Top 10 Deli & Grocery | Air Bar Diamond Blueberry Raspberry | None | 2/13/2023 |
| Albany | 615 Clinton Ave. | Sunoco Gas Station | Air Bar Diamond Cranberry Lemonade Ice | Elf Bar, Sky, Flair | 2/13/2023 |
| Albany | 212 Quail St. | 212 Market Place | Air Bar Diamond Peach | None | 2/13/2023 |
| Albany | 116 Quail St. | Finnigan's | Air Bar Diamond Peach Mango | Hyde | 2/13/2023 |
| Albany | 213 Quail St. | Exotic Smoke Shop | Air Bar Diamond Sakura Grape | Elf Bar, **Hyde** | 2/13/2023 |
| Albany | 61 Quail St. | Mr. Sam Food Mart | Air Bar Diamond Sakura Grape | Air Bar | 2/13/2023 |
| Albany | 1234 Central Ave. | Barry Smokes & Things | Air Bar Grape Ice | Elf Bar, Flair, YME | 2/12/2023 |
| Albany | 845 Madison Ave. | House of Glass | Elf Bar Strawberry Watermelon | Elf Bar, Sky Bar, Kilo, Solace, Tobacco Monster | 2/13/2023 |
| Albany | 106 Ontario St. | The Corner Store | Hyde Apple Peach Watermelon | Elf Bar | 2/13/2023 |
| Albany | 454 Delaware Ave. | Delaware Short Stop Inc. | Hyde Berry Ice Cream | Packs Pod, Elf Bar, Lava, YME | 2/13/2023 |
| Albany | 1554 Central Ave. | New Tobacco House | Hyde Peach Mango Watermelon | La**va, Hyde** | 3/6/2023 |
| Albany | 224 Quail St. | All Star Deli & Grocery | Hyde Raspberry Watermelon | None | 2/13/2023 |
| Albany | 477 Delaware Ave. | 7-Eleven | Hyde Raspberry Watermelon | Elf Bar | 2/13/2023 |
| Albany | 367 Livingston Ave. | Livingston Food Mart | Hyde Strawberry Banana | Cali, Air Bar | 2/13/2023 |
| Albany | 1875 Central Ave. | Clever Smoke Shop | Myle Mini Grape Ice | Myle**, Hyde** | 3/6/2023 |
| Albany | 293 Ontario St. | Ontario Food Mart | Myle Mini Iced Apple Mango | SKY, Cali | 2/12/2023 |
| Albany | 167 Quail St. | Quail St. Market Deli | Myle Mini Iced Apple Mango | Elf Bar, Fume, Hyde | 2/13/2023 |
| Ballston Lake | 146 Raylinsky Rd. Unit 4 | Toga City Smoke Shop | Air Bar Diamond Strawberry Kiwi | **Hyde**, Air Bar | 3/3/2023 |
| Briarwood | 138-13 Queens Blvd. | Cali Smoke Shop | Compliant | None | 3/11/2023 |
| Briarwood | 138-11 Queens Blvd. | Ever Green Beverage Garden | Compliant | None | 3/11/2023 |
| Bronx | 2101 Williamsbridge Road | Gourmet Deli | Elf Bar Strawberry Ice | None | 2/11/2023 |
| Bronx | 1905 Williamsbridge Road | TLG Smoke Shop Grocery Corp. | Elf Bar Strawberry Kiwi | None | 2/11/2023 |
| Bronx | 4008 East Tremont Ave. | Lucky Lotto & Smoke | Elf Bar Watermelon Bubble Gum | None | 2/11/2023 |
| Bronx | 3357 East Tremont Ave. | Speedy Express Deli | Elf Bar Watermelon Ice | Elf Bar | 2/11/2023 |
| Bronx | 3840 East Tremont Ave. | Finest Deli Smoke Shop | Elf Bar Watermelon Ice | None | 2/11/2023 |
| Brooklyn | 5301 4th Ave. | 53rd Deli & Grill | Air Bar Box Blueberry Raspberry | Elf Bar, Fume, Lava, Juul, Logic, Myle | 3/2/2023 |
| Brooklyn | 1714 West 6th St. | King 6 Smoke Shop | Air Bar Box Watermelon Apple Ice | Elf Bar, Myle, Fume, Air Bar | 3/10/2023 |
| Brooklyn | 117 Bay Ridge Ave. | Ed & Ron's Superior Markets (Bay Ridge Avenue Deli &) | Air Bar Diamond Clear | Juul, Logic | 3/2/2023 |
| Brooklyn | 82 Havemeyer St. | New York Deli Grocery (New York Deli of William) | Air Bar Diamond Clear | None | 3/2/2023 |
| Brooklyn | 10006 4th Ave. | K&K's Last Stop Deli (K&K Convenient Store) | Compliant | None | 3/2/2023 |
| Brooklyn | 9116 3rd Ave. | 9116 Smoke | Compliant | None | 3/2/2023 |
| Brooklyn | 7024 3rd Ave. | 3rd Ave. Mini Market | Compliant | None | 3/2/2023 |
| Brooklyn | 6905 Ridge Blvd. | Ridge Blvd. Grocery | Compliant | None | 3/2/2023 |
| Brooklyn | 6636 3rd Ave. | Food County Minimarket & Deli | Compliant | None | 3/2/2023 |
| Brooklyn | 751 4th Ave. | 4th Avenue Gourmet Deli & Grill | Compliant | None | 3/2/2023 |
| Brooklyn | 597 4th Ave. | Park Slope Grocery & Convenient | Compliant | None | 3/2/2023 |
| Brooklyn | 331 Nostrand Ave. | Quincy Market & Deli | Compliant | None | 3/2/2023 |
| Brooklyn | 75 7th Ave. | 7th Ave. Gourmet | Compliant | None | 3/2/2023 |
| Brooklyn | 8604 4th Ave. | Cigar Convenience & Smoke Shop (8604 News Stand) | Compliant | Hyde Tobacco Series American | 3/2/2023 |
| Brooklyn | 6824 4th Ave. | 24 Hours Store (Rajouri Inc.) | Compliant | Puff Plus Tobacco | 3/2/2023 |
| Brooklyn | 95 7th Ave. | Park Slop News Stand | Compliant | None | 3/2/2023 |
| Brooklyn | 206 7th Ave. | 7th Ave. News Inc. | Compliant | None | 3/2/2023 |
| Brooklyn | 8401 15th Ave. | Beeerrr Lotto Cigarette | Compliant | None | 3/10/2023 |
| Brooklyn | 6317 20th Ave. | Radfan Inc. Deli & Grill | Compliant | None | 3/10/2023 |
| Brooklyn | 6520 18th Ave. | Bobby Deli & Convenience | Compliant | None | 3/10/2023 |
| Brooklyn | 6824 20th Ave. | 20 Avenue Grocery Quick Stop | Compliant | None | 3/10/2023 |
| Brooklyn | 8017 20th Ave. | Mini Market (Sunny Mini Market Inc.) | Compliant | None | 3/10/2023 |
| Brooklyn | 1781 Bay Ridge Parkway | BP | Compliant | None | 3/10/2023 |
| Brooklyn | 8775 Bay Ridge Parkway | BP | Compliant | None | 3/10/2023 |
| Brooklyn | 8511 Bay Parkway | Bay Parkway Grocery Candy | Compliant | None | 3/10/2023 |
| Brooklyn | 1626 Stillwell Ave. | Sunoco | Compliant | None | 3/10/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Brooklyn | 1801 Stillwell Ave. | Deli & Grocery (Stillwell Grocery Inc) | Compliant | None | 3/10/2023 |
| Brooklyn | 1890 West 6th St. | Noel Deli & Grocery | Compliant | None | 3/10/2023 |
