## DECLARATION OF DONALD HASHAGEN

I, Donald Hashagen, pursuant to 28. U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am over 18 years of age and would be competent to testify to the information set forth herein if called as a witness in court.

2.     I reside in Chesterfield, Virginia. I have resided in Virginia for the last 8 years.

3.     I do not have a residence in New York, I do not own property in New York, I do not own a business in New York, I have never worked in New York, and I rarely visit New York. In fact, I have not set foot in New York int the past three years.

4.     I am the Executive Vice-President of Firmitas Solutions, LLC ("Firmitas"). I do not hold, and have never held, any "C-Suite" position at Firmitas. I manage contract service sales and day-to-day manufacturing operations and I am a W-2 employee.

5.     Matthew J. Glauser is the sole owner of Firmitas.

6.     Firmitas is a contract manufacturer of nicotine-containing e-liquids based in Henrico, Virginia. Firmitas was registered with the Virginia State Corporation Commission on December 14, 2021.

7.     Firmitas' business address is 5604 Charles City Circle, Henrico, VA 23231. This is Firmitas' only business address. Firmitas does not have, and has never had, a business address in New York.

8.     Firmitas does not own any brand of nicotine-containing e-liquids. Firmitas only takes and fulfils orders to manufacturer its customers' products to its customers' specifications.

1

9. Firmitas' customers are nicotine-containing e-liquid distributors/brands. Firmitas does not sell nicotine-containing e-liquids to consumers. Once Firmitas fulfils an order, it ships the order on LTL pallets to that customer's distribution center.

10. Firmitas has no interest in, or control over, what its customers do with the products manufactured by Firmitas once those products have left the Virginia manufacturing facility.

11. Firmitas services nicotine-containing e-liquid distributors/ brands across the United States.

12. One of Firmitas' customers is Magellan Technology, Inc ("Magellan").

13. Firmitas does not manufacture Hyde products for Magellan (or for anyone else).

14. I have never been an owner, officer, director, or employee of Magellan. I do not have any authority to make any business decisions on behalf of Magellan. I have never received compensation from Magellan.

15. Firmitas ships its orders for Magellan to Magellan's distribution center in Buffalo, New York.

16. Firmitas has never sold or shipped pallets into New York City.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2023

Donald Hashagen