ORIGINAL

MEMO ENDORSED





**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Proshansky**
Phone: 212.356.2032
Fax: 212 356.2038
eproshan@law.nyc.gov

October 23, 2023

**By ECF**
Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Strreet
New York, New York 10007

Re: *The City of New York v. Magellan Technology, et al 23-5880 (LLS)*

Dear Judge Stanton:

    This office represents plaintiff the City of New York (the "City") in the above action. I write on behalf of the remaining parties to respectfully advise the Court that the parties have conferred and agreed upon a briefing schedule addressing the motions filed or anticipated in this matter.

    As to the motion filed October 17, 2023, by Magellan Technology, Inc., Ecto World, LLC, d/b/a Demand Vape and Matthew J. Glauser to dismiss the City's amended complaint, the City's opposition would be due November 20, 2023, with defendants' reply due December 8, 2023.

    As to the motion filed October 17, 2023, by Donald Hashagen to dismiss the City's amended complaint the dates above would also apply.

    Defendant Mahant Krupa 56 LLC, d/b/a Empire Vape, Nikunj Patel and Devang Koya shall file a motion to dismiss on October 27, 2023, with the City's opposition due November 27, 2023, and the defendants' reply due December 11, 2023.

    As to the City's motion for a preliminary injunction filed October 16, 2023, all defendants' opposition would be due by November 27, 2023, with the City's reply due December 11, 2023.

So Ordered

Louis L. Stanton
10/24/23

If the above is satisfactory to the Court the parties respectfully request that the schedule be "So Ordered."

Thank you for your attention to this matter.

Respectfully submitted,

s/

Eric Proshansky
Assistant Corporation Counsel