**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE CITY OF NEW YORK,

                Plaintiff,

      -against-

MAGELLAN TECHNOLOGY, INC., ECTO WORLD,
LLC, d/b/a Demand Vape, MATTHEW J. GLAUSER,
DONALD HASHAGEN, MAHANT KRUPA 56 LLC
d/b/a Empire Vape Distributors, NIKUNJ PATEL,
DEVANG KOYA, STAR VAPE CORP., NABIL
HASSEN, DORBES LLC, d/b/a Hydevapeofficial.com,
CHRISTIAN A. SMITH,

                Defendants.

Case No. 23-cv-5880-LLS-OTW

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY DEFENDANTS MAHANT KRUPA 56 LLC, NIKUNJ PATEL & DEVANG KOYA**

PLEASE TAKE NOTICE that the undersigned counsel for Defendants Mahant Krupa 56 LLC, Nikunj Patel and Devang Koya will move this Court at a date and time convenient to the Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting their motion to dismiss Plaintiff's Amended Complaint (ECF No. 20) for failure to state a claim upon which relief can be granted, and for such other and further relief as the Court deems just and proper.

A supporting memorandum of law is filed in conjunction herewith.

Dated: October 27, 2023
      New York, New York

                Respectfully Submitted,

                MOSES & SINGER LLP

                _/s/ Paul M. Eckles_____
                Paul M. Eckles
                Barry S. Zone
                Philippe A. Zimmerman

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
peckles@mosessinger.com

*Attorneys for Defendants Mahant Krupa 56 LLC, Nikunj Patel & Devang Koya*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2023, I caused the foregoing to be electronically filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on all counsel of record.


  /s/ Paul M. Eckles