**THOMPSON HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
CHICAGO    CLEVELAND    DAYTON    WASHINGTON, D.C.

December 6, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/23

*Via ECF*

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

Dear Judge Stanton:

    We represent Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, Matthew J. Glauser, and Donald Hashagen (collectively, "Defendants"), in the above-referenced matter. We write, with Plaintiff's consent, pursuant to Rules 1.A and 1.E, to request and extension of time for these Defendants to respond to Plaintiff's Motion for Preliminary Injunction [ECF No. 41] from December 6, 2023, to December 8, 2023, and to file their reply in support of Defendant's Motion to Dismiss [ECF No. 52-56] from December 8, 2023, to December 15, 2023.

    Pursuant to the Court's November 21, 2023 Order [ECF No. 71], Defendants' opposition is currently due on December 6, 2023, and the City's reply is due on December 20, 2023. In light of personal family matters of undersigned counsel, Defendants request that deadline for their opposition be extended to December 8, 2023. This is Defendants' second request for an extension of their time to file their opposition, and the City consents to the request.

    For these same reasons, Defendants request a brief extension of time to file their reply in support of their motion to dismiss, from December 8, 2023, to December 15, 2023. This is Defendants' first request for an extension of time to file their reply, and the City consents to the request.

    The new opposition deadline for Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, Matthew J. Glauser, and Donald Hashagen, would be December 8, 2023, and the City's new reply deadline would be December 22, 2023.

    The new deadline for Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, Matthew J. Glauser, and Donald Hashagen to file their reply in support of their motion to dismiss would be December 15, 2022.

    If the above is satisfactory to the Court, the Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, Matthew J. Glauser, and Donald Hashagen, respectfully request that the adjustment in the schedule be "So Ordered."

Thank you for your attention to this matter.

So Ordered
Louis L. Stanton
12/6/23

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
Phone: 202.331.8800
Fax: 202.331.8330



December 6, 2023
Page 2

        Respectfully submitted,

        */s/Eric N. Heyer*
        Eric N. Heyer

        *Counsel for Defendants Magellan Technology*
        *Inc., Ectoworld, LLC d/b/a Demand Vape,*
        *Matthew J. Glauser, and Donald Hashagen*