UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
The City of New York,

            Plaintiff,

   -against-

Magellan Technology, Inc., et al.,

           Defendants.

------------------------------------------------------- X

Case No. 1:23-cv-05880-LLS-OTW

# DECLARATION OF ERIC N. HEYER

I, Eric N. Heyer, an attorney admitted *pro hac vice* in the above-referenced action, declares as follows:

1. I am over 18 years of age and would be competent to testify to the information set forth herein if called as a witness in court.

2. I am admitted *pro hac vice* as counsel in this action for Defendants Magellan Technology, Inc., Ecto World LLC d/b/a Demand Vape, Matthew Glauser, and Donald Hashagen.

3. I make this declaration in support those Defendants' memorandum in opposition to the City of New York's motion for preliminary injunction.

4. Annexed hereto as Exhibit A is a true and correct copy of the "About Us" page from the website of Star Vape Corporation found at https://www.starvapecorp.com/copy-of-contact.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2023                            /s/ Eric N. Heyer
                                                                   Eric N. Heyer

# Exhibit A





# WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL.

## WEBSITE UNDER CONSTRUCTION

No Tobacco or Electronic Nicotine Delivery System (ENDS) Products are Available for Purchase Through this Website.

We Do Not Offer For Sale Any Flavored Tobacco or ENDS Products in New York City.

Log In     0     HOME     PAPERS     GRINDERS

## ABOUT US

**Starvape Corp** is a Wholesale B2B distributor of vape electronic cigarette supplies, and smoke shop supplies in the United States. We carry wholesale vaping supplies including: e liquid, e juice, premium e liquids, vape mods, box mods, e-cigs, vaporizers, pod systems, atomizers, batteries, tanks and more wholesale products. Our Stock includes top names in the industry such as; Naked, Twist, Vapetasia, Zenith, Airfactory, Saltbae, Halo, Glas Basix, Glass Co., Coastal Clouds, and many more of the vape industry's most popular brands. We have wholesale devices

mods such as: Smok, Vaporesso, Lost Vape, Eleaf, Joyetech, Geek Vape, Aspire, Tobeco, Ijoy, & Coil Master. We also carry wholesale vaporizers & pod systems such as: YoCan, Atmos, Pax, Ooze, The kind Pen, This thing Rips, Alpha Puff, Grenco Science, Ploom, Juul, Phix, & Sourin!

Our experienced representatives will work with you to make sure you get the products your customers demand at the prices you need. Starvape Corp is committed to helping your e-cigarette & smoke shop business reach its maximum potential.

HOME      ADDITIONAL WARNINGS      ABOUT US



© 2023 STARVAPE CORPORATION - ALL RIGHTS RESERVED