ORIGINAL

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/23



Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Proshansky
Phone: 212.356.2032
Fax: 212 356.2038
eproshan@law.nyc.gov

December 19, 2023

**By ecf**
Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *The City of New York v. Magellan Technology, et al 23-5880 (LLS)*

Dear Judge Stanton:

    This office represents plaintiff the City of New York (the "City") in the above-referenced matter. I am writing with the consent of defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, Matthew J. Glauser, and Donald Hashagen (collectively, "Defendants") pursuant to Your Honor's Rules 1.A and 1.E to request an extension from December 22, 2022 to December 29, 2023 for the City to file its reply memorandum of law in support of the City's motion for a preliminary injunction (ECF No. 41-50) responding to defendants' opposition thereto. (ECF No. 80).

    The City's reply is currently due on December 22, 2023. In light of the press of business at the Office of the Corporation Counsel the City requests that filing date be extended to December 29, 2023. This is the City's first request for an extension, to which Defendants have graciously consented.

    If the above is satisfactory to the Court, the City respectfully request that the December 29th filing date for the City's reply be "So Ordered."

    Thank you for your attention to this matter.

Respectfully submitted,

Eric Proshansky
Assistant Corporation Counsel

So Ordered
Louis L. Stanton
12/20/23