ORIGINAL

# MOSES SINGER

**MEMO ENDORSED**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Paul M. Eckles
Direct Dial: 212.554.7662
Fax: 212.377.6041
E-Mail: peckles@mosessinger.com

December 21, 2023

**BY ECF**

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/23
```

**Re:   The City of New York v. Magellan Technology, et al., No. 23-5880-LLS-OTW**

Dear Judge Stanton:

We represent defendants Mahant Krupa 56 LLC, Nikunj Patel, and Devang Koya in the above-captioned action. I write in connection with the City of New York's motion for a preliminary injunction (ECF No. 41) filed on October 16, 2023. Our clients' opposition papers are currently due on December 27, 2023, and the City of New York's reply is currently due on January 10, 2024. Due to a medical emergency in the family of our principal client, Mr. Koya, and the press of the holidays, we are writing to request an extension. Counsel for the City of New York has graciously agreed to a three-week extension of the time to file our opposition papers.

The new opposition deadline for Mahant Krupa 56 LLC, Nikunj Patel, and Devang Koya would be January 17, 2024, and the new reply deadline for the City of New York would be January 31, 2024. This is our second request for an extension, and the City of New York consents to the request.

If the above is satisfactory to the Court, we respectfully request that the adjustment in the schedule be "So Ordered."

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Paul M. Eckles
Paul M. Eckles

*Counsel for Defendants Mahant Krupa 56 LLC, Nikunj Patel, and Devang Koya*

cc:   All counsel of record (via ECF)

*So Ordered*
*Louis L. Stanton*
*12/21/23*

5539370v1