

THE CITY OF NEW YORK
LAW DEPARTMENT

| **HON. SYLVIA O. HINDS-RADIX** | 100 CHURCH STREET | **Eric Proshansky** |
| *Corporation Counsel* | NEW YORK, NEW YORK 10007 | Assistant Corporation Counsel |
| | | 212.356.2032 |
| | | eproshan@law.nyc.gov |

May 28, 2024

**By ECF**
The Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *The City of New York v. Magellan Technology, et al.*, **Case No. 23-5880 (LLS)**

Dear Judge Stanton:

This Office represents Plaintiff the City of New York (the "City") in the above-referenced matter. For the Court's information, the City has decided to proceed with this action without further amendment of the complaint that was the subject of the Court's May 24, 2024 decision.

The City accordingly respectfully requests that the Court schedule an initial pretrial conference pursuant to Federal Rule of Civil Procedure 16 for the purpose of entering a discovery scheduling order. If the Court prefers, the parties can in advance negotiate a scheduling order to then present for the Court's consideration.

Thank you for your attention to this matter.

.

Respectfully submitted,

Eric Proshansky
Assistant Corporation Counsel