ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

                Plaintiff,

    - against -

MAGELLAN TECHNOLOGY, INC., ECTO
WORLD, LLC, D/B/A DEMAND VAPE,
MATTHEW J. GLAUSER, DONALD HASHAGEN,
MAHANT KRUPA 56 LLC D/B/A EMPIRE
VAPE DISTRIBUTORS, NIKUNJ PATEL,
DEVANG KOYA, STAR VAPE CORP., NABIL
HASSEN, DORBES LLC, D/B/A
HYDEVAPEOFFICIAL.COM, CHRISTIAN A.
SMITH,

                Defendants.

---

23 Civ. 5880 (LLS)

ORDER

    As foreseen at page 35 of the plaintiff's December 29, 2023 brief, additional fact issues respecting the City of New York's application for a preliminary injunction have emerged, and it may be desirable resolve them before the scheduled 16(b) conference. The parties are free to conduct expedited, targeted discovery in advance that conference.

    So ordered.

Dated: New York, New York
       May 29, 2024

                                      Louis L. Stanton
                                  LOUIS L. STANTON
                                    U.S.D.J.