UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X:

The City of New York,

           Plaintiff,

   -against-

Magellan Technology, Inc., et al.,

           Defendants.

------------------------------------------------------- X

Case No. 1:23-cv-05880-LLS-OTW

### NOTICE OF DEFENDANTS MAGELLANTECHNOLOGY, INC.'S, ECTO WORLD, LLC'S, AND MATTHEW J. GLAUSER'S MOTION FOR RECONSIDERATION OF OPINION & ORDER (ECF NO. 103) ON DEFENDANTS' MOTION TO DISMISS

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned counsel for Defendants Magellan Technology, Inc., Ecto World, LLC, and Matthew J. Glauser will move this Court at a date and time convenient to the Court for an order granting their motion for reconsideration of that portion of the Court's May 24, 2024 Opinion & Order (ECF No. 103) denying in part Defendants' motion to dismiss Plaintiff City of New York's PACT Act claim, and for such other and further relief as the Court deems just and proper.

    A supporting memorandum of law is filed in conjunction herewith.

Respectfully submitted,

THOMPSON HINE LLP

Dated: June 21, 2024        By:      /s/ Eric N. Heyer
                                      Eric N. Heyer (admitted *pro hac vice*)
                                      James C. Fraser (admitted *pro hac vice*)
                                      Joseph A. Smith (admitted *pro hac vice*)
                                      Anna Stressenger (admitted *pro hac vice*)
                                      1919 M Street, N.W., Suite 700
                                      Washington, DC 20036
                                      Phone: 202.331.8800

        Fax: 202.331.8330
        eric.heyer@thompsonhine.com
        joe.smith@thompsonhine.com
        anna.stressenger@thompsonhine.com

        Richard De Palma
        300 Madison Avenue
        27th Floor
        New York, NY 10017
        Phone: 212.908.3969
        Fax: 212.344.6101
        richard.depalma@thompsonhine.com

        *Counsel for Defendants Magellan Technology, Inc.,*
        *Ecto World, LLC, and Matthew J. Glauser*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I caused the foregoing to be electronically filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on all counsel of record.

                                              /s/ Eric N. Heyer