

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Eric Proshansky**<br>Assistant Corporation Counsel<br>212.356.2032<br>eproshan@law.nyc.gov |

April 29, 2025

**By ECF**
The Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: ***The City of New York v. Magellan Technology, et al.***, **Case No. 23-5880 (LLS)**

Dear Judge Stanton:

      This Office represents plaintiff the City of New York (the "City") in the above-referenced matter. The City submits this letter motion for leave to file under seal the City's letter motion for a conference for leave to file a motion for summary judgment. Defendant Ecto World LLC d/b/a Demand Vape (hereinafter, "Demand Vape") has requested that the City file the letter motion for a conference under seal.[1]

      Pursuant to Your Honor's Individual Practices, ¶ 3B, the City is now (1) publicly filing a redacted copy of the letter motion for a conference, and (2) filing the letter under seal with Demand Vape's proposed redactions highlighted. (A few typographical errors in the original letter have also been corrected.)

      The City believes that the information contained in the letter should *not* be sealed or redacted, but nevertheless will allow Demand Vape the opportunity to make the required showing.

                                          Respectfully submitted,

                                          /s/ Eric Proshansky
                                          Eric Proshansky
                                          Assistant Corporation Counsel

---

[1] The City previously filed the letter motion for a conference *without* redactions (*Dkt. No.* 140). That document is now temporarily sealed. At the behest of Demand Vape, the City is now re-filing the document under seal in accordance with Your Honor's Individual Practices.