

April 29, 2025

*Via ECF*

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: *The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW**

Dear Judge Stanton:

We represent Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser (collectively, "Defendants"), in the above-referenced matter. We write, with Plaintiff's consent, pursuant to Individual Practice Rules 1.A and 1.E, and L.R. 7.1(d), to request a ninety-day extension of time to complete discovery from May 1, 2025, to July 30, 2025. This is the first request to extend time to complete discovery.

The parties have been actively engaged in discovery, including the exchange of discovery requests, document productions, and depositions. However, the parties will be unable to complete discovery by the current deadline of May 1, 2025. The parties believe an additional ninety days will provide adequate time to complete necessary discovery. Accordingly, Defendants, with the consent of the City, request the Court extend the deadline to complete fact discovery ninety days to July 30, 2025. Defendants have attached a proposed revised scheduling order to reflect the remaining case affected by the requested extension.

If the above is satisfactory to the Court, Defendants respectfully request that the requested extension of time to complete discovery be "So Ordered."

Thank you for your attention to this matter.

Respectfully submitted,

*/s/Eric N. Heyer*
Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa Patel
THOMPSON HINE LLP

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
Phone: 202.331.8800
Fax: 202.331.8330



April 29, 2025
Page 2

        1919 M Street, N.W., Suite 700
        Washington, DC 20036
        Phone: 202.331.8800

        Richard De Palma
        THOMPSON HINE LLP
        300 Madison Avenue
        27th Floor
        New York, NY 10017
        Phone: 212.908.3969

        *Counsel for Defendants Magellan Technology, Inc., Ecto World, LLC, and Matthew J. Glauser*

cc:    All counsel of record (via ECF)