ORIGINAL
MEMO ENDORSED

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
CHICAGO    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 29, 2025

*Via ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/25

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

Dear Judge Stanton:

We represent Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser (collectively, "Defendants"), in the above-referenced matter. We write, with Plaintiff's consent, pursuant to Individual Practice Rules 1.A and 1.E, and L.R. 7.1(d), to request a ninety-day extension of time to complete discovery from May 1, 2025, to July 30, 2025. This is the first request to extend time to complete discovery.

The parties have been actively engaged in discovery, including the exchange of discovery requests, document productions, and depositions. However, the parties will be unable to complete discovery by the current deadline of May 1, 2025. The parties believe an additional ninety days will provide adequate time to complete necessary discovery. Accordingly, Defendants, with the consent of the City, request the Court extend the deadline to complete fact discovery ninety days to July 30, 2025. Defendants have attached a proposed revised scheduling order to reflect the remaining case affected by the requested extension.

If the above is satisfactory to the Court, Defendants respectfully request that the requested extension of time to complete discovery be "So Ordered."

Thank you for your attention to this matter.

*Granted*
*Louis L Stanton*
*4/30/2*

Respectfully submitted,

/s/Eric N. Heyer
Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa Patel
THOMPSON HINE LLP

Eric.Heyer@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
Phone: 202.331.8800
Fax: 202.331.8330

# THOMPSON HINE

April 29, 2025
Page 2

                                            1919 M Street, N.W., Suite 700
                                            Washington, DC 20036
                                            Phone: 202.331.8800

                                            Richard De Palma
                                            THOMPSON HINE LLP
                                            300 Madison Avenue
                                            27th Floor
                                            New York, NY 10017
                                            Phone: 212.908.3969

                                            *Counsel for Defendants Magellan*
                                            *Technology, Inc., Ecto World, LLC, and*
                                            *Matthew J. Glauser*

cc:    All counsel of record (via ECF)

*The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

**PROPOSED REVISED SCHEDULING ORDER**

|  | **Current Date** | **New Date** |
|---|---|---|
| Completion of Discovery | May 1, 2025 | July 30, 2025 |
| Dispositive Motions | 30 day following competition of all fact and expert discovery | |
| Plaintiff's Pretrial Order | 45 days following completion of all fact and expert discovery | |
| Joint Pre-Trial Order | 45 days following City's service of proposed pretrial order | |
| Final Pretrial Conference | TBD | TBD |