ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

                Plaintiff,

- against -

MAGELLAN TECHNOLOGY, INC.; ECTO WORLD, LLC, d/b/a DEMAND VAPE; MATTHEW J. GLAUSER; DONALD HASHAGEN; MAHANT KRUPA 56, LLC, d/b/a EMPIRE VAPE DISTRIBUTORS; NIKUNJ PATEL; DEVANG KOYA; STAR VAPE CORP.; NABIL HASSEN; DORBES, LLC, d/b/a HYDEVAPEOFFICIAL.COM; CHRISTIAN A. SMITH,

                Defendants.

23 Civ. 5880 (LLS)

ORDER

---

Plaintiff the City of New York ("the City") requested a pre-motion conference for a summary judgment motion on April 20, 2025 (Dkt. Nos. 140, 146) and re-filed the request under seal at Defendant Ecto World, LLC, d/b/a Demand Vape's ("Demand Vape") request. (Dkt. Nos. 141-143). Demand Vape opposed the pre-motion conference as premature because discovery remains ongoing. (Dkt. No. 147). Defendant Matthew J. Glauser separately requested a pre-motion conference for a Federal Rule of Civil Procedure 12(c) motion for judgment on the pleadings as to Count IV of the City's First Amended Complaint. (Dkt. No. 148).

The Court considered the above and holds:

1. The City's April 20, 2025, letter will be unsealed.

Demand Vape did not "explain the particular reasons for

seeking to file that information under seal[.]" See Individual Practices of Judge Louis L. Stanton, ¶ 3(b).

2. A pre-motion conference for the summary judgment motion will be held on Thursday, August 7, at 2:30 p.m. This conference will occur after the conclusion of discovery on July 30, 2025.

3. The parties should meet and confer and select a date for a pre-motion conference for the FRCP 12(c) motion as to Matthew J. Glauser.

So Ordered.

Dated: New York, New York

May 28, 2025

*Louis L. Stanton*

LOUIS L. STANTON

U.S.D.J.