ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

THE CITY OF NEW YORK,

                  Plaintiff,

- against -

MAGELLAN TECHNOLOGY, INC.; ECTO
WORLD, LLC, d/b/a DEMAND VAPE;
MATTHEW J. GLAUSER; DONALD HASHAGEN;
MAHANT KRUPA 56, LLC, d/b/a EMPIRE
VAPE DISTRIBUTORS; NIKUNJ PATEL;
DEVANG KOYA; STAR VAPE CORP.; NABIL
HASSEN; DORBES, LLC, d/b/a
HYDEVAPEOFFICIAL.COM; CHRISTIAN A.
SMITH,

                  Defendants.

---------------------------------

23 Civ. 5880 (LLS)

ORDER

Plaintiff the City of New York (the "City") proposes to disclose information produced to it by defendant Ecto World, LLC, d/b/a Demand Vape ("Demand Vape") to the United States Postal Inspection Service ("USPIS"), and seeks permission because Demand Vape designated the information as confidential under the October 4, 2024, Stipulation and Protective Order (Dkt. No. 137).

The City is instructed to file under seal the information it plans to disclose to USPIS by July 25, 2025. Briefs supporting confidentiality should be filed by August 8, 2025. Briefs in opposition should be filed by August 22, 2025.

So Ordered.

Dated: New York, New York

- 1 -

July 16, 2025

*Louis L. Stanton*

LOUIS L. STANTON

U.S.D.J.