

THE CITY OF NEW YORK
## LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Eric Proshansky**
Assistant Corporation Counsel
212.356.2032
eproshan@law.nyc.gov

July 24, 2025

**By ecf**
The Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: ***The City of New York v. Magellan Technology, et al.*, Case No. 23-5880 (LLS)**

Dear Judge Stanton:

    This Office represents Plaintiff the City of New York (the "City") in the above-referenced matter. Further to the Court's order of July 16, 2025, regarding briefing on the City's proposed motion for disclosure of confidential information, the parties are pleased to report that they have resolved the matter. We respectfully request that the City's proposed motion be removed from the Court's calendar.

    Thank you for your attention to this matter.

Very truly yours,

Eric Proshansky
Assistant Corporation Counsel