*The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

**PROPOSED REVISED SCHEDULING ORDER**

|  | **Current Date** | **New Date** |
|---|---|---|
| Completion of Discovery | July 30, 2025 | September 28, 22025 |
| Dispositive Motions | 30 days following completion of all fact and expert discovery | |
| Plaintiff's Pretrial Order | 45 days following completion of all fact and expert discovery | |
| Joint Pre-Trial Order | 45 days following City's service of proposed pretrial order | |
| Final Pretrial Conference | TBD | TBD |