UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE CITY OF NEW YORK,

                Plaintiff,

          v.

MAGELLAN TECHNOLOGY, INC., ECTO WORLD, LLC, d/b/a Empire, MATTHEW J. GLAUSER, DONALD HASHAGEN, MAHANT KRUPA 56 LLC d/b/a Empire Vape Distributors, NIKUNJ PATEL, DEVANG KOYA, STAR VAPE CORP., NABIL HASSEN, DORBES, LLC, d/b/a Empirevapeofficial.com, CHRISTIAN A. SMITH,

                Defendants.

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE**

1:23-cv-05880

**PLEASE TAKE NOTICE** that Alexandra Jung is leaving her position as an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and is hereby withdrawn as counsel for the City of New York in the above-captioned action. Attorneys Eric Proshansky, Aatif Iqbal, and Elizabeth Slater continue to be counsel of record for the City of New York in this action.

Dated: July 30, 2025

                              MURIEL GOODE-TRUFANT
                              Corporation Counsel of the
                              City of New York
                              *Attorney for Plaintiff The City of New York*
                              100 Church Street, Rm. 20-82
                              New York, New York 10007
                              (212) 356-2299

                          By:    /s/ Alexandra Jung
                                  Alexandra Jung
                                  Assistant Corporation Counsel

So Ordered:

_____
The Hon. Louis L. Stanton
United States District Judge