ORIGINAL

**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK

CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

July 29, 2025    **MEMO ENDORSED**

*Via ECF*

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** 7/30/25

RE: *The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

Dear Judge Stanton:

Pursuant to Individual Practice Rules 1.A and 1.E, and L.R. 7.1(d), Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser (collectively, "Defendants"), and Plaintiff the City of New York ("the City") in the above captioned matter respectfully submit this Letter Motion for a sixty-day extension of time to complete discovery from July 30, 2025 to September 29, 2025. This is the second request to extend time to complete discovery.

The parties have been actively engaged in discovery, including the exchange of discovery requests, document productions, and depositions. However, the parties will be unable to complete discovery by the current deadline of July 30, 2025. The parties believe an additional sixty days will provide adequate time to complete necessary discovery. Accordingly, the parties request the Court extend the deadline to complete fact discovery sixty days to September 29, 2025. Defendants have attached a proposed revised scheduling order to reflect the remaining case affected by the requested extension.

*So
Ordered
Louis L
Stanton
7/30/25*

If the above is satisfactory to the Court, Defendants respectfully request that the requested extension of time to complete discovery be "So Ordered."

Thank you for your attention to this matter.

Respectfully submitted,

*/s/* Krupa A. Patel
Krupa Patel
Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
THOMPSON HINE LLP

Krupa.Patel@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.973.2759

**THOMPSON HINE** LLP    1919 M Street, N.W.    www.ThompsonHine.com
**ATTORNEYS AT LAW**     Suite 700    Phone: 202.331.8800
                        Washington, D.C. 20036-3537    Fax: 202.331.8330

THOMPSON
HINE

July 29, 2025
Page 2

1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800

Richard De Palma
THOMPSON HINE LLP
300 Madison Avenue
27th Floor
New York, NY 10017
Phone: 212.908.3969

*Counsel for Defendants Magellan*
*Technology, Inc., Ecto World, LLC, and*
*Matthew J. Glauser*

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
Attorney for Plaintiff the City of New York
100 Church Street, Room 20-99
New York, NY 10007
(212) 356-2032

By: /s/    Eric Proshansky
Eric Proshansky
Elizabeth Slater
Alexandra Jung
Aatif Iqbal

*Assistant Corporation Counsels*

THOMPSON
HINE

July 29, 2025
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I caused to be served on counsel of record, electronically via the ECF, a true and correct copy of the foregoing Joint Letter Motion.

s/ Krupa A. Patel
Krupa A. Patel

cc:    All counsel of record (via ECF)

*The City of New York v. Magellan Technology, et al., No. 23-5880-LLS-OTW*

## PROPOSED REVISED SCHEDULING ORDER

|  | **Current Date** | **New Date** |
|---|---|---|
| Completion of Discovery | July 30, 2025 | September 28, 2025 |
| Dispositive Motions | 30 days following completion of all fact and expert discovery | |
| Plaintiff's Pretrial Order | 45 days following completion of all fact and expert discovery | |
| Joint Pre-Trial Order | 45 days following City's service of proposed pretrial order | |
| Final Pretrial Conference | TBD | TBD |