ORIGINAL

MEMO ENDORSED





### THE CITY OF NEW YORK
### LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Aatif Iqbal**
Assistant Corporation Counsel
212.356.2294
aiqbal@law.nyc.gov

August 5, 2025

The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *City of New York v. Magellan Technology, Inc., et al.*, No. 23-cv-5880 (S.D.N.Y.)

Dear Judge Stanton:

This office represents Plaintiff the City of New York (the "City") in this action. Together with Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser (collectively, "Defendants"), we respectfully submit this Letter Motion to request that the pre-motion conference currently scheduled for August 7, 2025 at 2:30 p.m. be postponed until after the conclusion of discovery on September 29, 2025.

On May 29, 2025, the Court scheduled a pre-motion conference for the City's summary judgment motion to be held on Thursday, August 7, at 2:30 p.m., stating that "[t]his conference will occur after the conclusion of discovery on July 30, 2025." ECF No. 149. Last week, on the parties' motion, the Court extended the conclusion of discovery from July 30, 2025 to September 29, 2025. ECF Nos. 157, 159. However, the parties inadvertently neglected to request that the August 7, 2025 premotion conference be postponed as well, so that it take place after the extended discovery deadline.

Accordingly, the parties now respectfully request that the pre-motion conference scheduled for Thursday, August 7, at 2:30 p.m. be postponed until after the conclusion of discovery on September 29, 2025. This is the first request for an extension of this conference.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Aatif Iqbal
Aatif Iqbal
Assistant Corporation Counsel

So Ordered
Louis L. Stanton
8/6/25

1