UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:2023-CV-05880 |
| ) | |
| v. ) | |
| ) | **MOTION TO WITHDRAW** |
| MAGELLAN TECHNOLOGY, INC., *et al.*, ) | **APPEARANCE OF KRUPA PATEL** |
| ) | |
| Defendant. ) | |

The undersigned, Krupa Patel, pursuant to Local Rule 1.4(b), respectfully moves the Court to withdraw Ms. Patel's appearance as counsel of record for Defendants, Magellan Technology, Inc., Ecto World, LLC (d/b/a Demand Vape), Matthew J. Glauser, and Donald Hashagen (the "Thompson Hine Represented Defendants"). In support of this motion, the undersigned states as follows:

1. Ms. Patel will be leaving her current firm, Thompson Hine LLP, on August 27, 2025. After this, she will no longer be covered by the firm's retainer agreement with the Thompson Hine Represented Defendants and will not be able to conduct work for them. Further, Ms. Patel will no longer be participating in litigation matters after leaving Thompson Hine LLP.

2. Colleagues of Ms. Patel from Thompson Hine LLP have already entered their appearances in this case, and they will continue to capably represent the Thompson Hine Represented Defendants. Namely, these attorneys are Eric N. Heyer, James C. Fraser, Joseph A. Smith, Anna Stressenger, Ryan D. Callinan, and Richard De Palma. These attorneys are very familiar with the facts and procedural posture of this case, and the Thompson Hine Represented Defendants will not be prejudiced by Ms. Patel's withdrawal.

3. The instant motion to withdraw was served upon the Thompson Hine Represented Defendants prior to its filing, as noted in the attached Proof of Service.

WHEREFORE, the undersigned, Krupa Patel, respectfully requests that this Court grants this Motion and enters an order withdrawing her appearance as counsel of record for Defendants, Magellan Technology, Inc., Ecto World, LLC (d/b/a Demand Vape), Matthew J. Glauser, and Donald Hashagen.

A proposed form of order is enclosed.

Respectfully submitted,

Dated: August 22, 2025    By: /s/ Krupa Patel
Krupa Patel
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.973.2759
Fax: 202.331.8330
krupa.patel@thompsonhine.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I caused the foregoing Motion to Withdraw and its supporting materials to be filed and served via the Court's ECF/ECM system upon all attorneys of record.

/s/ Krupa Patel
Krupa Patel