# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:2023-CV-05880 |
| ) | |
| v. ) | |
| ) | **PROOF OF SERVICE OF** |
| MAGELLAN TECHNOLOGY, INC., *et al.*, ) ) | **MOTION TO WITHDRAW APPEARANCE OF KRUPA PATEL** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

I HEREBY CERTIFY that on August 22, 2025, I caused the Motion to Withdraw Appearance of Krupa Patel in the above-captioned action to be served via email upon Defendants, Magellan Technology, Inc., Ecto World, LLC (d/b/a Demand Vape), Matthew J. Glauser, and Donald Hashagen. A copy of that email is attached hereto.

    /s/ Krupa Patel
Krupa Patel
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.973.2759
Fax: 202.331.8330
krupa.patel@thompsonhine.com

# Hallmark, Brandon

| | |
|---|---|
| **From:** | Hallmark, Brandon |
| **Sent:** | Friday, August 22, 2025 10:24 AM |
| **To:** | 'Jon Glauser'; ' ' |
| **Cc:** | Patel, Krupa |
| **Subject:** | Demand Vape SDNY Matters - Krupa Patel's Pending Motion to Withdraw as Counsel |
| **Attachments:** | 250821 NYC-RICO Mtn Withdraw - PATEL.pdf; 250821 NY-State-AG Mtn Withdraw - PATEL.pdf |

Messrs. Glauser and Hashagen –

As you may recall, I work for Eric Heyer, Krupa Patel, and the other Thompson Hine attorneys who work on Demand Vape's matters before the U.S. District Court for the Southern District of New York (including the New York City RICO matter where the city named you both as individual defendants). As you may also know, Krupa Patel is leaving Thompson Hine on August 27, 2025. As such, we are working to withdraw her as counsel of record in cases where she has made an appearance on behalf of Thompson Hine's clients. That includes Demand Vape's Southern District of New York matters, where the local rules of the Southern District of New York require us to give you advanced notice that we intend to file for Krupa's withdrawal. Attached please find a copy of the motions we intend to file. Note that the dates in these drafts will likely need to be adjusted, but nothing other substantial will change.

Eric Heyer and our other attorneys will continue to represent Demand Vape in these matters, and this notice is routine for cases in the Southern District where an attorney is leaving a law firm and must withdraw. But if you have any questions, please let us know. And if you could acknowledge your receipt of your copy of this motion, I would certainly appreciate it.

I hope your day is treating you well. Have a great weekend.

**Brandon Keith Hallmark** | Paralegal | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.973.2767 | **F:** 202.331.8330 | www.ThompsonHine.com
Brandon.Hallmark@thompsonhine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Mansfield Rule certified by Diversity Lab for four consecutive years. Recognized by Bloomberg Law as a DEI Member Firm and by the Diversity & Flexibility Alliance as a Tipping the Scales Firm.**

**Read our Diversity, Equity & Inclusion Initiative report, Deliberate Action. Purposeful Impact.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | New York | Washington, D.C.



1