ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:2023-CV-05880 |
| ) | |
| v. ) | |
| ) | [~~PROPOSED~~] |
| MAGELLAN TECHNOLOGY, INC., et ) | **ORDER GRANTING MOTION TO** |
| al., ) | **WITHDRAW APPEARANCE OF** |
| ) | **KRUPA PATEL** |
| Defendant. ) | |

Pending before the Court is a Motion to Withdraw Appearance of Krupa Patel as counsel for Defendants Magellan Technology, Inc., Ecto World, LLC (d/b/a Demand Vape), Matthew J. Glauser, and Donald Hashagen. Upon consideration of the motion and all papers submitted in support thereof, it is hereby ORDERED that the motion is GRANTED.

The appearance of Krupa Patel as counsel of record in this matter for Magellan Technology, Inc., Ecto World, LLC (d/b/a Demand Vape), Matthew J. Glauser, and Donald Hashagen is WITHDRAWN, and the clerk is instructed to terminate Ms. Patel's appearance on the docket and end her receipt of service of filings in this matter.

IT IS SO ORDERED.

_Louis L. Stanton_
Hon. Louis L. Stanton
JUDGE               8/25/25
United States District Court for the
Southern District of New York