ORIGINAL

**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

September 29, 2025

MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/25

*Via ECF*

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

Dear Judge Stanton:

Pursuant to Individual Practice Rules 1.A and 1.E, and L.R. 7.1(d), Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser (collectively, "Defendants"), and Plaintiff the City of New York ("the City") in the above captioned matter respectfully submit this Letter Motion for a forty-five-day extension of time to complete discovery from September 29, 2025 to November 13, 2025. This is the third request to extend time to complete discovery.

The parties have been actively engaged in discovery, including the exchange of discovery requests, document productions, and depositions. However, the parties will be unable to complete discovery by the current deadline of September 29, 2025. The parties believe an additional forty-five days will provide adequate time to complete necessary discovery. Accordingly, the parties request the Court extend the deadline to complete fact discovery forty-five days to November 13, 2025. Defendants have attached a proposed revised scheduling order to reflect the remaining case affected by the requested extension.

If the above is satisfactory to the Court, Defendants respectfully request that the requested extension of time to complete discovery be "So Ordered."

Thank you for your attention to this matter.

*Granted*
*Louis L. Stanton*
*Oct 1, '25*

Respectfully submitted,

*/s/Eric N. Heyer*
Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Ryan Callinan

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W.
Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
Phone: 202.331.8800
Fax: 202.331.8330

THOMPSON HINE

September 29, 2025
Page 2

> THOMPSON HINE LLP
> 1919 M Street, N.W., Suite 700
> Washington, DC 20036
> Phone: 202.331.8800
>
> Richard De Palma
> THOMPSON HINE LLP
> 300 Madison Avenue
> 27th Floor
> New York, NY 10017
> Phone: 212.908.3969
>
> *Counsel for Defendants Magellan Technology, Inc., Ecto World, LLC, and Matthew J. Glauser*

cc:   All counsel of record (via ECF)

*The City of New York v. Magellan Technology, et al.*, No. 23-5880-LLS-OTW

## PROPOSED REVISED SCHEDULING ORDER

|  | **Current Date** | **New Date** |
|---|---|---|
| Completion of Discovery | September 29, 2025 | November 13, 2025 |
| Dispositive Motions | 30 days following completion of all fact and expert discovery | |
| Plaintiff's Pretrial Order | 45 days following completion of all fact and expert discovery | |
| Joint Pre-Trial Order | 45 days following City's service of proposed pretrial order | |
| Final Pretrial Conference | TBD | TBD |