

THE CITY OF NEW YORK
LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

Elizabeth Slater
Assistant Corporation Counsel
212.356.2033
eslater@law.nyc.gov

October 29, 2025

The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *City of New York v. Magellan Technology, Inc., et al.*, No. 23-cv-5880 (S.D.N.Y.)

Dear Judge Stanton:

    This office represents Plaintiff the City of New York (the "City") in this action. I file this letter to reiterate the City's request for a pre-motion conference concerning a motion to compel discovery against Defendants Mahant Krupa 56, LLC d/b/a Empire Vape Distributors ("Empire"), Nikunj Patel, and Devang Koya (together, the "Empire Defendants") pursuant to your Honor's Individual Practices 2(A) and Local Civil Rule 37.2.

    Discovery was due to conclude on July 30, 2025. *See* May 1, 2025 Order (*ECF No.* 145). The Empire Defendants never requested an extension of that deadline, although it was extended until September 25, 2025 and then again until November 13, 2025 for Defendants Magellan Technology, Inc., Ectoworld, LLC d/b/a Demand Vape, and Matthew J. Glauser. *See* Oct. 1, 2025 Order (*ECF No.* 169); July 30, 2025 Order (*ECF No.* 159). The City has met its production obligation to the Empire Defendants. However, the Empire Defendants still have not produced *any* documents to date, despite numerous requests from the City, and unfulfilled promises from the Empire Defendants.

    Therefore, the City respectfully reiterates its request for a discovery conference for leave to compel the Empire Defendants to produce discovery. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Elizabeth Slater*
Elizabeth Slater
Assistant Corporation Counsel