EXHIBIT A



# Roadmap & Milestones
# to the Promised Land

A brief overview.






















ERP API Login Obtained, Port Assigned and development began

Allocation System Rollout

Push Agency & Ground Campaigns

Click up Onboarding for Product team postponed

provided to Lilith and tested

## JUNE 2023

Click Up Tracking for MKTG rolled out w SS

Team Leader Rep One on Ones Begin (Previous Month Reviews)

## JULY 2023

Ground Campaign Setup with SS

Tableau Dashboards completed

ERP Office 365 Licensing migration work begins

## AUG 2023

PCI Compliance - Investigations

Ship works goes down,

Printers fail again,

DVPro Allocation Finalized, Paul to setup Portal

Office Organization Begins, cleaned out,

Teams organized by leader/office for more one on one coaching and training

Worked with MVP to understand network and resolve Network / printer issues.

# 2022-2023


Made with Prezi

# THE ROADMAP





## NOV 2023

 

- HubSpot Officially Rolled out to Reps
- Game Plans & Sales Logs Developed
- Individual 1 on 1 Training for everyone
- Bugs and issues worked out
- Begin Associating Contacts & Companies.

## JAN 2024

- Transactions/Deals Issue Found With Tray.io – Move synchronizing to serverless cloud within HubSpot to save transaction costs due to our High volume.
- WMS Scope and Quoting calls begin
- HubSpot OKR Dashboards Complete

## MAR 2024



- Mycarrier.io Integration Proposal Complete
  - Requires API for ERP
  - Scope existing Warehouse in DistOne
- Vetted 6 Potential Runner Ups for WMS



- Map In Tableau Completed – GPS coordinates to load through Mapline Lilith to complete

## DEC 2023

- Reps Use Tableau to Game Plan & Sales Log for First Campaign (PRIV)
- Data Clean Up
- Transactions / Deals Complete
- Select reps get Mycarrier.io logins for Shipments

## FEB 2024



- Tested and Ran New Serverless function In HS reducing hits from 40Mil to 400K per month
- WMS Calls & Vetting (ShipHero, Net Suite, AI guys, SCX, etc)

## APR 2024





Made with Prezi



## MAR 2024

- Mycarrier.io Integration Proposal Complete Requires API for ERP
- Scope Wireless Warehouse in DistOne
- Vetted 6 Potential Runner Ups for WMS
- Smartboard Dashboard Installation/Setup
- HubSpot Deals/Transactions Revamped
- Prospecting installed
- Leads / Lifecycles Scoped (Mktg)

## MAY 2024

WMS Installation and Testing

## 2023-2024

WMS Calls & Vetting (ShipHero, Net Suite, AI guys, SCX, etc)

## APR 2024

- Warehouse Planning
- Integration Testing
- HubSpot Sales Analysis/ Dashboards based on data
- Marketing Click Up Hubspot Structure with Sharin & New Team?
- Voyage SMS Subscriber Campaign
- Scanned Order Audit Visibility

## JUN 2024

WMS Completed

Made with  Prezi



# THE ASSIGNMENT

 Full Implementation Complete

Additional Features Ongoing

 Full Training Executed

Ongoing training is necessary

 Complete Insight into Sales Opportunities Through Tableau & HubSpot

 Knowledge of accounts as it relates to Core Products & Company – Through CRM & Dashboards available

 Full Visibility Into account management and planning

Game Plans
Sales Logs

 Tools to drive engagement and sales through landing pages, emails, record keeping on accts, and sales analytics

 Made with Prezi



# Completed: Full implementation of Hubspot and related programs.

MILE 1



## SaaS Programs Implementations

Hubspot
- Marketing Hub – 3/23
- Sales Hub – 11/23
- ClickUp – 8/23
- Tableau – 4/23
- Microsoft 365 E3 Licenses
  - Teams – 11/23
  - Azure – 9/23
  - Office 365 – 9/23





| | |
|---|---|
| tableau | Tableau |
| ClickUp | Click Up |
| HubSpot | Hubspot |
| MARKETING | Marketing/Promo Optimization |
| Microsoft | Microsoft 365 – E3 Licenses |
| TEAM | Team Building |


Made with Prezi

# Hubspot Implementation / Integrations

ERP – Completed – Fully Integrated
*Transacational Sales data on accounts tied to contacts*

Vonage – Completed – Fully Integrated
*AWS workflows capture every inbound and outbound call & SMS*

Marketing Hub – Completed – Fully Operational in March of 2023
*Campaign automation, customer relationship management (CRM), and email marketing*

