UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

THE CITY OF NEW YORK,

Plaintiff,

-against-

Civil Action No. 23-5880 (LLS)

MAGELLAN TECHNOLOGY, INC., et al.

Defendants.
---------------------------------------------------------------------x

**STIPULATION AND PROPOSED ORDER**

**WHEREAS**, on January 29, 2026, the City filed a motion to compel discovery in this matter against Ecto World LLC d/b/a Demand Vape ("Demand Vape"); Magellan Technology, Inc. ("Magellan"); and Mahant Krupa 56, LLC d/b/a Empire Vape Distributors, Nikunj Patel, and Devang Koya (the "Empire Defendants") (ECF No. 172);

**WHEREAS**, on July 22, 2026, the Court granted the "unopposed" motion as to the Empire Defendants and granted in part the motion as to Demand Vape and Magellan (ECF No. 177);

**WHEREAS**, the City met and conferred with the Demand Vape and Magellan on August 4, 2026, and met and conferred with the Empire Defendants on September 9, 2026;

**WHEREAS**, the parties agree as follows:

1. Demand Vape and Magellan will make the same productions of electronic communications in this matter and on the same timeline as in *State of New York v. Puff Bar, et al.*, 25-cv-1445 (MMG)(VF);
2. The Empire Defendants will substantially complete production by November 4, 2026;

3. To the extent the Empire Defendants are not in possession of certain categories of documents, they will inform the City by serving amended responses and objections to the City's discovery demands on October 28, 2026.

Dated: New York, New York
September 30, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York

By: */s/ Aatif Iqbal*
Aatif Iqbal
Elizabeth Slater
Assistant Corporation Counsels
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2276

*Attorney for the Plaintiff*

By: */s/ Joseph A. Smith*
Joseph A. Smith
Thompson Hine LLP
1999 K Street NW, Suite 600
Washington, D.C. 20006
(202) 263-4145

*Attorney for Demand Vape and Magellan*

By: */s/ Barry S. Zone*
Barry S. Zone
Moses Singer
405 Lexington Ave.
New York, New York 10174
(212) 554-7864

*Attorney for the Empire Defendants*

So Ordered: ___________________________
Stanton, J.