| Brooklyn | 383 Avenue X | Aamar Deli & Grocery (Akm Deli & Grocery) | Compliant | None | 3/10/2023 |
| Brooklyn | 603 Avenue Z | Deli & Pizza (Beach Haven Food Corp.) | Compliant | None | 3/10/2023 |
| Brooklyn | 262 Neptune Ave. | Express Deli & Grocery (Arshak Grocery) | Compliant | None | 3/10/2023 |
| Brooklyn | 1929 Avenue U | E Smoke & Convenience & Cigar (eSmoke Shop & Cigar Palace) | Compliant | None | 3/10/2023 |
| Brooklyn | 2404 Coney Island Ave. | Quick Stop Mini Mart & Deli | Compliant | None | 3/10/2023 |
| Brooklyn | 3031 Coney Island Ave. | BP | Compliant | None | 3/10/2023 |
| Brooklyn | 2317 Coney Island Ave. | BP to go | Compliant | None | 3/10/2023 |
| Brooklyn | 730 Kings Highway | SG Convenience Corp. | Compliant | None | 3/10/2023 |
| Brooklyn | 1426 Kings Highway | Kings Convenience Corp. | Compliant | None | 3/10/2023 |
| Brooklyn | 287 Smith St. | Noise NYC | Compliant | None | 3/10/2023 |
| Brooklyn | 285 Smith St. | Smith Finest Deli | Compliant | None | 3/10/2023 |
| Brooklyn | 301 Smith St. | Food U Desire | Compliant | None | 3/10/2023 |
| Brooklyn | 414 4th Ave. | Gowanus Convenience Smoke & Beer | Compliant | None | 3/10/2023 |
| Brooklyn | 239 9th Ave. | Park Slope Metro Gourmet | Compliant | None | 3/10/2023 |
| Brooklyn | 514 4th Ave. | 4th Ave Fine Food | Compliant | None | 3/10/2023 |
| Brooklyn | 548 Coney Island Ave. | Shell | Compliant | None | 3/10/2023 |
| Brooklyn | 1223 Church Ave. | Pimental Grocery | Compliant | None | 3/10/2023 |
| Brooklyn | 852 Coney Island Ave. | BP (S&Z Service Station) | Compliant | None | 3/10/2023 |
| Brooklyn | 1421 Gravesend Neck Rd. | D&G Deli Grocery | Compliant | None | 3/10/2023 |
| Brooklyn | 370 Avenue P | Smoke Vape & Convenience | Elf Bar Beach Day | Vuse, Juul | 3/10/2023 |
| Brooklyn | 599 4th Ave. | 599 Smoke Shop | Elf Bar Blue Cotton Candy | Logic, Fume, Myle, Air Bar | 3/2/2023 |
| Brooklyn | 8120 18th Ave. | 18th Ave. Smoke Shop Discount LTD. | Elf Bar Blue Cotton Candy | None | 3/10/2023 |
| Brooklyn | 8509 4th Ave. | Bayridge Vibez Smoke Shop | Elf Bar Cranberry Punch | None | 3/2/2023 |
| Brooklyn | 375 Graham Ave. | New Green Apple Deli | Elf Bar Malibu | None | 3/2/2023 |
| Brooklyn | 618 Metropolitan Ave. | Vapeology 101 Smoke Shop N Cigars | Elf Bar Orange Soda | Lava, Juul, Logic, Elf Bar, Air Bar, Esco Bars, Myle | 3/2/2023 |
| Brooklyn | 377 Flatbush Ave. | Flatbush Smoke & Beer | Elf Bar Rainbow Candy | Myle, Vuse, Juul | 3/2/2023 |
| Brooklyn | 1702 Sheepshead Bay Rd. | Life Made a Little Eaiser | Elf Bar Rainbow Cloudz | Juul, Myle, Elf Bar, Lava, Fume, Pacha, Daze, YME | 3/10/2023 |
| Brooklyn | 8623 3rd Ave. | Bay Ridge Mini Mart (87th Street Organic) | Elf Bar Strawberry Ice | Myle, Juul | 3/2/2023 |
| Brooklyn | 213 Union Ave. | Fifth Deli & Grocery | Elf Bar Strawberry Watermelon | None | 3/2/2023 |
| Brooklyn | 9305 3rd Ave. | Candy & Vape Shop (Candy Shop 93 Inc.) | Elf Bar Watermelon Bubble Gum | None | 3/2/2023 |
| Brooklyn | 9257 4th Ave. | Candy & Smoke Shop (AR Convenience Store) | Elf Bar Watermelon Ice | None | 3/2/2023 |
| Brooklyn | 339 Graham Ave. | Cool Breeze | Esco Bars Straw Nanners Ice | Elf Bar, Puff, Fume, Lava, Myle | 3/2/2023 |
| Brooklyn | 335 7th Ave. | 9th Street Quick Stop | Fume Black Ice | Myle, Mega | 3/2/2023 |
| Brooklyn | 489 Grand St. | Smoker Zone (Purely Brooklyn) | Fume Bubblegum | None | 3/2/2023 |
| Brooklyn | 268 Kings Highway | Kings 7 Deli & Grocery | Fume Coffee Tobacco | Juul, Myle, Mega, Fume | 3/10/2023 |
| Brooklyn | 390 Metropolitan Ave. | Cigar N Vape | Fume Cotton Candy | Elf Bar, Fume, Juul | 3/2/2023 |
| Brooklyn | 1953 86th St. | Cigar Emporium | Fume Fresh Vanilla | Elf Bar, Juul, Logic, Fume, **Hyde**, Blu | 3/10/2023 |
| Brooklyn | 1348 Coney Island Ave. | Ave J Juice Bar Deli & Grill | Fume Infinity Blueberry Lemonade | Elf Bar, Myle, Mega, Air Bar | 3/10/2023 |
| Brooklyn | 555 Metropolitan Ave. | Blasted Convenience & Smoke Shop | Fume Infinity Cotton Candy | Lava, Elf Bar, Myle, Fume, **Hyde** | 3/2/2023 |
| Brooklyn | 1780 Coney Island Ave. | Citgo Tech Diagnostics | Fume Infinity Rainbow Candy | Myle, Packspod, Fume | 3/10/2023 |
| Brooklyn | 317 7th Ave. | Optima Cigar House (7th Ave. Candy Shop) | Fume Pina Colada | Air Bar, Elf Bar, **Hyde**, Lava, Lost Mary, Myle | 3/2/2023 |
| Brooklyn | 1624 Avenue M | Deli & Grill (M Deli & Grill) | Fume Pink Lemonade | Air Bar, Fume, Elf Bar, **Hyde** | 3/10/2023 |
| Brooklyn | 6902 5th Ave. | 5th Ave. Gourmet Deli & Grill | Fume Rainbow Candy | Elf Bar, Fume, Lava, Juul, Myle | 3/2/2023 |
| Brooklyn | 7724 5th Ave. | Karim 1 Stop Mini Mart | Lava Plus Clear | Myle, Fume, Stig | 3/2/2023 |
| Brooklyn | 9401 3rd Ave. | Organic Girl on 3rd | Lava Plus Clear Ice | None | 3/2/2023 |
| Brooklyn | 8604 5th Ave. | Candy & Smoke Shop (Candy & Newstand) | Lava Plus Guava Ice | Lava, Fume, Hyde, Elf Bar, Mega, Juul, Myle, Whiff | 3/2/2023 |
| Brooklyn | 7423 18th St. | Kings 18th Ave. Grill Zone | Lava Plus Guava Ice | Lava, Mega, Elf Bar, Air Bar, Logic | 3/10/2023 |
| Dobbs Ferry | 60 Cedar St. | Cedar St. Smoke Shop | Air Bar Diamond Strawberry Custard | None | 2/13/2023 |
| Dobbs Ferry | 21 Cedar Street | Dobbs Ferry Convenience on the Go | Elf Bar Strawberry Watermelon | None | 2/9/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Elmsford | 260 Saw Mill River Road | Smoke House Smoke Shop & Vapor Shop | Air Bar Strawberry Lemon | None | 2/13/2023 |