Email & Calendar – Completed – Fully Integrated
*Gmail & Gcal (Also Outlook Capable)*
*Images, Documents, Products Specs Available for all reps to utilize*

ClickUp – Completed – Fully Integrated
*Project Management Software*

Implementation
Beyond hurdles
took only 6 months


Made with Prezi





**Completed:** *Full training and execution of all company tools and processes,* ensuring optimal utilization potential.



- Adoption is highest among newer sales reps (Gameplans / Sales Logs)
- Incentivizing productivity improvements through the the use of tools
- Tracking KPIs & OKRs through dashboards & Reports
- Associating records on Companies & Contacts and tracking communications
- Ongoing Development of those who require more incentive
- Few ideas to get bettter results TBD to implement with Team Leaders





# Completed: *Complete insight into sales opportunities success and failure per Rep with the ability to do an in-depth audit.*



- Company & Account Sales Tracking
- Array of Analysis' to Strategize
- Previous Communication at fingertips
- Communication Logs & Plans by Acct
- Email Performance Metrics
- Website Account Analytics









- Customer Relationship Data
  - Contacts
  - Companies
  - Communications
  - Account Strategy / Planning
  - Transactions





















- Marketing - Communications
- Tasks – For Reps - Accountability
- Campaigns – Assignments
- Payments – Visibility
- Training Material Documents











# New and Improved Dashboards for visibility into account details

➢ Reps can utilize tools at their finger-tips to strategize and gameplan now























- ➢ 1 License
  - ➢ All Accounts ERP/Desktop/Laptops
  - ➢ Teams
  - ➢ Azure / Entra To Eliminate Printer Issues
  - ➢ SharePoint to Collaborate/Train
  - ➢ Cloud Based Operations

- ➢ Removed Excess Licenses across Company

- ➢ Installed Licenses and revamped Desktop PCs to Incorporate 1 license across all platforms

- ➢ Integrated/Implemented Teams Full Version

- ➢ Setup Azure for MVP to lift Operations into cloud







# Completed: *Knowledge of every account as it relates to core products and company, and full visibility into account management strategy and planning.*





# Account Knowledge and Visibility

We have provided the stream and led the team to water....

- Contacts
- Companies
- Activities
- Emails & Web Analytics









| CUMM Name | CUMM # | State | Email Address | Max. Swag Date | Distro.. | CU.. | Granularity | Min. Invc Date | Max. Invc Date | Days Since | # Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Euphoria | 66843 | ID | quirozrus@g.. | Null | Retail | MF | fifty bar | 2/9/2024 | 2/9/2024 | 52 | 1 |
| | | | | | | | geek bar pulse | 2/9/2024 | 2/27/2024 | 34 | 2 |
| | | | | | | | meloso mini 1500 | 2/21/2024 | 3/25/2024 | 7 | 2 |
| | | | | | | | mintopia | 2/9/2024 | 3/25/2024 | 7 | 2 |
| | | | | | | | mintopia turbo 9000 | 2/9/2024 | 2/9/2024 | 52 | 1 |
| | | | | | | | orion bar 7500 | 2/9/2024 | 2/9/2024 | 52 | 1 |
| | | | | | | | raz ca6000 | 2/9/2024 | 2/9/2024 | 52 | 1 |
| | | | | | | | raz tn 9000 | 2/9/2024 | 2/9/2024 | 52 | 1 |
| | | | | | | | viho turbo | 2/9/2024 | 2/21/2024 | 40 | 2 |
| | | | | | | | viho turbo midnight | 2/9/2024 | 2/21/2024 | 40 | 2 |
| 1 hemp vaping adventure and smoke | 64989 | WV | 1hempadve.. | Null | Retail | AM | boring tiger 25000 | 3/8/2024 | 3/8/2024 | 24 | 1 |
| | | | | | | | digi flavor lush | 3/8/2024 | 3/8/2024 | 24 | 1 |
| | | | | | | | elux cyberover 18k | 2/15/2024 | 3/18/2024 | 14 | 3 |
| | | | | | | | geek bar pulse | 2/15/2024 | 3/18/2024 | 14 | 3 |
| | | | | | | | icewave x8500 | 2/6/2024 | 3/3/2024 | 29 | 2 |
| | | | | | | | ijoy bar | 3/8/2024 | 3/8/2024 | 24 | 1 |
| | | | | | | | luffbar dually 20k | 3/8/2024 | 3/8/2024 | 24 | 1 |
| | | | | | | | mtrx 12000 | 2/15/2024 | 2/15/2024 | 46 | 1 |
| | | | | | | | off stamp sw9000 | 2/15/2024 | 2/15/2024 | 46 | 1 |
| | | | | | | | orion bar 10000 | 2/6/2024 | 2/6/2024 | 55 | 1 |
| | | | | | | | oxbar magic maze pro | 2/6/2024 | 2/15/2024 | 46 | 2 |
| | | | | | | | priv bar turbo | 3/3/2024 | 3/3/2024 | 29 | 1 |
| | | | | | | | raz ca6000 | 2/6/2024 | 3/18/2024 | 14 | 4 |
| | | | | | | | raz tn 9000 | 2/15/2024 | 3/18/2024 | 14 | 4 |
| | | | | | | | spaceman | 3/3/2024 | 3/18/2024 | 14 | 2 |
| | | | | | | | taijizen judo 24000 | 3/18/2024 | 3/18/2024 | 14 | 1 |
| | | | | | | | viho turbo | 2/15/2024 | 3/3/2024 | 29 | 2 |
| | | | | | | | yovo jb8000 | 3/3/2024 | 3/3/2024 | 29 | 1 |
| | | | | | | | yovo ultra 18000 | 3/18/2024 | 3/18/2024 | 14 | 1 |
| 1 Stop Smoke (NC) | 23839 | NC | b.m.enterpri.. | Null | Retail | KK | geek bar pulse | 3/18/2024 | 3/25/2024 | 7 | 2 |
| | | | | | | | raz tn 9000 | 3/18/2024 | 3/25/2024 | 7 | 2 |