| Hartsdale | 17 North Central Ave. | Sunoco Gas Station | Elf Bar Blue Razz Ice | Elf Bar, Hyde | 2/7/2023 |
| Hastings | 577 Warburton Ave. | K's Cards & Variety | Elf Bar Strawberry Ice | None | 2/9/2023 |
| Hudson | 124 Fairview Ave. | Valero Gas Station | Flair Plus Banana Ice | Vuse | 2/14/2023 |
| Hudson | 188 Fairview Ave. | Sunoco | Fruty Pro Maxx Mixed Berries | None | 2/14/2023 |
| Hudson | 177 Union Turnpike | Sunoco 66 Food Mart | Hyde Strawberry Kiwi | Elf Bar | 2/14/2023 |
| Latham | 229 Loudon Rd. | Palace Smoke Shop | Air Bar Diamond Pink Lemonade | Air Bar, Elf Bar | 2/7/2023 |
| Latham | 638 Columbia St. | Vape More Inc. | Esco Bars Cotton Candy | Hyde | 2/6/2023 |
| Latham | 477 Troy- Schenectady Rd. | Latham Circle Gas Inc. | Hyde Banana Ice | Elf Bar, Myle, Hyde | 2/6/2023 |
| Latham | 736 Loudon Rd. | Latham Exxon | Hyde Raspberry Watermelon | KIK | 2/7/2023 |
| Latham | 993 Troy-Schenectady Rd. | Sunoco Gas Station | Myle Mini Grape Ice | KIK, Delta | 2/13/2023 |
| Latham | 671 Loudon Rd. | Smokers Choice | Pacha Mama Pink Lemonade | Hyde, Lost Mary, Elf Bar, Pacha, Monster Bars | 2/7/2023 |
| Malta | 2429 Rt. 9 | ZZ Petroleum Citgo | Hyde Minty O's | YME, Myle, Juul, Glamee | 3/3/2023 |
| Mamaroneck | 311 Mamaroneck Ave. | Mamaroneck Convenience | Air Bar Strawberry Kiwi | None | 3/8/2023 |
| Massena | 170 Highland Rd. | Eruza Vape | Hyde Blue Razz | None | 2/21/2023 |
| New York | 51 E 34th St. | Green Olive Market | Air Bar Black Ice | Air Bar, Fume | 2/22/2023 |
| New York | 102 Clinton St. | Fancy Tobacco Shop | Air Bar Box Cool Mint | Air Bar, Fume, Infinity, Elf Bar | 2/24/2023 |
| New York | 224 West 35th St. | Smoke Shop | Air Bar Box Grape Ice | Elf Bar, Air Bar, Myle, Fume | 2/24/2023 |
| New York | 94A Chambers St. | Yolo Exotics & Vapes (Yolo Smokes & Vapes) | Air Bar Box Love Story | Air Bar, Fume | 2/17/2023 |
| New York | 193 Spring St. | Cigarello | Air Bar Box Mix Berries | Elf Bar, Air Bar | 2/17/2023 |
| New York | 278 7th Ave. | His & Her's Smoke Factory | Air Bar Box Sakura Apricot Nectar | Air Bar, Fume, Esco Bars, Elf Bar, Lava | 2/18/2023 |
| New York | 107A Clinton St. | Tobacco Shop (City Exotic Convenience Corp.) | Air Bar Box Sour Apple Ice | Myle, Elf Bar, Air Bar, Lost Mary, Fume | 2/24/2023 |
| New York | 142 Delancey St. | Litty City Convenience | Air Bar Box Watermelon Apple Ice | Elf Bar, Air Bar, Hyde | 2/24/2023 |
| New York | 527 W 207th St. | Grocery & Organic | Air Bar Diamond Blueberry Ice | None | 2/17/2023 |
| New York | 4971 Broadway | Space Exotic | Air Bar Diamond Blueberry Ice | None | 2/17/2023 |
| New York | 342 7th Ave. | Convenience of 7th (342 Convenience Corp.) | Air Bar Diamond Blueberry Ice | Air Bar, Fume | 2/18/2023 |
| New York | 201 Dyckman St. | Dyckman Smoke Shop | Air Bar Diamond Blueberry Raspberry | None | 2/17/2023 |
| New York | 1 Sherman Ave. | Convenience & Grocery Organic & Deli | Air Bar Diamond Blueberry Raspberry | None | 2/17/2023 |
| New York | 443 3rd Ave. | Hot Spot Convenience | Air Bar Diamond Cherry Cola | Air Bar | 2/24/2023 |
| New York | 1315 2nd Ave. | Cloud 69 Cigars Smoke Shop | Air Bar Diamond Cranberry Lemonade Ice | None | 2/11/2023 |
| New York | 369 7th Ave. | Cannabis Smoke Shop (Convenience 11 Corporation) | Air Bar Diamond Cranberry Lemonade Ice | None | 2/18/2023 |
| New York | 213 1st Ave. | 1st Ave. Truffle Tree | Air Bar Diamond Love Story | Air Bar, Fume | 2/24/2023 |
| New York | 110 Delancey St. | Zaza Go Smoke Shop | Air Bar Diamond Peach Mango | Air Bar, Myle, Lava, Hyde, Elf Bar, Fume | 2/24/2023 |
| New York | 4382 Broadway | Organic & Deli | Air Bar Diamond Pineapple Ice | None | 2/17/2023 |
| New York | 317 1st Ave. | Smoke Shop (317 Fantastic Conv. & SM) | Air Bar Diamond Rainbow Candy | Air Bar, Hyde, Elf Bar, Lava, Myle | 2/24/2023 |
| New York | 402 E 14th St. | Smoke Lotto | Air Bar Diamond Rainbow Candy | Air Bar, Elf Bar, Fume | 2/24/2023 |
| New York | 4799 Broadway | Broadway Smoke Shop | Air Bar Diamond Raspberry Grapefruit | None | 2/17/2023 |
| New York | 4765 Broadway | Broadway News Organic | Air Bar Diamond Raspberry Grapefruit | None | 2/17/2023 |
| New York | 1567 York Ave. | City Cloud | Air Bar Diamond Strawberry Ice | None | 2/11/2023 |
| New York | 271 1st Ave. | Dispensary (Dukkani Convenience Corp.) | Air Bar Diamond Watermelon Apple Ice | Air Bar, Fume, Myle | 2/24/2023 |
| New York | 250 3rd Ave. | Magic Buff Exotics | Air Bar Diamond Watermelon Bombe | Air Bar, Elf Bar | 2/24/2023 |
| New York | 1391 2nd Ave. | People's Place Convenience Shop | Air Bar Diamond Watermelon Ice | None | 2/11/2023 |
| New York | 1347 2nd Ave. | Tesla Smoke | Air Bar Diamond Watermelon Ice | None | 2/11/2023 |
| New York | 162 1st Ave. | Dispensary (50 Marley Convenience Inc.) | Air Bar Mini Cool Mint | Elf Bar, Air Bar, Myle | 2/24/2023 |
| New York | 4930 Broadway | 207th Deli & Grill | Air Bar Mini Mango Tangelo | None | 2/17/2023 |
| New York | 580 8th Ave. | Zara Smoke Shop | Compliant | None | 2/10/2023 |
| New York | 690 10th Ave. | Liberty Smoke Shop | Compliant | None | 2/10/2023 |
| New York | 247 W 36th St. | Vape NY Midtown | Compliant | None | 2/10/2023 |
| New York | 454 9th Ave. | Midtown Smoke Shop & Vape | Compliant | None | 2/10/2023 |