Made with Prezi

## Sales Stats

| sales this year | profit this year |
|---|---|
| $5,111,881 | $724,408 |
| ▼ -26% vs. PYTD | ▼ -31% vs. PYTD |

| sales last month | avg order size |
|---|---|
| $1,936,455 | $89,682 |

Jan    Feb    Mar

## Prior Year

| LY sales | LY profit |
|---|---|
| $26,188,373 | $3,705,645 |

Jan    Mar    May    Jul    Sep    Nov

## Product Line Stats (Data Point 1)

| | # hdisp lines 180 days / 60 days | | # eliquid lines 180 days / 60 days | |
|---|---|---|---|---|
| customer | 18 | 7 | | |
| company | 8.61 | 6.08 | 21.29 | 15.54 |

| | # smokeshop lines 180 days / 60 days | | # disposable lines 180 days / 60 days | |
|---|---|---|---|---|
| customer | | | 6 | 4 |
| company | 7.07 | 4.30 | 5.95 | 3.90 |

## Follow-Up (Data Point 2)

(Multiple values) ▼

| | Days Since | # Orders |
|---|---|---|
| EBCREATE BC5000 | 5 | 115 |
| RAZ TN9000 | 5 | 32 |
| Geek Bar Pulse | 7 | 27 |
| Lost Mary MO5000 | 7 | 50 |
| Lost Mary OS5000 | 7 | 77 |
| RAZ TN9000 Dream Edi.. | 13 | 11 |
| Lost Mary MT15000 Tu.. | 17 | 2 |
| Viho Supercharge | 19 | 2 |
| Digi Flavor Lush | 25 | 1 |
| Spaceman | 27 | 2 |
| Air Bar | 42 | 46 |
| MTRX 12000 | 77 | 1 |
| Mintopia Turbo 9000 | 80 | 2 |

### Go To Full Follow-Up Sheet

## % Change (Data Point 3)

| | 180 Day Avg | 60 Day Avg | 180-60 Change |
|---|---|---|---|
| DISPOSABLE | $669,070 | $575,130 | -14.04% |
| HARDWARE | $6,750 | | -0.00% |
| HDISP | $893,074 | $1,087,220 | +21.74% |
| HYDE (PAID) | $17,265 | $21,383 | +23.85% |
| Grand Total | $1,577,657 | $1,683,733 | +6.72% |

### Go To Full Average Order Sheet

## Commission Estimation

Date Range:    Previous month ▼

### Go To Full Commission Sheet

| hyde | eliquid |
|---|---|
| $204 | $0 |

| hdisp | smokeshop |
|---|---|
| $8,109 | $0 |

## Product Line YTD

HYDE (PAID) 1%

DISPOSABLE 32%

HDISP 67%


Made with Prezi



# Account Management Strategy


Enabled full visibility into account management strategy and planning, maximizing sales opportunities and customer engagement.