| New York | 468 9th Ave. | Young Clouds Smoke Shop | Compliant | None | 2/10/2023 |
| New York | 43 W 29th St. | Ultimate Vapor Shop | Compliant | None | 2/10/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| New York | 251 5th Ave. | Smoke Shop & Convenience 2 | Compliant | None | 2/10/2023 |
| New York | 1250 Broadway | E Cigarette Pros | Compliant | None | 2/10/2023 |
| New York | 152 W 31st St. | Headline News | Compliant | None | 2/10/2023 |
| New York | 3501 Broadway | Broadway Smoke Shop | Compliant | None | 2/17/2023 |
| New York | 110 W Houston St. | Smoke Shop (A&R News & Candy Corp) | Compliant | Elf Bar Cuba Cigar | 2/18/2023 |
| New York | 736 Broadway | Broadway (Varieties on Broadway) | Elf Bar Blue Razz Ice | Fume, Air Bar, Elf Bar, Myle, Hyde | 2/18/2023 |
| New York | 716 2nd Ave. | 2nd Ave. Smoke Depot | Elf Bar Blue Razz Ice | None | 2/24/2023 |
| New York | 76 Clinton St. | Clinton's Exotic Plus & Deli | Elf Bar Blue Razz Ice | None | 2/24/2023 |
| New York | 381 5th Ave. | Smoke Shop (5th Ave.) | Elf Bar Blue Razz Lemonade | Elf Bar, Air Bar | 2/24/2023 |
| New York | 3 Maiden Ln. | Jeeter Juice Smoke Shop (3 Maiden Lane Corp.) | Elf Bar Cranberry Grape | Elf Bar, Air Bar, Fume | 2/17/2023 |
| New York | 183 W 10th St. | Cave Candy Smoke Shop (West Village Cave) | Elf Bar Cranberry Grape | Elf Bar | 2/17/2023 |
| New York | 249 W 26th St. | Sky Light | Elf Bar Cranberry Grape | None | 2/18/2023 |
| New York | 24 Maiden Ln. | Millennium Smoke Shop | Elf Bar Crazi Berry | None | 2/17/2023 |
| New York | 162 East 23rd St. | Smoke Shop (3rd Ave. Vape Inc.) | Elf Bar Crazi Berry | None | 2/24/2023 |
| New York | 158th W 30th St. | Allys Smokes & Magazines | Elf Bar Fuji Ice | None | 2/10/2023 |
| New York | 482 3rd Ave. | Murry Hill Deli Smoke Shop & Beer | Elf Bar Miami Mint | Elf Bar | 2/24/2023 |
| New York | 244 East 23rd St. | High Light Smoke (High Light Mini Mart Corp.) | Elf Bar Peach Berry | None | 2/24/2023 |
| New York | 236 E 13th St. | NYC Convenience | Elf Bar Peach Ice | None | 2/18/2023 |
| New York | 28 E 33rd St. | Smoke Shop NS Enterprise | Elf Bar Rainbow Candy | None | 2/18/2023 |
| New York | 101 W 25th St. | Chelsea Vibez Smoke Shop | Elf Bar Red Mojito | None | 2/18/2023 |
| New York | 206 Thompson St. | Classic Smoke Shop (The Gift Shop Corp.) | Elf Bar Sakura Grape | None | 2/18/2023 |
| New York | 423A 2nd Ave. | Alkharafi Convenience Store | Elf Bar Sakura Grape | Elf Bar | 2/24/2023 |
| New York | 1590 2nd Ave. | Kiki Smoke Shop | Elf Bar Strawberry Ice | None | 2/11/2023 |
| New York | 254 West 35th St. | Grace News | Elf Bar Strawberry Ice | Elf Bar, Lava Plus, Myle | 2/24/2023 |
| New York | 827 6th Ave. | NYC Gift & Smoke Accessories | Elf Bar Strawberry Kiwi | None | 2/10/2023 |
| New York | 1585 3rd Ave. | 3rd Convenience House | Elf Bar Strawberry Kiwi | None | 2/11/2023 |
| New York | 108 3rd Ave. | I-Convenience & Gifts | Elf Bar Strawberry Mango | None | 2/18/2023 |
| New York | 346 9th Ave. | PUR Vape & Smoke Shop | Elf Bar Strawberry Watermelon (unboxed) | None | 2/10/2023 |
| New York | 234 Thompson St. | Greenwich Vibez | Elf Bar Strazz | None | 2/18/2023 |
| New York | 277 Bleecker St. | Pink Treezzz | Elf Bar Summertime | None | 2/17/2023 |
| New York | 88 Nassau St. | Nassau St. Convenience Smoke Shop | Elf Bar Triple Berry Ice | None | 2/17/2023 |
| New York | 79 Clinton St. | Exotic Convenience Smoke Shop | Elf Bar Triple Berry Ice | None | 2/24/2023 |
| New York | 153 East 143rd St. | Lotto & Smoke | Elf Bar Tropical Rainbow Blast (unboxed) | None | 2/10/2023 |
| New York | 721 8th Ave. | Shaky Eyes Smoke Shop | Elf Bar Watermelon Ice | None | 2/10/2023 |
| New York | 1390 3rd Ave. | Eastside Smoke Shop | Elf Bar Watermelon Ice | None | 2/11/2023 |
| New York | 1726 2nd Ave. | Amazing Store Smoke Shop | Elf Bar Watermelon Ice | None | 2/11/2023 |
| New York | 3491 Broadway | City Mart 21 Convenience Shop | Elf Bar Watermelon Ice | None | 2/17/2023 |
| New York | 51 W 29th St. | Sky Convenience (Green Guys 1 Shop) | Elf Bar Watermelon Ice | None | 2/18/2023 |
| New York | 3422 Broadway | Sanaa Convenient Store | Elf Bar, Strazz | None | 2/17/2023 |
| New York | 141 4th Ave. | I-Smoke & Vape Convenience | Esco Bars Clear | None | 2/18/2023 |
| New York | 558 B 7th Ave. | Smoke City Convenience | Esco Bars Watermelon Ice | None | 2/10/2023 |
| New York | 7 Maiden Ln. | Boshi Convenience | Fume Infinity Double Apple | Elf Bar, Air Bar, Myle | 2/17/2023 |
| New York | 1525 York Ave. | York Convenience Tobacco | Fume Ultra Strawberry | Hyde, Air Bar, Myle Mini | 2/11/2023 |
| New York | 17 Clinton St. | Convenience (East Side Convenience 17) | Juicy Bar Mexican Mango Ice | Elf Bar, Juicy Bar, Myle | 2/24/2023 |
| New York | Penn Station Amtrack Level 1 | Seattle Cafe | Juicy Bar Peach Mango Pineapple | None | 2/17/2023 |
| New York | 61 Grove St. | Smoke Cigarrillos (Cigarillos 4) | Lava Plus Bloom | Air Bar, Myle, Lava Plus, Fume | 2/17/2023 |
| New York | 388 6th Ave. | Grab & Go NYC | Lava Plus Blueberry Raspberry Lemon | None | 2/18/2023 |
| New York | 16 Maiden Ln. | Maiden Lane Convenience & Gift | Lava Plus Cool Mint | Elf Bar | 2/17/2023 |
| New York | 317 6th Ave. | 6th Ave. Smoke Shop | Lava Plus Cool Mint | None | 2/18/2023 |