Game Plans – Plethora of reporting to strategize each account within 1–2 minutes – Game Plans can be sorted by Account, Rep, Team, Company

Sales Logs – can be sorted by Account, Rep, Team, Company



Activities – Track Customer Engagement

Web & Email Analytics – Provide insight into customer intent & Performance of tactics



# Account Knowledge Attainment

- Reps will have gained this knowledge through the reports provided and begin to retain it *over time through the use of the Game Plans & Sales Logs.*

- *Over the last few months reps have* begun to work with accounts; drop and pick up accounts; accordingly. *Avg 3 GPs thus far for most accts*

- *Reps Sales Reviews will be used to further develop their GP* details while tracking overall account portfolio KPI & OKRs – This keeps reps in tune with who is where and will over time translate to well versed account knowledge

 Made with Prezi




# Completed: *Maximize follow-ups on samples and related marketing efforts*







Swag Allocations & ITEM 50415



## Maximizing Account Engagement

New Email and Web Analytics will allow for targeted engagement opportunities.

Follow ups through Clickup hold accountable & Provide insight to completion

Able to Track Calls, Emails, SMS...







## Open rate 52.17% ⓘ

| Unique opens | 96 |
| --- | --- |
| Total opens | 265 |

ⓘ **DESKTOP** 11%  **MOBILE** 7%  **OTHER** 81%

Does this open rate differ from your usual open rates? If so, it might be due to recent email privacy changes. This open rate includes emails that might have been opened by a machine. **Learn more** 🗗

**Calculate adjusted open rate**

## Click rate 13.04% ⓘ

Click-through rate 25% ⓘ

| Unique clicks | 24 |
| --- | --- |
| Total clicks | 31 |

ⓘ **DESKTOP** 25%  **MOBILE** 75%  **OTHER** 0%

## Reply rate 0.54% ⓘ

| Unique replies | 1 |
| --- | --- |



& ITEM 50415

## 182
### SITE VISITS

## 2004
### PAGES VIEWED

**Most recent visit**

Mon, Mar 4, 2024 11:36 AM EST

**First visit**

Fri, Apr 21, 2023 4:57 PM EDT

### ∨  Web Analytics

Average page views

11

Event Revenue

0

First page seen

https://demandvape.com/

Last page seen

https://demandvape.com/index.php?
route=product/search&search=Vaporesso%20xros%20pods

Latest Source

Direct traffic ▾

Number of event completions

SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS
SMS

Made with **Prezi**

## Workload

| Person | Not done | Done | % |
|---|---|---|---|
| Unassigned | 6 | 0 | 0% |
| | OPEN (6) | | |
| ali mawdha | 60 | 85 | 59% |
| | OPEN (60) | | |
| | CLOSED (85) | | |
| Allen Fadel | 79 | 35 | 31% |
| | OPEN (79) | | |
| | CLOSED (35) | | |
| Chris Greenwald | 106 | 0 | 0% |
| | OPEN (106) | | |
| Danny Birkmeyer | 75 | 48 | 39% |
| | OPEN (75) | | |
| | CLOSED (48) | | |
| You | 79 | 1 | 1% |
| | OPEN (79) | | |
| | CLOSED (1) | | |
| David Morris | 164 | 0 | 0% |
| | OPEN (164) | | |
| GX - Demand Vape | 45 | 0 | 0% |
| | OPEN (45) | | |
| Jason McDougall | 63 | 4 | 6% |
| | OPEN (63) | | |
| | CLOSED (4) | | |
| Kevin Roberts | 40 | 24 | 38% |
| | OPEN (40) | | |
| | CLOSED (24) | | |
| Lahmay Paw | 59 | 29 | 33% |
| | OPEN (59) | | |
| | CLOSED (29) | | |
| Lenny saccomanno | 87 | 0 | 0% |
| | OPEN (87) | | |
| lilith grey | 21 | 39 | 65% |
| | OPEN (21) | | |
| | CLOSED (39) | | |
| Matt Oehm | 94 | 41 | 30% |
| | OPEN (94) | | |
| | CLOSED (41) | | |
| Matthew Frazee | 76 | 30 | 28% |
| | OPEN (76) | | |
| | CLOSED (30) | | |
| Richard Hernandez | 79 | 0 | 0% |
| | OPEN (79) | | |
| Sean Reeb | 75 | 120 | 62% |
| | OPEN (75) | | |
| | CLOSED (120) | | |
| Sharin Sad | 5 | 9 | 64% |
| | OPEN (5) | | |
| | CLOSED (9) | | |
| Steve Forsey | 68 | 26 | 28% |
| | OPEN (68) | | |
| | CLOSED (26) | | |
| tim conn | 80 | 16 | 17% |
| | OPEN (80) | | |
| | CLOSED (16) | | |


Made with Prezi



 **Maximum potential opportunity of every account by quality engagement & driving Sales.**

 =



# Roadmap & Milestones
# to the Promised Land

A brief overview.


