| New York | 204 Spring St. | Spring King Convenience | Lava Plus Ice Grape | Elf Bar, Myle | 2/17/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| New York | 145 Nassau St. | Da Ozone Smoke Shop | Lava Plus Splash Ice | None | 2/17/2023 |
| New York | 592 3rd Ave. | Papa Smoke Shop | Lava Plus Splash Ice | None | 2/24/2023 |
| New York | 208 Ave. A | Zee Convenience & Smoke | Lava Plus Strawberry Banana | Elf Bar, Fume, Myle, Lava, UNC, KIK, Hyde | 2/24/2023 |
| New York | 872 6th Ave. | Roc City Smoke Shop | Lava Plus Strawberry Ice | Elf Bar, Lava Plus, Fume | 2/22/2023 |
| New York | 22 West 34th St. | Smoke Shop (34th St. Convenience Store) | Lava Plus Strawberry Watermelon Bubble Gum | Lava Plus, Air Bar, Myle, Fume | 2/18/2023 |
| New York | 53 Ave. B | East Village Exotics | Lava Plus Watermelon with Mint | Elf Bar, Lost Mary, Lava, Air Bar, Fume | 2/24/2023 |
| New York | 705 2nd Ave. | 705 Quick Stop Inc. | Puff Plus Watermelon | None | 2/24/2023 |
| New York | 334 9th Ave. | 9th Avenue Tobacco Shop | Sugar Daddy Bar Clear (flavored with mint) | None | 2/10/2023 |
| New York | 110 MacDougal St. | Lush Smoke Shop (Village H Shop Inc.) | YME QB XXL Strawberry Banana | None | 2/18/2023 |
| Port Chester | 164 North Main St. | Top Notch Smoke Shop | Air Bar Diamond Cherry Cola | Flum Float, Elf Bar | 2/12/2023 |
| Queens | 4201 30th Ave. | Smoke Shop N Convenience (Romance Convenience) | Air Bar Box Apple Raspberry | Fume, Infinity, Elf Bar, Air Bar, Myle, Hyde | 2/26/2023 |
| Queens | 3192 (or 31-92) 21st St. | Nirvana Vape Cigar & Convenience | Air Bar Box Apple Raspberry | Myle, Crave, Air Bar, Esco Bars, Fume, Logic | 2/26/2023 |
| Queens | 33-14 Ditmars Blvd. | Cigarrillos Smoke Shop | Air Bar Box Cherry Kiwi | Elf Bar, Infinity, Fume | 3/4/2023 |
| Queens | 2923A (29-23) Queens Blvd. | Dr. Smoke | Air Bar Box Cool Lemon | Myle, **Hyde,** Mega, Air Bar | 3/4/2023 |
| Queens | 3319 30th St. | High Class Convenience | Air Bar Box Peach Mango | Elf Bar, Air Bar | 2/26/2023 |
| Queens | 4116 30th Ave. | Smoking (Smokeaholics Inc.) | Air Bar Diamond Cherry Cola | Elf Bar, Air Bar, Fume, Myle | 2/26/2023 |
| Queens | 2504 31st St. | Niner Variety 1 Corp. | Air Bar Diamond Grape Ice | Air Bar | 3/4/2023 |
| Queens | 29-24A Hoyt Ave. South | Noreen Grocery | Air Bar Diamond Pink Lemonade | None | 3/4/2023 |
| Queens | 32-05 Crescent | Highsenberg Shop | Air Bar Diamond Strawberry Ice | None | 2/26/2023 |
| Queens | 3071 24th Ave. | Executive Deli & Grocery Inc. | Air Bar Diamond Watermelon Ice | None | 3/4/2023 |
| Queens | 171-75 46th Ave. | L.Y. WIlson Corner Stop | Air Bar Diamond Watermelon Ice | Juul, Mega | 3/11/2023 |
| Queens | 30-03 Queens Blvd. | Best Choice Convenience Inc. | Compliant | None | 3/4/2023 |
| Queens | 30-02 Queens Blvd. | Queens Fuel & Convenience | Compliant | None | 3/5/2023 |
| Queens | 7009 Austin St. | Austin Stop & Go Smoke Shop & Convenience | Compliant | None | 3/5/2023 |
| Queens | 70-09 Austin St. | CBD Kratom | Compliant | None | 3/5/2023 |
| Queens | 110-84A Queens Blvd. | Queens Craft Beer & Smoke | Compliant | None | 3/5/2023 |
| Queens | 50-15 Skillman Ave. | Discount Varieties & Grocery | Compliant | None | 3/5/2023 |
| Queens | 72-36 Austin St. | Hills Shoppe | Compliant | None | 3/5/2023 |
| Queens | 3812 Queens Blvd. | Best Buzz Hookah Shop | Compliant | None | 3/11/2023 |
| Queens | 79-24 Parsons Ave. | E Smoke & Convenience | Compliant | None | 3/11/2023 |
| Queens | 3001 Steinway St. | Queens Cigar & Candy Corner | Compliant | None | 3/11/2023 |
| Queens | 2574 Steinway St. | Recreational + Cannabis Dispensary | Compliant | None | 3/11/2023 |
| Queens | 69-34 Main St. | Jewel Convenience | Compliant | None | 3/11/2023 |
| Queens | 163-10 Pidgeon Meadow Rd. | Food Market Deli & Grocery (Pidgeon Meadow Convenience) | Compliant | None | 3/11/2023 |
| Queens | 23-95 31st St. | 24 Queens Clouds | Compliant | None | 3/11/2023 |
| Queens | 49-21 Queens Blvd. | Mobil Station (Apex NYC Inc.) | Compliant | None | 3/11/2023 |
| Queens | 3805 (38-05) Ditmars Blvd. | 3805 Inc. Convenience Heaven | Elf Bar Blue Razz Ice | None | 3/4/2023 |
| Queens | 2544 Broadway | Ruby's Candy & Grocery | Elf Bar Blue Razz Lemon | None | 2/26/2023 |
| Queens | 2205 35th St. | Cloud Beast CBD Smoke & Vape Shop | Elf Bar Blue Razz Lemon | None | 3/4/2023 |
| Queens | 4220 Broadway | Queens Smoke Shop | Elf Bar Peach Ice | Elf Bar, Air Bar | 2/26/2023 |
| Queens | 37-17A | Dispensary + | Elf Bar Peach Ice | None | 2/26/2023 |
| Queens | 30-23 30th Ave. | Crater Candy Store | Elf Bar Pineapple Coconut Ice | Elf Bar | 3/4/2023 |
| Queens | 3010 (30-10) Broadway | H&M Candy & Grocery | Elf Bar Sakura Grape | None | 2/26/2023 |
| Queens | 10621 71st Ave. | Hills Smokes | Elf Bar Sakura Grape | None | 3/5/2023 |
| Queens | 30-23 30 Ave | Crater Candy Store | Elf Bar Sour Apple | Elf Bar | 2/26/2023 |
| Queens | 106-16 71st Ave. | E Smoke & Convenience | Elf Bar Strawberry Banana | Logic, Blu, Air Bar, Juul, **Hyde** | 3/5/2023 |
| Queens | 3021 30th Ave. | Qookies Convenience | Elf Bar Strawberry Ice | None | 3/4/2023 |
| Queens | 45-17 Broadway | Hirani News & Smoke Shop | Elf Bar Strawberry Ice | Air Bar, Fume, Elf Bar | 3/11/2023 |
| Queens | 3706 Ditmars Blvd. | Ditmas 2 Smoke & Convenience | Elf Bar Strawberry Mango | None | 3/4/2023 |
| Queens | 31-07 31st Ave. | Queens House of Smokes | Elf Bar Strawberry Watermelon | Fume, Lava, Air Bar | 2/26/2023 |
| Queens | 2827 (28-27) 31st St. | Smoke Shop & Convenience | Elf Bar Strawberry Watermelon | None | 3/4/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Queens | 31-10 Broadway | Broadway Beer & Smoke | Elf Bar Vanilla Ice Cream | Elf Bar, Air Bar, Myle, Logic, Fume, STK | 2/26/2023 |
| Queens | 2920 23rd Ave. | City Vape | Elf Bar Watermelon Bubble Gum | Elf Bar | 3/4/2023 |
| Queens | 71-41 Austin St. | Top Shelf | Esco Bars Fuitia Snow Cone Ice | Esco Bars, Elf Bar, Myle, Air Bar, Lost Mary, Lava, **Hyde**, STIG | 3/5/2023 |
| Queens | 31-89 Steinway St. | Convenience Store Smoke Shop | Esco Bars Lychee Ice | Air Bar, Fume, Myle, Elf Bar | 2/26/2023 |
| Queens | 2528 Broadway | Kings Smoke Shop | Lava Plus Berry Mist | Lava, Myle, **Hyde**, Air Bar | 2/26/2023 |
| Queens | 36-20 30th Ave. | Vape Kingz | Lava Plus Cherry Banana | Lava | 2/26/2023 |
| Saratoga Springs | 80 Henry St. | Up in Smoke Headquarters | Pop Iced Lychee | None | 3/3/2023 |
| Saratoga Springs | 40 Caroline St. | Up in Smoke | Puff Plus Aloe Grape | None | 3/3/2023 |
| Scarsdale | 760 Central Park Ave. | Cloud House Convenience | Air Bar Diamond Strawberry Ice | None | 2/17/2023 |
| Scarsdale | 455 Central Park Ave. | Scarsdale Convenience | Elf Bar Strawberry Ice | None | 2/7/2023 |
| Scarsdale | 1088 Central Park Ave. | #1 Convenience & Tobacco | Elf Bar Strawberry Ice | None | 2/8/2023 |
| Schenectady | 1339 State St. | Levi's Grocery | Air Bar Banana Ice | Air Bar, **Hyde** | 3/6/2023 |
| Schenectady | 2433 Broadway | 518 Exotics Corp. | Air Bar Diamond Blueberry Ice | Elf Bar | 2/18/2023 |
| Schenectady | 2302 Broadway | Broadway Petroleum | Air Bar Diamond Blueberry Kiwi Ice | Hyde, HQD | 2/18/2023 |
| Schenectady | 1621 Union St. | Smoke Land | Air Bar Diamond Blueberry Raspberry | Elf Bar, Lost Mary, Juice Head, Daze, Flum Pebble | 2/18/2023 |
| Schenectady | 2230 Broadway | Fly City Smoke Shop | Air Bar Diamond Grape Ice | None | 2/18/2023 |
| Schenectady | 1685 Van Vranken Ave. | Kris and Bella | Hyde Strawberry Ice Cream | **Hyde** | 2/18/2023 |
| Schenectady | 1605 Broadway | Bellvue Star Citgo | Myle Mini Grape Ice | YME, UNC | 2/18/2023 |
| Schenectady | 1459 State St. | Quick Stop (Paris Deli & Grocery Inc.) | Myle Mini Red Apple | Lava, Juul, Flair | 3/6/2023 |
| Staten Island | 112 Ocean Ave. | Ocean Deli & Market | Air Bar Box Orange Juice | None | 3/7/2023 |
| Staten Island | 1720 Victory Blvd. | Family Shoppe | Air Bar Box Watermelon Ic | Vuse, Logic, Juul, Myle, Blu | 2/27/2023 |
| Staten Island | 1244 Richmond Rd. | Old Town Superette | Air Bar Diamond Mango Strawberry | Myle, Juul | 3/7/2023 |
| Staten Island | 3014 Richmond Rd. | Sunrise Gourmet Deli | Air Bar Diamond Watermelon Ice | Myle, Juul, Logic | 2/27/2023 |
| Staten Island | 1572 Forest Ave. | First Smokers Choice | Compliant | Myle True Tobacco | 2/16/2023 |
| Staten Island | 1174 Hylan Blvd. | Shop N Save Superette | Compliant | None | 2/16/2023 |
| Staten Island | 1334 Richmond Rd. | Diddle Dee Bagel Deli (1334 Richmond Rd. Corp.) | Compliant | Myle Meta Box Sweet Tobacco | 2/16/2023 |
| Staten Island | 2-6 New Dorp Ln. | Convenient Food Mart | Compliant | Flair Plus Smooth Tobacco | 2/16/2023 |
| Staten Island | 99 Guyon Ave. | Guyon Superette | Compliant | None | 2/16/2023 |
| Staten Island | 630 Arthur Kill Rd. | Sunoco Gas Station | Compliant | Blu Classic Tobacco | 2/16/2023 |
| Staten Island | 1281 Arthur Kill Rd. | Dee Convenience Store | Compliant | Lava Plus Cuban Tobacco | 2/16/2023 |
| Staten Island | 1430 Richmond Ave. | Lander Market & Deli | Compliant | None | 2/16/2023 |
| Staten Island | 950 Richmond Ave. | Richmond Deli & Grocery | Compliant | None | 2/16/2023 |
| Staten Island | 175 Targee St. | BP Shop | Compliant | None | 2/16/2023 |
| Staten Island | 960 Bloomingdale Rd. | My Brother's Deli & Bagels | Compliant | Myle Sweet Tobacco | 2/25/2023 |
| Staten Island | 27 Seguine Ave. | Variety Convenience Store | Compliant | Myle Mini Tobacco Red | 2/25/2023 |
| Staten Island | 6372 Amboy Rd. | Citi Bagel & Deli | Compliant | Lava Big Boy Cuban Tobacco | 2/25/2023 |
| Staten Island | 289 Page Ave. | Page Bagels & Deli | Compliant | Myle Mini Tobacco Gold | 2/25/2023 |
| Staten Island | 7254 Amboy Rd. | Tottenville Food Mart (A Food Mart Inc.) | Compliant | None | 2/25/2023 |
| Staten Island | 1445 Richmond Ave. | Cardsmart | Compliant | None | 2/27/2023 |
| Staten Island | 590 Midland Ave. | Shop Smart Food Mart | Compliant | None | 2/27/2023 |
| Staten Island | 114 Lincoln Ave. | Lincoln Superette | Compliant | None | 2/27/2023 |
| Staten Island | 3701 Amboy Rd. | Shell- Amboy Service Station (D'Elia Bros Automotive) | Compliant | None | 2/27/2023 |
| Staten Island | 3835 Richmond Ave. | 24 Hr. Mini-Mart | Compliant | None | 2/27/2023 |
| Staten Island | 3854 Richmond Ave. | Bagel Depot | Compliant | None | 2/27/2023 |
| Staten Island | 175 Garretson Ave. | Your Choice Deli & Grocery | Compliant | Myle Mini Tobacco Gold | 2/27/2023 |
| Staten Island | 635 N Railroad Ave. | Railroad Quick Stop | Compliant | Myle Mini Tobacco | 2/27/2023 |
| Staten Island | 44 New Dorp Plaza | Jayrip Deli & Grocery | Compliant | Myle Mini Tobacco | 2/27/2023 |
| Staten Island | 3161 Amboy Rd. | Cardsmart (Romi Cards & Gifts) | Compliant | Flair Plus Smooth Tobacco | 2/27/2023 |
| Staten Island | 4300 Amboy Rd. | Bagels R Us | Compliant | Myle Mini Tobacco Gold | 2/27/2023 |
| Staten Island | 4346 Richmond Ave. | Cards for Us (Naz Cards & Gift Inc.) | Compliant | None | 2/27/2023 |
| Staten Island | 1774 Forest Ave. | Honey Bee Convenience | Compliant | None | 3/7/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Staten Island | 1190 Bay St. | Dynasty Convenience | Compliant | None | 3/7/2023 |
| Staten Island | 278 Sand Lane | Sand Lane Deli | Compliant | None | 3/7/2023 |
| Staten Island | 2443 Richmond Ave. | BP Shop | Compliant | None | 3/7/2023 |
| Staten Island | 452 Nome Ave. | Nome Superette & Bagel | Compliant | None | 3/7/2023 |
| Staten Island | 2325 Richmond Ave. | Discount Smoke Shop | Compliant | None | 3/7/2023 |
| Staten Island | 3459 Richmond Rd. | Bagel Depot | Compliant | None | 3/7/2023 |
| Staten Island | 748 Forest Ave. | Forest Convenience & Gifts | Compliant | None | 3/7/2023 |
| Staten Island | 496 Arthur Kill Rd. | Elverton Bagels & Deli | Compliant | None | 3/7/2023 |
| Staten Island | 3277 Richmond Ave. | Cigar Tobacco & Gift Emporium | Compliant | None | 3/7/2023 |
| Staten Island | 3259 Richmond Ave. | Cardsmart | Compliant | None | 3/7/2023 |
| Staten Island | 51 Richmond Hill Rd. | Richmond Bagels & Deli | Compliant | None | 3/7/2023 |
| Staten Island | 960 Bloomingdale Rd. | General Vape Smoke & Vape Shop | Elf Bar Black Winter | Lava, Air Bar, Zenith, Myle, Elf Bar | 2/25/2023 |
| Staten Island | 95 Page Ave. | General Vape | Elf Bar Black Winter | Air Bar, Elf Bar, Myle, KIK, Zenith | 2/25/2023 |
| Staten Island | 2001 Victory Blvd. | General Vape | Elf Bar Black Winter | Myle, Lava | 2/27/2023 |
| Staten Island | 3845 Richmond Ave. | Eltingville Bagel & Deli | Elf Bar Blue Razz Ice | None | 2/27/2023 |
| Staten Island | 604 Richmond Rd. | Bro Convenience (Richmond Convenience) | Elf Bar Cranberry Grape | Myle, Lava, Elf Bar | 2/27/2023 |
| Staten Island | 136 New Dorp Ln. | Snacks & Tobacco | Elf Bar Kiwi Passion Fruit Guava | Myle, Logic, Flair, Lava Juul | 2/27/2023 |
| Staten Island | 2110 Richmond Rd. | Your Vape & Smoke Shop | Elf Bar Mango Peach | Elf Bar, Myle, Air Bar, YME, Lost Mary, Lava | 2/27/2023 |
| Staten Island | 1172 Victory Blvd., Unit 4 | Your Bape & Smoke Shop | Elf Bar Sour Apple | Myle, Juul | 2/27/2023 |
| Staten Island | 2151 Arthur Kill Rd. | Grill & Deli at BP Gas Station | Elf Bar Strawberry Banana | None | 2/25/2023 |
| Staten Island | 3896B Richmond Ave. | Stop One Convenience | Elf Bar Strawberry Banana | Elf Bar | 2/27/2023 |
| Staten Island | 1250 Hylan Blvd, STE 8B | J&A Vapes II | Elf Bar Strawberry Cream | None | 2/16/2023 |
| Staten Island | 1775 Richmond Rd. | Puff Convenience & Exotics | Elf Bar Strawberry Ice | Elf Bar | 2/16/2023 |
| Staten Island | 56 Seguine Ave. | Smoke Shop & Tobacco | Elf Bar Strawberry Mango | None | 2/25/2023 |
| Staten Island | 5832 Amboy Rd. | King Smoke Shop | Elf Bar Strawberry Mango | Lava, Air Bar, Lost Mary, NEX, Elf Bar | 2/25/2023 |
| Staten Island | 150L Greaves Ln. | J&A Vapes Smoke Shop | Elf Bar Strawberry Pina Colada | Lava Plus, Popsicle, Evo Bar | 2/16/2023 |
| Staten Island | 6276 Amboy Rd. | Get N Go | Elf Bar Strawberry Watermelon | None | 2/25/2023 |
| Staten Island | 1949 Richmond Ave. | J&A Vapes III | Lava Plus Banana | None | 2/16/2023 |
| Staten Island | 1811 Victory Blvd. | 1811 Victory Convenience | Lava Plus Banana | Air Bar, Mega, Lava, Juul, Fume | 3/7/2023 |
| Staten Island | 331 Sand Lane | South Beach Convenience Store | Lava Plus Banana | None | 3/7/2023 |
| Staten Island | 3555 Victory Blvd. | Jordan Vape Shop | Lava Plus Banana | None | 3/7/2023 |
| Staten Island | 1130 Bay St. | Kings Vapes (King Vapor) | Lava Plus Berry Mist | Air Bar, Lava | 3/7/2023 |
| Staten Island | 310 Bradley Ave. | Bradley Bagels | Lava Plus Blueberry Raspberry Lemon | Vuse, Juul | 3/7/2023 |
| Staten Island | 1975 Victory Blvd. #2 | Puff City | Lava Plus Cherry Banana | Packspod, Elf Bar, Ghost, Air Bar, Esco Bars | 2/27/2023 |
| Staten Island | 1106 Forest Ave. | Forest Convenience Vape | Lava Plus Fruit Ice | None | 2/16/2023 |
| Staten Island | 3295 Amboy Rd. | Vape & Accessories (Vape Plus Inc.) | Lava Plus Fruit Ice | None | 2/16/2023 |
| Staten Island | 580 Midland Ave. | Rico Convenience | Lava Plus Fruit Ice | Myle, Mega, Fliar, Fume, KIK | 2/27/2023 |
| Staten Island | 520 Forest Ave. | S.I Convenience (SI Convenience Corp.) | Lava Plus Ice Grape | None | 3/7/2023 |
| Staten Island | 420 Forest Ave. | Forest Convenience | Lava Plus Ice Grape | Air Bar, Myle, Lava | 3/7/2023 |
| Staten Island | 652 Forest Ave. | Optima Smoke Shop | Lava Plus Mango Ice | None | 2/16/2023 |
| Staten Island | 2035 Victory Blvd. | Prime Smoke Supply | Lava Plus Mango Ice | None | 2/27/2023 |
| Staten Island | 61 Page Ave. | Convenience N.Y. | Lava Plus Orange Plus | None | 2/25/2023 |
| Staten Island | 1201 Bay St. | Bay Cigars & Tobacco | Lava Plus Peach Ice | None | 3/7/2023 |
| Staten Island | 105 Guyon Ave. | Our Smoke & Vapes Convenience | Lava Plus Strawberry Banana | None | 2/16/2023 |
| Staten Island | 2236 Victory Blvd. | Zack 1 Convenience & Vape | Lava Plus Strawberry Banana | Air Bar, Lava | 3/7/2023 |
| Staten Island | 2201 Hylan Blvd. | Gift Shop & Convenience | Lava Plus Strawberry Ice | Myle, UNC, Logic, Blu | 2/27/2023 |
| Staten Island | 1427 Forest Ave. | A&J Convenience Shop (Smoke Shop) | Lava Plus Strawberry Milkshake | None | 2/16/2023 |
| Staten Island | 1272 Bay St. | 24 Hour Deli (D & K Deli & Grocery) | Lava Plus Strawberry Watermelon Bubble Gum | Myle, Logic, Blu, Mega, Cubano | 3/7/2023 |
| Staten Island | 3977 Hylan Blvd. | Kwality Bagels Deli & Grocery | Myle Mini Iced Quadberry | Juul, Logic, Myle | 2/27/2023 |
| Staten Island | 146 Armstrong Ave & 4203 Hylan Blvd. | Armstrong Convenience | Packspod Guava Bubble Gum | Myle, Lava, Mega, Elf Bar | 2/27/2023 |
| Staten Island | 1267 Forest Ave. | Exotic Convenience Corp | Vybe Cola Freeze | None | 2/16/2023 |

| City | Address | Name of retail location | Item purchased | Items observed | Date |
|---|---|---|---|---|---|
| Tarrytown | 179 White Plains Road | Shell Gas Station | Elf Bar Strawberry Watermelon | None | 2/13/2023 |
| Thornwood | 20 Kensico Road | Citgo Gas Station | Elf Bar Strazz | None | 2/10/2023 |
| Troy | 867 River St. | River Store Inc. | Air Bar Diamond Pineapple Ice | Hyde, Air Bar | 2/7/2023 |
| Troy | 350 4th St. | Le Beau's Grocery | Air Bar Diamond Strawberry Banana | Air Bar, **Hyde**, Flair | 2/23/2023 |
| Troy | 586 2nd Ave. | Sheba Grocery | Air Bar Diamond, Blueberry Raspberry | Myle, **Hyde** | 2/7/2023 |
| Troy | 1 Northern Dr. | US Food & Grocery | Hyde Strawberry Banana | Hyde, Air Bar | 2/7/2023 |
| Troy | 2901 6th Ave. | 4 Corner Grocery Store | Myle Mini Iced Watermelon | Air Bar, Hyde, Flair, Lava | 3/7/2023 |
| Troy | 668 2nd Ave. | LB Empire | Myle Mini, Banana Ice | Air Bar, Elf Bar, Hyde | 2/7/2023 |
| Valatie | 3360 Rt. 9 | Ali Petroleum Inc. | Flair Plus Ice Bluerazz Lemonade | Elf Bar, Hyde MAG, Hyde IQ, Myle Micro, Fruty Pro Maxx | 2/14/2023 |
| Valatie | 2967 Rt. 9 | 5 Star Smoke Outlet | Hyde Watermelon Ice Cream | Elf Bar | 2/14/2023 |
| Watervliet | 2547 2nd Ave. | Sunoco | Air Bar Diamond Peach Mango | Air Bar, Logic | 2/7/2023 |
| Watervliet | 620 19th St. | 19th Street In N Out Grocery | Air Bar Diamond Watermelon Candy | None | 3/7/2023 |
| White Plains | 168 Martine Ave. | Cigar Corner | Elf Bar Blue Razz Ice | None | 2/11/2023 |
| White Plains | 126 Mamaroneck Ave. | Smoke X Blazy | Elf Bar Strawberry Ice | None | 2/11/2023 |
| White Plains | 217 East Post Road | Smoke Palace Convenience | Elf Bar Strawberry Pina Colada | None | 2/11/2023 |
| White Plains | 69 Bank St. | Royal Petroleum Food Mart (BP) | Elf Bar Strawberry Watermelon | None | 2/11/2023 |
| White Plains | 40 Westchester Ave. | E&Z Smoke Shop | Elf Bar Strawberry Watermelon | None | 2/11/2023 |
| White Plains | 60B Mamaroneck Ave. | Mamaroneck Smoke Shop | Elf Bar Watermelon Brzz Ice | None | 2/11/2023 |
| White Plains | 190 Aqueduct Road | BP Gas Station Shop | Puff Plus Apple Ice | None | 2/9/2023 |
| White Plains | 173 Martine Ave. | Freshies | UNC QB XXL Lush Ice | None | 2/10/2023 |
| Yonkers | 921 McLean Ave. | Royal Cloud | Air Bar Blueberry Raspberry | None | 2/13/2023 |
| Yonkers | 998 McLean Ave. | 998 McLean Ave. Inc. Stationary & Convenient | Air Bar Diamond Blueberry Raspberry | None | 2/13/2023 |
| Yonkers | 459 McLean Ave. | Exotic Vapes | Air Bar Diamond Peach Mango | None | 2/16/2023 |
| Yonkers | 945 McLean Ave. | Irish Food Market | Air Bar Diamond Strawberry Watermelon | None | 2/16/2023 |
| Yonkers | 522 McLean Ave. | McLean Deli & Grocery | Air Bar Mini Blue Razz | None | 2/13/2023 |
| Yonkers | 62 Woodlawn Ave. | Tara's Corner Deli | Air Bar Mini Blue Razz | None | 2/13/2023 |
| Yonkers | 1568B Central Park Ave. | Celtic Smoke Shop | Air Bar Mini Blue Razz | None | 2/13/2023 |
| Yonkers | 795 Yonkers Ave. | Dan's Tobacco | Compliant | None | 2/8/2023 |
| Yonkers | 529 Central Park Ave. | Citgo Gas Station | Compliant | None | 2/10/2023 |
| Yonkers | 1160 Yonkers Ave. | Moonstruck Deli | Compliant | None | 2/10/2023 |
| Yonkers | 111 Crescent Place | Imperial Deli Mart | Compliant | None | 2/10/2023 |
| Yonkers | 643 McLean Ave. | Stevie's Crepes & Waffles | Elf Bar Mango Peach | None | 2/7/2023 |
| Yonkers | 839 Mile Square Road | DJ & C Deli Corp. | Elf Bar Peach Berry | None | 2/8/2023 |
| Yonkers | 720 McLean Ave. | Robeya Corp Lotto | Elf Bar Peach Mango Watermelon | Elf Bar | 2/7/2023 |
| Yonkers | 163 Bronx River Road | Smoke Shop & Convenience | Elf Bar Strawberry Ice | None | 2/7/2023 |
| Yonkers | 1045 Yonkers Ave. | Yonkers Ave. Smoke Shop | Elf Bar Strawberry Ice | None | 2/10/2023 |
| Yonkers | 1587 Tuckahoe Road | Vape HM | Elf Bar Strawberry Kiwi | None | 2/16/2023 |
| Yonkers | 348-350 Kimball Ave. | Kimball Tobacco & Vape Shop | Elf Bar Strawberry Mango | None | 2/7/2023 |
| Yonkers | 1789 Central Park Ave. | Highbridge Plaza Tobacco | Elf Bar Strawberry Mango | None | 2/8/2023 |
| Yonkers | 495 Odell Ave. | House of Angelo's Tailor | Elf Bar Strawberry Pina Colada | None | 2/9/2023 |
| Yonkers | 10 Chrisfield St. | Crestwood Convenience Store | Elf Bar Watermelon Ice | None | 2/10/2023 |
| Yonkers | 1230 Nepperhan Ave. | Chestnut Market | Elf Bar Watermelon Ice "Nicotine Free" | Elf Bar | 2/7/2023 |
| Yonkers | 821 McLean Ave. | Irish Mini Mart | Elf Bar Watermelon Nana Ice | None | 2/7/2023 |
| Yonkers | 217 Ashburton Ave. | Cigars, Hookah, & Smoke Shop | Lava Plus Strawberry Ice | None | 2/8/2023 |
| Yonkers | 1245 Nepperhan Ave. | BP Mart | YME QB XXL Watermelon Strawberry "Contains no nicotine" | UNC | 2/7/2023 |